JS 45
(01/2008)

## __REDACTED__

Criminal Case Cover Sheet U.S. District Court

| Place of Offense: | Under Seal: Yes ___ No _X_ | Judge Assigned: _LOG_ |
|---|---|---|
| City _Sterling_ | Superseding Indictment ___ | Criminal Number: 1:13-CR- _383_ |
| County/Parish _Loudoun_ | Same Defendant ___ | New Defendant _X_ |
| | Magistrate Judge Case Number ___ | Arraignment Date: ___ |
| | Search Warrant Case Number ___ | |
| | R 20/R 40 from District of ___ | |
| | Related Case Name and No: ___ | |

**Defendant Information:**

Juvenile Yes ___ No _X_ FBI # _537571HA9_

Defendant Name: _Dennis Owen Collins_ Alias Name(s) "iowa" "owen" "anon5"

Address: ▇▇▇▇▇▇▇, Toledo, OH

Employment: ___

Birth date _▇▇/1960_ SS# ▇▇_6556_ Sex _M_ Def Race _White_ Nationality _U.S._ Place of Birth ___

Height _6'1"_ Weight _140_ Hair _Brown_ Eyes _Green_ Scars/Tattoos ___

Interpreter: _X_ No ___ Yes List language and/or dialect: ___ Automobile Description ___

**Location Status:**

Arrest Date ___

___ Already in Federal Custody as of ___ in ___
___ Already in State Custody ___ On Pretrial Release _X_ Not in Custody
_X_ Arrest Warrant Requested ___ Fugitive ___ Summons Requested
___ Arrest Warrant Pending ___ Detention Sought ___ Bond ___

**Defense Counsel Information:**

Name: _Peter Alan Leeming_ ___ Court Appointed Counsel conflicted out: ___

Address: _108 Locust Suite 8, Santa Cruz, CA 95062_ _X_ Retained

Telephone: _(831) 425-8000_ ___ Public Defender Federal Public Defender's Office conflicted out: ___

**U.S. Attorney Information:**

AUSA _Alexander Nguyen_ Telephone No: _703-299-3700_ Bar # ___

**Complainant Agency, Address & Phone Number or Person & Title:**

Michael Nail, Special Agent, Federal Bureau of Investigation

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to Intentionally Cause Damage to a Protected Computer | 1 | Felony |
| Set 2 | | | | |
| Set 3 | | | | |

(May be continued on reverse)

Date: _September 30, 2013_ Signature of AUSA: _/s/ Alexander T.H. Nguyen_

JS 45
(01/2008)

## REDACTED

Criminal Case Cover Sheet                                                     U.S. District Court

**Place of Offense:**           Under Seal: Yes ___ No  X    Judge Assigned: __LOG__
City  Sterling           Superseding Indictment _____ Criminal Number: 1:13-CR-__383__
County/Parish  Loudoun   Same Defendant _____ New Defendant  X
                         Magistrate Judge Case Number _____ Arraignment Date: _____
                         Search Warrant Case Number _____
                         R 20/R 40 from District of _____
                         Related Case Name and No: _____

**Defendant Information:**

Juvenile  Yes ___ No  X   FBI # _____

Defendant Name: Jeremy Leroy Heller          Alias Name(s) "Jeremyhfht" "heelgea"
Address: ▇▇▇▇▇▇▇ Takoma Park, MD
Employment: _____

Birth date ▇▇ 1990  SS# ▇▇ 8146  Sex  M  Def Race White   Nationality  U.S.   Place of Birth ____
Height  5'9"  Weight  160  Hair ____ Eyes ____   Scars/Tattoos ____
Interpreter:  X No ___ Yes  List language and/or dialect: ____  Automobile Description ____

**Location Status:**

Arrest Date _____

___ Already in Federal Custody as of _____ in _____
___ Already in State Custody    ___ On Pretrial Release    X Not in Custody
X  Arrest Warrant Requested     ___ Fugitive               ___ Summons Requested
___ Arrest Warrant Pending      ___ Detention Sought       ___ Bond ____

