IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| UNITED STATES OF AMERICA | Criminal No. 1:13-cr-383 |
|---|---|
| v. | |
| DENNIS OWEN COLLINS,<br>JEREMY LEROY HELLER,<br>ZHIWEI CHEN,<br>JOSHUA S. PHY,<br>RYAN RUSSELL GUBELE,<br>ROBERT AUDUBON WHITFIELD,<br>ANTHONY TADROS,<br>GEOFFREY KENNETH COMMANDER,<br>PHILLIP GARRETT SIMPSON,<br>AUSTEN L. STAMM,<br>TIMOTHY ROBERT McCLAIN,<br>WADE CARL WILLIAMS,<br>THOMAS J. BELL,<br><br>Defendants. | The Hon. Liam O'Grady |

## JOINT MOTION FOR ENTRY OF A STIPULATED PROTECTIVE ORDER

The United States of America, by and through Dana J. Boente, Acting United States Attorney, and Jay V. Prabhu and Alexander T.H. Nguyen, Assistant United States Attorneys, and Richard D. Green, Trial Attorney of the Computer Crime and Intellectual Property Section of the Department of Justice, and the defendants, by their undersigned counsel, respectfully move this Honorable Court for entry of the attached stipulated Protective Order, pursuant to Federal Rule of Criminal Procedure 16(d)(1) and Federal Rule of Evidence 502(d). In support thereof, the parties state as follows:

1. During the course of the investigation, the United States has gathered or generated voluminous documents, including electronic records, which contain the confidential information and personal identifiers for victims, defendants, and non-parties in this case. These documents and electronic records include, but are not limited to, business records, investigative reports, log files, chat transcripts, victim correspondence, and other documents. The United States intends to produce these documents and electronic records, in accordance with the Federal Rules of Criminal Procedure, relevant case law, and this Court's Discovery Order.

2. Accordingly, the proposed Protective Order regulates discovery in this case by restricting the use and dissemination of documents and electronic records obtained through discovery. In sum, the proposed Protective Order prohibits the dissemination of these documents and electronic records and the information contained therein to third parties, other than as necessary for the defendants' investigation of the allegations and the preparation of their defenses.

3. The defendants and their counsel have reviewed this Motion and the Protective Order, and have agreed to its terms.

WHEREFORE, the undersigned respectfully request that the Court enter the proposed Protective Order.

Respectfully submitted,

Dana J. Boente
Acting United States Attorney

By: /s/ Alexander T.H. Nguyen

Alexander T.H. Nguyen
Jay V. Prabhu
Assistant United States Attorneys
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone:   (703) 299-3700
Fax:     (703) 299-3981
Email:   alexander.nguyen@usdoj.gov


John C. Kiyonaga
Counsel for defendant Dennis Owen Collins
108 North Alfred Street
Alexandria, Virginia 22314
Phone:   (703) 739-0009
Fax:     (703) 549-2988
Email:   john@johnckiyonaga.com

WHEREFORE, the undersigned respectfully request that the Court enter the proposed Protective Order.

Respectfully submitted,

Dana J. Boente
Acting United States Attorney

By: _____
Alexander T.H. Nguyen
Jay V. Prabhu
Assistant United States Attorneys
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703) 299-3700
Fax: (703) 299-3981
Email: alexander.nguyen@usdoj.gov

_____
William Todd Watson
Counsel for defendant Jeremy Heller
Office of the Federal Public Defender
Eastern District of Virginia
1650 King Street, Suite 500
Alexandria, Virginia 22314
Phone: (703) 600-0878
Fax: (703) 600-0880
Email: todd_watson@fd.org

WHEREFORE, the undersigned respectfully request that the Court enter the proposed Protective Order.

Respectfully submitted,

Dana J. Boente
Acting United States Attorney

By: _____
Alexander T.H. Nguyen
Jay V. Prabhu
Assistant United States Attorneys
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone:   (703) 299-3700
Fax:     (703) 299-3981
Email:   alexander.nguyen@usdoj.gov

_____
Marina Medvin
Counsel for defendant Zhiwei Chen
MEDVIN LAW
1800 Diagonal Road, Ste. 600
Alexandria, Virginia 22314
Phone:   (703) 870-6868
Fax:     (703) 870-3772
Email:   marina@medvinlaw.com

WHEREFORE, the undersigned respectfully request that the Court enter the proposed Protective Order.

