IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 1:13-cr-383 |
| DENNIS OWEN COLLINS, et al., | Hon. Liam O'Grady |
| Defendants. | |

**GOVERNMENT'S OPPOSITION TO
DEFENDANTS' MOTION TO SET ANOTHER STATUS CONFERENCE**

Despite its reservations, the Court granted the defendants' first motion for a status hearing rather than to set this case for trial as is usually done in the Eastern District of Virginia. A month later, defendants admit that they still have made no progress and that another status conference in the year 2014 "should see them better able to assess the time requirements of an adequate defense." Dkt. No. 97. Because another status conference without agenda (and hence no accountability) would unduly delay the resolution of this case, the government asks the Court to deny the motion and set the case for trial.

First, the government has produced broad, early, and organized discovery to all defendants. The discovery is in electronic form, has been indexed, and is broadly searchable. It has been broken out into documents specific to individual defendants, specific categories of files (such as search warrants, investigative reports, loss figures, and forensic reports), and even contains folders segregating out key evidence forming the basis for overt acts alleged in the indictment.

Second, government counsel has over the past few weeks reached out to every defense attorney in this matter and has in most cases individually met with defense counsel (with the case agent present) to answer questions about discovery, explain the theory of the case, share anticipated and applicable sentencing guidelines, and begin potential plea negotiations. But without a specific trial date to focus on, these discussions may not be as productive.

Having no trial date to work towards may unnecessarily delay any resolution of this case, and so the government asks the Court to deny the defendants' second motion for another status conference next year, and requests that the Court schedule the matter for trial.

                                              Respectfully submitted,

                                              Dana J. Boente
                                              Acting United States Attorney

By: _____/s/_____
     Alexander T.H. Nguyen
     Jay V. Prabhu
     Assistant U.S. Attorneys
     U.S. Attorney's Office
          Eastern District of Virginia
     2100 Jamieson Avenue
     Alexandria, VA 22314
     Phone: (703) 299-3700
     Fax: (703) 299-3980
     Email: alexander.nguyen@usdoj.gov
     Email: jay.prabhu@usdoj.gov

     Richard D. Green
     Trial Attorney, U.S. Department of Justice
     Computer Crime & Intellectual Property Section

Date: <u>November 20, 2013</u>

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2013, I electronically filed the foregoing GOVERNMENT'S OPPOSITION TO DEFENDANTS' MOTION TO SET ANOTHER STATUS CONFERENCE with the Clerk of Court using the CM/ECF system, which will send a notification of that electronic filling (NEF) to:

John C. Kiyonaga
108 North Alfred Street
Alexandria, VA 22314
john@johnckiyonaga.com

Marina Medvin
MEDVIN LAW
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
marina@medvinlaw.com

James W. Hundley
Briglia Hundley Nuttall & Lopez, P.C.
1921 Gallows Rd.
Vienna, VA 22182
jhundley@bhnklaw.com

William Loeffler
60 E D St.
Brunswick, MD 21716
williamodouglas@aol.com

William Todd Watson
Federal Public Defender's Office (EDVA)
1650 King St., Suite 500
Alexandria, VA 22314
todd_watson@fd.org

John O. Iweanoge, II
Iweanoge Law Center
1026 Monroe Street, NE
Washington, DC 20017
joi@iweanogesfirm.com

Elita C. Amato
1600 Wilson Blvd., Suite 205
Arlington, VA 22209
amato.law@comcast.net

Drewry B. Hutcheson, Jr.
McGinley, Elsberg & Hutcheson, P.L.C.
627 South Washington Street
Alexandria, VA 22314
hutch365@msn.com

Gregory B. English
601 King St. Ste 406
Alexandria, VA 22314
gbeuva@gmail.com

Gretchen Lynch Taylor
Taylor Law Company
10605 Judicial Drive, Suite A-5
Fairfax, VA 22030
gretchen@taylorlawco.com

John Louis Machado
Law Office of John Machado
503 D Street NW, Suite 310
Washington, DC 20001
johnmachadoesq@kreative.net

Jessica Nicole Carmichael
Patrick N. Anderson & Asso., P.C., Ste. 310
333 N. Fairfax Street
Alexandria, VA 22314
jcarmichael@pnalaw.com

Gary H. Smith
601 King Street, #203
Alexandria, VA 22314
smithgh58@aol.com

Joseph Stanton Abrenio
LeClairRyan
2318 Mill Road, Suite 1100
Alexandria, Virginia 22314
joseph.abrenio@leclairryan.com

Respectfully submitted,

Dana J. Boente
Acting United States Attorney

By: _____/s/_____
Alexander T.H. Nguyen
Assistant U.S. Attorney
U.S. Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3700
Fax: (703) 299-3980
Email: alexander.nguyen@usdoj.gov