Date: 01-15-14   Judge: **LIAM O'GRADY**   Reporter: N. Linnell
Time: 1:37   To 2:18

UNITED STATES of AMERICA
    vs.
DENNIS OWEN COLLINS - 001   (Appearance waived)   1:13CR00383
JEREMY LEROY HELLER – 002 (Present today)   Case Number
ZHIWEI CHEN – 003 (Appearance waived)
JOSHUA S. PHY – 004 (Appearance waived)
RYAN RUSSELL GUBELE -005 (Appearance waived)
ROBERT AUDUBON WHITFIELD -006 (Appearance waived)
ANTHONY TADROS – 007 (Appearance waived)
GEOFFREY KENNETH COMMANDER -008 (Appearance waived orally in open court)
PHILLIP GARRETT SIMPSON – 009 (Appearance waived)
AUSTEN L. STAMM – 010 (Appearance waived)
TIMOTHY ROBERT MCCLAIN – 011 (Appearance waived)
WADE CARL WILLIAMS – 012 (Appearance waived)
THOMAS J. BELL -013 (Appearance waived)
Defendant's Name

John Kiyonaga (Defendant Collins)   Alexander Nguyen and Richard Green
William Todd Watson and Joseph Abrenio (Defendant Heller)   Counsel for Government
Marina Medvin (Defendant Chen)
John Iweanoge (Defendant Phy)
James Hundley  (Defendant Gubele)
Elita Amato (Defendant Whitfield)
William Loeffler (Defendant Tadros)
Drew Hutcheson (Defendant Commander)
Gregory English (Defendant Simpson)
Patrick Anderson and Jessica Carmichael (Defendant Stamm)
Gretchen Taylor (Defendant McClain)
Gary H. Smith (Defendant Williams)
John Machado (Defendant Bell)
Counsel for Defendants

Matter called for status to set a trial date. Defendants requested an October trial date – argued and granted.

**Jury trial set to begin on October 7, 2014, at 10:00 a.m. Motions date of May 2, 2014, at 2:00 p.m.**


Email Jury:   X
LOG Red Book:   X
Chambers calendar:   X