IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| V. | * | Cr. No: 1:13-CR00383LO |
| | * | Motions Hearing: 5/2/14 |
| DENNIS COLLINS, et al. | * | Judge: Liam O'Grady |
| | * | |
| Defendant(s). | * | |
| | * | |

O R D E R

The court has before it the request of Defendant Dennis Collins pursuant to 18 U.S.C. §4285 that the United States Marshal Service make travel arrangements designed to bring him from his present residence in Toledo, Ohio to this jurisdiction for his appearance at the hearing of his Motion to Suppress to be held before this court at 2:00 p.m. on May 16, 2014, and to return him home at the conclusion of the proceeding.

The court finds that the defendant has advanced good cause for this request. It is therefore, this 6 day of May, 2014,

ORDERED, that the motion be, and hereby is, granted.

FURTHER ORDERED, that the United States Marshals Service provide the defendant round trip transportation from his home in Toledo, Ohio to the Eastern District of Alexandria, Virginia, on May 16, 2014.

_____
Liam O'Grady
United States District Judge

cc: United States Marshals Service
Prisoner Coordination Section