IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>-v- )<br>)<br>DENNIS OWEN COLLINS, *et al.*, )<br>)<br>Defendants. )<br>) | Criminal No. 1:13-cr-383<br><br>Hon. Liam O'Grady |

### ORDER

The Court has reviewed the Defendants' Motion to compel the government to disclose possible involvement of undercover intelligence officials in its investigation of the actions charged, as well as the government's Reply and the Defendant's Response. (Dkt. Nos. 373, 378, & 390). The Motion is **DENIED** without prejudice. The government is expected to complete its investigation into the involvement of undercover agents within the next week and will report the results. The Motion may be renewed if necessary.

Date: September 18, 2014
Alexandria, Virginia

/s/
Liam O'Grady
United States District Judge