**CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)**

I, _Faith Long_ (name), attest under penalties of perjury (or criminal punishment for false statement or false attestation) that I am employed by _Buckeye Cablesystem_ (business), and that my official title is _IP Administrative Assistant_ (title). I am a custodian of records for such business entity. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of _Buckeye Cablesystem_ (business), and that I am the custodian of the attached records consisting of _2_ pages. I have provided the following records to the United States:

_Subpoena Response_

I further state that:

A. all records attached to this certificate were made at or near the time of the occurrence of the matters set forth, by, or from information transmitted by, a person with knowledge of those matters;

B. such records were kept in the course of a regularly conducted business activity of _Buckeye Cablesystem_ (business); and

C. such records were made by _Buckeye Cablesystem_ (business) as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

_Faith Long_
(Signature)

_9/22/14_
(Date)

_4818 Angola Rd Toledo OH 43615_
(Address)

_419-724-3886_
(Phone)



**Buckeye CableSystem**
4818 Angola Rd.
Toledo, Ohio 43615

January 13, 2011

SA Michael A. Nail
Federal Bureau of Investigation
9325 Discovery Blvd
Manassas, VA 20109

Dear Sir or Madam:

Pursuant to the request of the aforementioned subpoena (copy attached), Buckeye undertook the research necessary to provide information on its customer using IP address 72.241.173.63 on the date(s) and time(s) specified in the subpoena. The results of our investigation are as follows:

Sincerely,

*Faith Long*

Faith Long
Legal Records Custodian

Attachments
Via E-mail and Fax (703-686-6010)

OP-0005746

| | |
|---|---|
| Name | Jackie W. Collins |
| Address | ▮▮▮▮ Douglas Rd |
| | Toledo, OH 43613-1247 |
| Telephone number(s) | ▮▮▮▮-5489 |
| Account number | 117655 |
| Payment information | Check or money order |
| Telephone connection records | Unavailable |
| Start date, and services | Sept. 1989, BEX 10.0 |
| Email addresses | docboy1213@buckeye-express.com, biteme@buckeye-express.com, denis@buckeye-express.com, denis1213@buckeye-express.com, doc1213@buckeye-express.com |
| Records of session times and duration | |

| Modem Mac | IP Address | Customer | First Leased | Lease Expires |
|---|---|---|---|---|
| 000e.5cbb.84a2 | 72.241.171.69 | JACKIE W COLLINS | 12/24/2010 13:45 | 1/12/2011 10:22 |
| 000e.5cbb.84a2 | 72.241.173.69 | JACKIE W COLLINS | 4/24/2010 12:28 | 12/25/2010 04:54 |
| 000e.5cbb.84a2 | 72.240.102.22 | JACKIE W COLLINS | 4/8/2010 17:47 | 4/24/2010 05:27 |
| 000e.5cbb.84a2 | 72.241.167.1 | JACKIE W COLLINS | 4/8/2010 10:47 | 4/9/2010 00:47 |
| 000e.5cbb.84a2 | 72.241.161.111 | JACKIE W COLLINS | 4/3/2010 10:50 | 4/8/2010 16:51 |
| 000e.5cbb.84a2 | 72.241.173.175 | JACKIE W COLLINS | 7/13/2009 16:02 | 4/3/2010 10:25 |
| 000e.5cbb.84a2 | 72.241.176.125 | JACKIE W COLLINS | 9/12/2009 12:41 | 9/13/2009 00:46 |
| 000e.5cbb.84a2 | 72.241.171.252 | JACKIE W COLLINS | 7/31/2009 11:40 | 7/14/2009 03:21 |
| 000e.5cbb.84a2 | 72.241.170.142 | JACKIE W COLLINS | 7/8/2009 09:47 | 7/11/2009 09:27 |
| 000e.5cbb.84a2 | 72.241.168.18 | JACKIE W COLLINS | 11/10/2008 11:45 | 7/8/2009 08:46 |

OP-0005747