**Defense Counsel Information:**

Name: _____                 ___ Court Appointed       Counsel conflicted out: ____
Address: _____              ___ Retained
Telephone: _____            ___ Public Defender       Federal Public Defender's Office conflicted out: ____

**U.S. Attorney Information:**

AUSA  Alexander Nguyen     Telephone No: 703-299-3700    Bar # _____

**Complainant Agency, Address & Phone Number  or Person & Title:**
Michael Nail, Special Agent, Federal Bureau of Investigation

**U.S.C. Citations:**

|       | Code/Section      | Description of Offense Charged                                    | Count(s) | Capital/Felony/Misd/Petty |
|-------|-------------------|-------------------------------------------------------------------|----------|---------------------------|
| Set 1 | 18 U.S.C. § 371   | Conspiracy to Intentionally Cause Damage to a Protected Computer  | 1        | Felony                    |
| Set 2 |                   |                                                                   |          |                           |
| Set 3 |                   |                                                                   |          |                           |

(May be continued on reverse)

Date:  September 30, 2013   Signature of AUSA:  _Alexander T.H. Nguyen_

JS 45
(01/2008)

# REDACTED

Criminal Case Cover Sheet                        U.S. District Court

**Place of Offense:**       Under Seal: Yes ___ No _X_    Judge Assigned: LOG

City    Sterling       Superseding Indictment ___    Criminal Number: 1:13-CR-383

County/Parish   Loudoun     Same Defendant ___    New Defendant _X_

Magistrate Judge Case Number ___    Arraignment Date: ___

Search Warrant Case Number ___

R 20/R 40 from District of ___

Related Case Name and No: ___

**Defendant Information:**

Juvenile Yes ___ No _X_ FBI # ___

Defendant Name: Zhiwei Chen      Alias Name(s) "Jack Chen" "TickL" "Tickle" "internets" "zhiwei"

Address: [REDACTED] Katy, TX

Employment: ___

Birth date [REDACTED] 1992   SS# [REDACTED]2179   Sex _M_ Def Race Asian    Nationality Canadian    Place of Birth ___

Height 5'9"    Weight 230   Hair ___ Eyes ___    Scars/Tattoos ___

Interpreter: _X_ No ___ Yes List language and/or dialect: ___ Automobile Description ___

**Location Status:**

Arrest Date ___

___ Already in Federal Custody as of ___ in ___

___ Already in State Custody    ___ On Pretrial Release    _X_ Not in Custody

_X_ Arrest Warrant Requested    ___ Fugitive    ___ Summons Requested

___ Arrest Warrant Pending    ___ Detention Sought    ___ Bond ___

**Defense Counsel Information:**

Name: Howard Weintraub      ___ Court Appointed      Counsel conflicted out: ___

Address: 1355 Peachtree Street NE, Ste 1250, Atlanta, GA 30309    _X_ Retained

Telephone: (404) 892-2000      ___ Public Defender    Federal Public Defender's Office conflicted out: ___

**U.S. Attorney Information:**

AUSA Alexander Nguyen    Telephone No: 703-299-3700    Bar # ___

**Complainant Agency, Address & Phone Number or Person & Title:**

Michael Nail, Special Agent, Federal Bureau of Investigation

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to Intentionally Cause Damage to a Protected Computer | 1 | Felony |
| Set 2 | | | | |
| Set 3 | | | | |

(May be continued on reverse)

Date: September 30, 2013      Signature of AUSA: _/s/ Alexander T.H. Nguyen_

JS 45
(01/2008)

# REDACTED

Criminal Case Cover Sheet                                                                  U.S. District Court