        Respectfully submitted,

        Dana J. Boente
        Acting United States Attorney

By: _____
        Alexander T.H. Nguyen
        Jay V. Prabhu
        Assistant United States Attorneys
        United States Attorney's Office
        2100 Jamieson Avenue
        Alexandria, Virginia 22314
        Phone:   (703) 299-3700
        Fax:   (703) 299-3981
        Email:   alexander.nguyen@usdoj.gov

_____
John O. Iweanoge, II
Counsel for defendant Joshua S. Phy
Iweanoge Law Center
500 N. Washington St.
Alexandria, VA 22314-2314
Phone:   (202) 347-7026
Fax:   (202) 347-7108
Email:   joi@iweanogesfirm.com

WHEREFORE, the undersigned respectfully request that the Court enter the proposed Protective Order.

                              Respectfully submitted,

                              Dana J. Boente
                              Acting United States Attorney

By:       /s/ Alexander T.H. Nguyen
                              Alexander T.H. Nguyen
                              Jay V. Prabhu
                              Assistant United States Attorneys
                              United States Attorney's Office
                              2100 Jamieson Avenue
                              Alexandria, Virginia 22314
                              Phone:     (703) 299-3700
                              Fax:        (703) 299-3981
                              Email:      alexander.nguyen@usdoj.gov

                              /s/ James W. Hundley
                              James W. Hundley
                              Counsel for defendant Ryan Gubele
                              Briglia Hundley Nuttall & Lopez, P.C.
                              1921 Gallows Rd.
                              Vienna, VA 22182
                              Phone:     (703) 883-0880
                              Fax:        (703) 883-0899
                              Email:      jhundley@bhnklaw.com

WHEREFORE, the undersigned respectfully request that the Court enter the proposed Protective Order.

Respectfully submitted,

Dana J. Boente
Acting United States Attorney

By: /s/ Alexander T.H. Nguyen
Alexander T.H. Nguyen
Jay V. Prabhu
Assistant United States Attorneys
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703) 299-3700
Fax: (703) 299-3981
Email: alexander.nguyen@usdoj.gov

/s/ Elita C. Amato
Elita C. Amato
Counsel for defendant Robert Whitfield
1600 Wilson Blvd., Suite 205
Arlington, VA 22209
Phone: (703) 522-5900
Fax: (703) 875-8957
Email: amato@amatoatlaw.com

WHEREFORE, the undersigned respectfully request that the Court enter the proposed Protective Order.

Respectfully submitted,

Dana J. Boente
Acting United States Attorney

By: _____
Alexander T.H. Nguyen
Jay V. Prabhu
Assistant United States Attorneys
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone:   (703) 299-3700
Fax:     (703) 299-3981
Email:   alexander.nguyen@usdoj.gov

_____
William O. Douglas Loeffler
Counsel for defendant Anthony Tadros
60 E D St
Brunswick, MD 21716
Phone:   (301) 834-6633
Email:   williamodouglas@aol.com

WHEREFORE, the undersigned respectfully request that the Court enter the proposed Protective Order.

Respectfully submitted,

Dana J. Boente
Acting United States Attorney

By: _____
Alexander T.H. Nguyen
Jay V. Prabhu
Assistant United States Attorneys
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703) 299-3700
Fax: (703) 299-3981
Email: alexander.nguyen@usdoj.gov

_____
Drewry B. Hutcheson, Jr.
Counsel for defendant Kenneth Commander
McGinley, Elsberg & Hutcheson, P.L.C.
627 South Washington Street
Alexandria, Virginia 22314-4109
Phone: (703) 549-5550
Fax: (571) 970-6333
Email: hutch365@msn.com

```
```

WHEREFORE, the undersigned respectfully request that the Court enter the proposed Protective Order.

Respectfully submitted,

Dana J. Boente
Acting United States Attorney

By: _____
Alexander T.H. Nguyen
Jay V. Prabhu
Assistant United States Attorneys
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone:  (703) 299-3700
Fax:    (703) 299-3981
Email:  alexander.nguyen@usdoj.gov

_____
Gregory B. English
Counsel for defendant Phillip Simpson
601 King St. Ste 406
Alexandria, VA 22314
Phone:  (703) 739-1368
Email:  gbeuva@gmail.com

WHEREFORE, the undersigned respectfully request that the Court enter the proposed Protective Order.

Respectfully submitted,

Dana J. Boente
Acting United States Attorney

By: _____/s/ Alexander T.H. Nguyen_____
Alexander T.H. Nguyen
Jay V. Prabhu
Assistant United States Attorneys
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone:    (703) 299-3700
Fax:    (703) 299-3981
Email:    alexander.nguyen@usdoj.gov

_____/s/ Jessica Carmichael_____
~~Cresley Sigmon~~ Jessica Carmichael
Counsel for defendant Austen L. Stamm
Patrick N. Anderson & Associates
333 N. Fairfax Street, Suite 310
Alexandria, VA 22314
Phone:    (703) 520-2860
Fax:    (703) 519-7104
Email:    csigmon@pnalaw.com

WHEREFORE, the undersigned respectfully request that the Court enter the proposed Protective Order.