**Place of Offense:**  Under Seal: Yes ___ No _X_   Judge Assigned: _LOG_
City _Sterling_  Superseding Indictment ___   Criminal Number: _1:13-CR-383_
County/Parish _Loudoun_  Same Defendant ___   New Defendant _X_
Magistrate Judge Case Number ___   Arraignment Date: ___
Search Warrant Case Number ___
R 20/R 40 from District of ___
Related Case Name and No: ___

**Defendant Information:**
Juvenile Yes ___ No _X_ FBI # ___
Defendant Name: _Joshua S. Phy_   Alias Name(s) "Anonyjosh"
Address: ▓▓▓▓▓ Gloucester, NJ
Employment: ___

Birth date ▓▓/▓▓/1986  SS# ▓▓▓-▓▓-6813  Sex _M_  Def Race _White_  Nationality _U.S._  Place of Birth ___
Height ___ Weight ___ Hair ___ Eyes ___ Scars/Tattoos ___
Interpreter: _X_ No ___ Yes List language and/or dialect: ___ Automobile Description ___

**Location Status:**
Arrest Date ___
___ Already in Federal Custody as of ___ in ___
___ Already in State Custody   ___ On Pretrial Release   _X_ Not in Custody
_X_ Arrest Warrant Requested   ___ Fugitive   ___ Summons Requested
___ Arrest Warrant Pending   ___ Detention Sought   ___ Bond ___

**Defense Counsel Information:**
Name: ___   ___ Court Appointed   Counsel conflicted out: ___
Address: ___   ___ Retained
Telephone: ___   ___ Public Defender   Federal Public Defender's Office conflicted out: ___

**U.S. Attorney Information:**
AUSA _Alexander Nguyen_   Telephone No: 703-299-3700   Bar # ___

**Complainant Agency, Address & Phone Number or Person & Title:**
Michael Nail, Special Agent, Federal Bureau of Investigation

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to Intentionally Cause Damage to a Protected Computer | 1 | Felony |
| Set 2 | | | | |
| Set 3 | | | | |

(May be continued on reverse)

Date: _September 30, 2013_   Signature of AUSA: _Alexan T.H. Nguyen_

JS 45
(01/2008)

# REDACTED

## Criminal Case Cover Sheet
U.S. District Court

**Place of Offense:**    Under Seal: Yes ___ No _X_    Judge Assigned: _LOG_

City _Sterling_    Superseding Indictment ___    Criminal Number: 1:13-CR- _383_

County/Parish _Loudoun_    Same Defendant ___    New Defendant _X_

Magistrate Judge Case Number ___    Arraignment Date: ___

Search Warrant Case Number ___

R 20/R 40 from District of ___

Related Case Name and No: ___

**Defendant Information:**

Juvenile Yes ___ No _X_    FBI # ___

Defendant Name: _Ryan Russell Gubele_    Alias Name(s) _"grishnav"_

Address: [REDACTED] Seattle, WA

Employment: ___

Birth date _[REDACTED] 1985_    SS# _[REDACTED] 7598_    Sex _M_    Def Race _White_    Nationality _U.S._    Place of Birth ___

Height ___    Weight ___    Hair ___    Eyes ___    Scars/Tattoos ___

Interpreter: _X_ No ___ Yes    List language and/or dialect: ___    Automobile Description ___

**Location Status:**

Arrest Date ___

___ Already in Federal Custody as of ___ in ___

___ Already in State Custody    ___ On Pretrial Release    _X_ Not in Custody

_X_ Arrest Warrant Requested    ___ Fugitive    ___ Summons Requested

___ Arrest Warrant Pending    ___ Detention Sought    ___ Bond ___

**Defense Counsel Information:**

Name: ___    ___ Court Appointed    Counsel conflicted out: ___

Address: ___    ___ Retained

Telephone: ___    ___ Public Defender    Federal Public Defender's Office conflicted out: ___