Respectfully submitted,

Dana J. Boente
Acting United States Attorney

By: _____
Alexander T.H. Nguyen
Jay V. Prabhu
Assistant United States Attorneys
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703) 299-3700
Fax: (703) 299-3981
Email: alexander.nguyen@usdoj.gov

_____
Gretchen Lynch Taylor
Counsel for defendant Timothy McClain
Taylor Law Company
10605 Judicial Drive, Suite A-5
Fairfax, VA 22030
Phone: (703) 385-5529
Email: gretchen@taylorlawco.com

WHEREFORE, the undersigned respectfully request that the Court enter the proposed Protective Order.

                          Respectfully submitted,

                          Dana J. Boente
                          Acting United States Attorney

By:      /s/ Alexander T.H. Nguyen
             Alexander T.H. Nguyen
             Jay V. Prabhu
             Assistant United States Attorneys
             United States Attorney's Office
             2100 Jamieson Avenue
             Alexandria, Virginia 22314
             Phone:     (703) 299-3700
             Fax:        (703) 299-3981
             Email:      alexander.nguyen@usdoj.gov

             /s/ Gary H. Smith
             Gary H. Smith
             Counsel for defendant Wade Williams
             526 King St 213
             Alexandria, VA 22314
             Phone:     (703) 549-1791
             Email:      smithgh58@aol.com

WHEREFORE, the undersigned respectfully request that the Court enter the proposed Protective Order.

Respectfully submitted,

Dana J. Boente
Acting United States Attorney

By: _____/s/_____
Alexander T.H. Nguyen
Jay V. Prabhu
Assistant United States Attorneys
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone:   (703) 299-3700
Fax:   (703) 299-3981
Email:   alexander.nguyen@usdoj.gov

_____/s/_____
John Louis Machado
Counsel for defendant Thomas Bell
503 D Street NW, Suite 310
Washington, DC 20001
Phone:   (703) 989-0840
Fax:   (202) 783-1201
Email:   johnmachadoesq@kreative.net

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2013, I electronically filed the foregoing JOINT MOTION FOR ENTRY OF A STIPULATED PROTECTIVE ORDER with the Clerk of Court using the CM/ECF system, which will send a notification of that electronic filling (NEF) to the following:

John C. Kiyonaga
108 North Alfred Street
Alexandria, VA 22314
john@johnckiyonaga.com

Marina Medvin
MEDVIN LAW
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
marina@medvinlaw.com

James W. Hundley
Briglia Hundley Nuttall & Lopez, P.C.
1921 Gallows Rd.
Vienna, VA 22182
jhundley@bhnklaw.com

William Loeffler
60 E D St.
Brunswick, MD 21716
williamodouglas@aol.com

Gregory B. English
601 King St. Ste 406
Alexandria, VA 22314
gbeuva@gmail.com

Gretchen Lynch Taylor
Taylor Law Company
10605 Judicial Drive, Suite A-5
Fairfax, VA 22030
gretchen@taylorlawco.com

William Todd Watson
Federal Public Defender's Office (EDVA)
1650 King St., Suite 500
Alexandria, VA 22314
todd_watson@fd.org

John O. Iweanoge, II
Iweanoge Law Center
500 N. Washington St.
Alexandria, VA 22314
joi@iweanogesfirm.com

Elita C. Amato
1600 Wilson Blvd., Suite 205
Arlington, VA 22209
amato@amatoatlaw.com

Drewry B. Hutcheson, Jr.
McGinley, Elsberg & Hutcheson, P.L.C.
627 South Washington Street
Alexandria, VA 22314
hutch365@msn.com

Jessica Nicole Carmichael
Patrick N. Anderson & Asso., P.C., Ste. 310
333 N. Fairfax Street
Alexandria, VA 22314
jcarmichael@pnalaw.com

Gary H. Smith
601 King Street, #203
Alexandria, VA 22314
smithgh58@aol.com

John Louis Machado
Law Office of John Machado
503 D Street NW, Suite 310
Washington, DC 20001
johnmachadoesq@kreative.net

                          Respectfully submitted,

                          Dana J. Boente
                          Acting United States Attorney

By: _____/s/_____
                          Alexander T.H. Nguyen
                          Assistant United States Attorney
                          Eastern District of Virginia
                          *Counsel for the United States*
                          2100 Jamieson Avenue
                          Alexandria, VA 22314
                          Phone: (703) 299-3700
                          Fax: (703) 299-3980
                          Email: alexander.nguyen@usdoj.gov