**U.S. Attorney Information:**

AUSA _Alexander Nguyen_    Telephone No: 703-299-3700    Bar # ___

**Complainant Agency, Address & Phone Number    or Person & Title:**

Michael Nail, Special Agent, Federal Bureau of Investigation

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to Intentionally Cause Damage to a Protected Computer | 1 | Felony |
| Set 2 | | | | |
| Set 3 | | | | |

(May be continued on reverse)

Date: _September 30, 2013_    Signature of AUSA: _[signature]_

JS 45
(01/2008)

## REDACTED

Criminal Case Cover Sheet                                                                 U.S. District Court

**Place of Offense:**            Under Seal: Yes ___ No _X_    Judge Assigned: _LOG_
City    Sterling          Superseding Indictment _____   Criminal Number: 1:13-CR-383
County/Parish  Loudoun    Same Defendant _____          New Defendant _X_
                          Magistrate Judge Case Number _____   Arraignment Date: _____
                          Search Warrant Case Number _____
                          R 20/R 40 from District of _____
                          Related Case Name and No: _____

**Defendant Information:**

Juvenile  Yes ___ No _X_  FBI # _____
Defendant Name: Robert Audubon Whitfield       Alias Name(s) "mightymooch"
Address: ▮▮▮▮▮▮▮ Georgetown, TX
Employment: _____
Birth date ▮ 1986   SS# ▮ 8721   Sex _M_  Def Race _White_   Nationality _U.S._   Place of Birth _____
Height _6'0"_   Weight _200_  Hair _____   Eyes _____   Scars/Tattoos _____
Interpreter:  _X_ No  ___ Yes  List language and/or dialect: _____  Automobile Description _____

**Location Status:**

Arrest Date _____
___ Already in Federal Custody as of _____ in _____
___ Already in State Custody    ___ On Pretrial Release    _X_ Not in Custody
_X_ Arrest Warrant Requested    ___ Fugitive               ___ Summons Requested
___ Arrest Warrant Pending      ___ Detention Sought       ___ Bond _____

**Defense Counsel Information:**

Name: _____           Court Appointed       Counsel conflicted out: _____
Address: _____        Retained
Telephone: _____      Public Defender       Federal Public Defender's Office conflicted out: _____

**U.S. Attorney Information:**

AUSA  Alexander Nguyen    Telephone No: 703-299-3700    Bar # _____

**Complainant Agency, Address & Phone Number  or Person & Title:**
Michael Nail, Special Agent, Federal Bureau of Investigation

**U.S.C. Citations:**

|       | Code/Section       | Description of Offense Charged                                    | Count(s) | Capital/Felony/Misd/Petty |
|-------|--------------------|-------------------------------------------------------------------|----------|---------------------------|
| Set 1 | 18 U.S.C. § 371    | Conspiracy to Intentionally Cause Damage to a Protected Computer  | 1        | Felony                    |
| Set 2 |                    |                                                                   |          |                           |
| Set 3 |                    |                                                                   |          |                           |

(May be continued on reverse)

Date: September 30, 2013      Signature of AUSA: _Alexan T.H. Nguy___

JS 45
(01/2008)

# REDACTED

Criminal Case Cover Sheet                                                                 U.S. District Court

| Place of Offense: | Under Seal: Yes ___ No _X_ | Judge Assigned: _LOG_ |
|---|---|---|
| City _Sterling_ | Superseding Indictment ___ | Criminal Number: 1:13-CR- 383 |
| County/Parish _Loudoun_ | Same Defendant ___ New Defendant _X_ | |
| | Magistrate Judge Case Number ___ | Arraignment Date: ___ |
| | Search Warrant Case Number ___ | |
| | R 20/R 40 from District of ___ | |
| | Related Case Name and No: ___ | |

**Defendant Information:**

Juvenile Yes ___ No _X_ FBI # _____

Defendant Name: _Anthony Tadros_     Alias Name(s) "Winslow"

Address: [REDACTED] Mansfield, CT

Employment: _____

Birth date __/__/1991   SS# [REDACTED]5302 Sex _M_ Def Race ___ Nationality _U.S._ Place of Birth ___

Height ___ Weight ___ Hair ___ Eyes ___ Scars/Tattoos ___

Interpreter: _X_ No ___ Yes List language and/or dialect: ___ Automobile Description ___

**Location Status:**

Arrest Date _____

___ Already in Federal Custody as of _____ in _____
___ Already in State Custody   ___ On Pretrial Release   _X_ Not in Custody
_X_ Arrest Warrant Requested   ___ Fugitive             ___ Summons Requested
___ Arrest Warrant Pending     ___ Detention Sought     ___ Bond _____

**Defense Counsel Information:**

Name: _____   ___ Court Appointed   Counsel conflicted out: _____

Address: _____   ___ Retained

Telephone: _____   ___ Public Defender   Federal Public Defender's Office conflicted out: _____

**U.S. Attorney Information:**

AUSA _Alexander Nguyen_   Telephone No: 703-299-3700   Bar # _____

**Complainant Agency, Address & Phone Number or Person & Title:**

Michael Nail, Special Agent, Federal Bureau of Investigation

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to Intentionally Cause Damage to a Protected Computer | 1 | Felony |
| Set 2 | | | | |
| Set 3 | | | | |

(May be continued on reverse)

Date: _September 30, 2013_   Signature of AUSA: _Alexander T.H. Nguyen_

JS 45
(01/2008)

# REDACTED

Criminal Case Cover Sheet U.S. District Court

| | | | |
|---|---|---|---|
| **Place of Offense:** | Under Seal: Yes ___ No X | Judge Assigned: LOG | |
| City  Sterling | Superseding Indictment ___ | Criminal Number: 1:13-CR- 383 | |
| County/Parish  Loudoun | Same Defendant ___ | New Defendant  X | |
| | Magistrate Judge Case Number ___ | Arraignment Date: ___ | |
| | Search Warrant Case Number ___ | | |
| | R 20/R 40 from District of ___ | | |
| | Related Case Name and No: ___ | | |

**Defendant Information:**

Juvenile Yes ___ No X  FBI # 890305W11

Defendant Name: Geoffery Kenneth Commander   Alias Name(s) "JAKE" "bipto"

Address: ▮▮▮▮▮▮ Hancock, NH

Employment: ___

Birth date ▮▮ 1948  SS# ▮▮9574 Sex M  Def Race ___  Nationality UK   Place of Birth ___

Height ___  Weight ___  Hair ___  Eyes ___  Scars/Tattoos ___

Interpreter:  X No ___ Yes  List language and/or dialect: ___  Automobile Description ___

**Location Status:**

Arrest Date ___

___ Already in Federal Custody as of ___ in ___
___ Already in State Custody  ___ On Pretrial Release   X Not in Custody
X  Arrest Warrant Requested  ___ Fugitive  ___ Summons Requested
___ Arrest Warrant Pending  ___ Detention Sought  ___ Bond ___

**Defense Counsel Information:**

Name: ___   ___ Court Appointed   Counsel conflicted out: ___

Address: ___   ___ Retained

Telephone: ___   ___ Public Defender   Federal Public Defender's Office conflicted out: ___

**U.S. Attorney Information:**

AUSA  Alexander Nguyen    Telephone No: 703-299-3700    Bar # ___

**Complainant Agency, Address & Phone Number or Person & Title:**

Michael Nail, Special Agent, Federal Bureau of Investigation

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to Intentionally Cause Damage to a Protected Computer | 1 | Felony |
| Set 2 | | | | |
| Set 3 | | | | |

(May be continued on reverse)

Date: September 30, 2013    Signature of AUSA: /s/ T.H. Nguyen

JS 45
(01/2008)

# REDACTED

Criminal Case Cover Sheet                                                                 U.S. District Court

**Place of Offense:**
City __Sterling__  Under Seal: Yes ___ No _X_   Judge Assigned: __LOG__
County/Parish __Loudoun__ Superseding Indictment ___  Criminal Number: 1:13-CR-__383__
                         Same Defendant ___   New Defendant _X_
                         Magistrate Judge Case Number ___   Arraignment Date: ___
                         Search Warrant Case Number ___
                         R 20/R 40 from District of ___
                         Related Case Name and No: ___

**Defendant Information:**
Juvenile Yes ___ No _X_  FBI # ___
Defendant Name: __Phillip Garrett Simpson__   Alias Name(s) __"jikbag"__
Address: ████████ Tucson, AZ
Employment: ___
Birth date __████__ 1984  SS# __████__ 1298  Sex _M_ Def Race ___ Nationality _U.S._ Place of Birth ___
Height ___ Weight ___ Hair ___ Eyes ___ Scars/Tattoos ___
Interpreter: _X_ No ___ Yes List language and/or dialect: ___ Automobile Description ___

**Location Status:**
Arrest Date ___
___ Already in Federal Custody as of ___ in ___
___ Already in State Custody   ___ On Pretrial Release   _X_ Not in Custody
_X_ Arrest Warrant Requested   ___ Fugitive              ___ Summons Requested
___ Arrest Warrant Pending     ___ Detention Sought      ___ Bond ___

**Defense Counsel Information:**
Name: ___                    ___ Court Appointed   Counsel conflicted out: ___
Address: ___                 ___ Retained
Telephone: ___               ___ Public Defender   Federal Public Defender's Office conflicted out: ___

**U.S. Attorney Information:**
AUSA __Alexander Nguyen__   Telephone No: 703-299-3700   Bar # ___

**Complainant Agency, Address & Phone Number  or Person & Title:**
Michael Nail, Special Agent, Federal Bureau of Investigation

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to Intentionally Cause Damage to a Protected Computer | 1 | Felony |
| Set 2 | | | | |
| Set 3 | | | | |

(May be continued on reverse)

Date: __September 30, 2013__  Signature of AUSA: _Alexander T.H. Nguyen_

JS 45
(01/2008)

# REDACTED

Criminal Case Cover Sheet                                                                                       U.S. District Court

| Place of Offense: | | Under Seal: Yes ___ No _X_ | Judge Assigned: _LOG_ |
| --- | --- | --- | --- |
| City | Sterling | Superseding Indictment ___ | Criminal Number: 1:13-CR-_383_ |
| County/Parish | Loudoun | Same Defendant ___ | New Defendant _X_ |
| | | Magistrate Judge Case Number ___ | Arraignment Date: ___ |
| | | Search Warrant Case Number ___ | |
| | | R 20/R 40 from District of ___ | |
| | | Related Case Name and No: ___ | |

**Defendant Information:**

Juvenile Yes ___ No _X_ FBI # _____

Defendant Name: _Austen L. Stamm_          Alias Name(s) "user_x"

Address: [REDACTED] Beloit, KS

Employment: _____

Birth date [REDACTED] 1987  SS# [REDACTED] 2090  Sex _M_  Def Race ___  Nationality _U.S._  Place of Birth ___

Height ___ Weight ___ Hair ___ Eyes ___ Scars/Tattoos ___

Interpreter: _X_ No ___ Yes  List language and/or dialect: ___  Automobile Description ___

**Location Status:**

Arrest Date _____

___ Already in Federal Custody as of ___ in ___
___ Already in State Custody     ___ On Pretrial Release      _X_ Not in Custody
_X_ Arrest Warrant Requested     ___ Fugitive                 ___ Summons Requested
___ Arrest Warrant Pending       ___ Detention Sought         ___ Bond ___

**Defense Counsel Information:**

Name: _____    ___ Court Appointed     Counsel conflicted out: _____

Address: _____  ___ Retained

Telephone: _____ ___ Public Defender    Federal Public Defender's Office conflicted out: ___

**U.S. Attorney Information:**

AUSA _Alexander Nguyen_   Telephone No: 703-299-3700    Bar # _____

**Complainant Agency, Address & Phone Number  or Person & Title:**

Michael Nail, Special Agent, Federal Bureau of Investigation

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
| --- | --- | --- | --- | --- |
| Set 1 | 18 U.S.C. § 371 | Conspiracy to Intentionally Cause Damage to a Protected Computer | 1 | Felony |
| Set 2 | | | | |
| Set 3 | | | | |

(May be continued on reverse)

Date: September 30, 2013    Signature of AUSA: _/s/ Alexander T.H. Nguyen_

JS 45
(01/2008)

## REDACTED
Criminal Case Cover Sheet                                                         U.S. District Court

**Place of Offense:**      Under Seal: Yes ___ No _X_     Judge Assigned: __LOG__
City __Sterling__     Superseding Indictment _____     Criminal Number: 1:13-CR-__383__
County/Parish __Loudoun__    Same Defendant _____    New Defendant __X__
                             Magistrate Judge Case Number _____    Arraignment Date: _____
                             Search Warrant Case Number _____
                             R 20/R 40 from District of _____
                             Related Case Name and No: _____

**Defendant Information:**
Juvenile Yes ___ No _X_ FBI # _____
Defendant Name: __Timothy Robert McClain__     Alias Name(s) _____
Address: __[REDACTED]__ Clemson, SC
Employment: _____

Birth date __[REDACTED]__ 1987 SS# __[REDACTED]__ 7371 Sex _M_ Def Race _____ Nationality _U.S._ Place of Birth _____
Height _____ Weight _____ Hair _____ Eyes _____ Scars/Tattoos _____
Interpreter: _X_ No ___ Yes List language and/or dialect: _____ Automobile Description _____

**Location Status:**
Arrest Date _____
___ Already in Federal Custody as of _____ in _____
___ Already in State Custody    ___ On Pretrial Release    _X_ Not in Custody
_X_ Arrest Warrant Requested    ___ Fugitive    ___ Summons Requested
___ Arrest Warrant Pending    ___ Detention Sought    ___ Bond _____

**Defense Counsel Information:**
Name: _____     _____ Court Appointed     Counsel conflicted out: _____
Address: _____     _____ Retained
Telephone: _____     _____ Public Defender     Federal Public Defender's Office conflicted out: _____

**U.S. Attorney Information:**
AUSA __Alexander Nguyen__    Telephone No: 703-299-3700    Bar # _____

**Complainant Agency, Address & Phone Number or Person & Title:**
Michael Nail, Special Agent, Federal Bureau of Investigation

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to Intentionally Cause Damage to a Protected Computer | 1 | Felony |
| Set 2 | | | | |
| Set 3 | | | | |

(May be continued on reverse)
Date: __September 30, 2013__ Signature of AUSA: _Alex T.H. Nguyen_

JS 45
(01/2008)

# REDACTED

Criminal Case Cover Sheet                                                                 U.S. District Court

**Place of Offense:**                Under Seal: Yes ___ No _X_    Judge Assigned: __LOG__
City    Sterling            Superseding Indictment ___          Criminal Number: 1:13-CR-383
County/Parish Loudoun       Same Defendant ___                  New Defendant _X_
                            Magistrate Judge Case Number ___    Arraignment Date: ___
                            Search Warrant Case Number ___
                            R 20/R 40 from District of ___
                            Related Case Name and No: ___

**Defendant Information:**
Juvenile Yes ___ No _X_  FBI # ___
Defendant Name: Wade Carl Williams          Alias Name(s) "TheMiNd"
Address: ███████████ Missoula, MT
Employment: ___
Birth date ██ 1986  SS# ██ 5918  Sex _M_ Def Race _White_  Nationality _U.S._  Place of Birth ___
Height ___ Weight ___ Hair ___ Eyes ___  Scars/Tattoos ___
Interpreter: _X_ No ___ Yes List language and/or dialect: ___  Automobile Description ___

**Location Status:**
Arrest Date ___
___ Already in Federal Custody as of ___ in ___
___ Already in State Custody      ___ On Pretrial Release    _X_ Not in Custody
_X_ Arrest Warrant Requested      ___ Fugitive                ___ Summons Requested
___ Arrest Warrant Pending        ___ Detention Sought        ___ Bond ___

**Defense Counsel Information:**
Name: ___                        ___ Court Appointed         Counsel conflicted out: ___
Address: ___                     ___ Retained
Telephone: ___                   ___ Public Defender         Federal Public Defender's Office conflicted out: ___

**U.S. Attorney Information:**
AUSA Alexander Nguyen    Telephone No: 703-299-3700    Bar # ___

**Complainant Agency, Address & Phone Number or Person & Title:**
Michael Nail, Special Agent, Federal Bureau of Investigation

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to Intentionally Cause Damage to a Protected Computer | 1 | Felony |
| Set 2 | | | | |
| Set 3 | | | | |

(May be continued on reverse)

Date: September 30, 2013    Signature of AUSA: _/s/ Alex T.H. Nguyen_

JS 45
(01/2008)

## REDACTED

Criminal Case Cover Sheet                                                                                           U.S. District Court

**Place of Offense:**        Under Seal: Yes ___ No _X_    Judge Assigned: _LOG_
City _Sterling_              Superseding Indictment ___    Criminal Number: 1:13-CR- _383_
County/Parish _Loudoun_      Same Defendant ___            New Defendant _X_
                             Magistrate Judge Case Number ___   Arraignment Date: ___
                             Search Warrant Case Number ___
                             R 20/R 40 from District of ___
                             Related Case Name and No: ___

**Defendant Information:**
Juvenile Yes ___ No _X_ FBI # ___
Defendant Name: _Thomas J. Bell_                    Alias Name(s) ___
Address: ▮▮▮▮▮▮▮ _Rockland, MA 02370_
Employment: ___
Birth date ▮▮ _1985_ SS# ▮▮_6634_ Sex _M_ Def Race _White_ Nationality _U.S._  Place of Birth ___
Height ___ Weight ___ Hair ___ Eyes ___ Scars/Tattoos ___
Interpreter: _X_ No ___ Yes  List language and/or dialect: ___ Automobile Description ___

**Location Status:**
Arrest Date ___
___ Already in Federal Custody as of ___ in ___
___ Already in State Custody    ___ On Pretrial Release    _X_ Not in Custody
_X_ Arrest Warrant Requested    ___ Fugitive                ___ Summons Requested
___ Arrest Warrant Pending      ___ Detention Sought        ___ Bond ___

**Defense Counsel Information:**
Name: ___                           ___ Court Appointed     Counsel conflicted out: ___
Address: ___                        ___ Retained
Telephone: ___                      ___ Public Defender     Federal Public Defender's Office conflicted out: ___

**U.S. Attorney Information:**
AUSA _Alexander Nguyen_    Telephone No: 703-299-3700    Bar # ___

**Complainant Agency, Address & Phone Number or Person & Title:**
Michael Nail, Special Agent, Federal Bureau of Investigation

**U.S.C. Citations:**

|       | Code/Section       | Description of Offense Charged                                   | Count(s) | Capital/Felony/Misd/Petty |
|-------|--------------------|-------------------------------------------------------------------|----------|---------------------------|
| Set 1 | 18 U.S.C. § 371    | Conspiracy to Intentionally Cause Damage to a Protected Computer | 1        | Felony                    |
| Set 2 |                    |                                                                   |          |                           |
| Set 3 |                    |                                                                   |          |                           |

(May be continued on reverse)

Date: _September 30, 2013_    Signature of AUSA: _Alex T.H. Nguyen_