# BUSINESS RECORDS DECLARATION

1

2                                                    )          Case No. 10-4 / 10GJ5328 / 10-3139

3   Request for Documents regarding:                 )
    grishnav, et al.                                  )          **DECLARATION OF**
4                                                     )          **THOMAS SACCO**

5                                                     )

6                                                     )

7                                                     )

8   _____              )

9          I, Thomas Sacco, declare:

10

11   1.     I am a Custodian of Records for Yahoo! Inc. ("Yahoo!"), located in Sunnyvale,

12          California. I am authorized to submit this declaration on behalf of Yahoo!. I make

13          this declaration pursuant to the Federal Rules of Evidence Rule 902(11) and in

14          response to a Subpoena dated November 19, 2010. I have personal knowledge of

15          the following facts, except as noted, and could testify competently thereto if called

16          as a witness.

17

18   2.     Attached hereto are true and correct copies of three pages and one CD-R of the

19          following data pertaining to the Yahoo! ID's identified in the Subpoena:  1) the

20          user profile, as produced by the Yahoo! Account Management Tool; 2) where

21          applicable, subscriber information, as produced by the Yahoo! Billing Tool; and 3)

22          the dates, times and Internet Protocol ("IP") addresses for logins. Yahoo!'s servers

23          record this data automatically at the time, or reasonably soon after, it is entered or

24          transmitted, and this data is kept in the course of this regularly conducted activity

25          and was made by regularly conducted activity as a regular practice. Yahoo! may

26

27

28

1    not require or verify user information because it offers many of its user services for
2    free.
3
4    3.    Pursuant to the Federal Stored Communications Act, 18 U.S.C. §§2701, et seq., we
5          have redacted information, including removing certain data fields, that exceeds the
6          scope of this request, is protected from disclosure or is otherwise not subject to
7          production.
8
9    I declare under penalty of perjury under the laws of the United States of America and the
10   State of California that the foregoing is true and correct.
11
12
13   DATED:  ___December 23, 2010_____    _____
                                                         Thomas Sacco
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



December 23, 2010

*Via U.S. Mail*

Special Agent Michael A. Nail
Federal Bureau of Investigation
9325 Discovery Boulevard
Manassas, VA 20109

Re:   Request for Subscriber Information: grishnav, et al.
       (Internal Reference No. 166812)

Dear Special Agent Nail:

Pursuant to the Subpoena issued in the above-referenced matter on November 19, 2010, Yahoo! Inc. ("Yahoo!") conducted a diligent search for information responsive to your request, and hereby responds in accordance with state and federal law, including the Stored Communications Act. *See* 18 U.S.C. § 2701 *et seq.*

Enclosed is the following information regarding the user accounts specified in the Subpoena, for the date range requested, to the extent available from our system: 1) the user profile, as produced by the Yahoo! Account Management Tool; 2) where applicable, subscriber information, as produced by the Yahoo! Billing Tool; and 3) the dates, times and Internet Protocol ("IP") addresses for logins (provided on CD-R) . A declaration authenticating these records also is enclosed.

To the extent any document provided herein contains information exceeding the scope of your request, is protected from disclosure or is otherwise not subject to production, if at all, we have redacted such information or removed such data fields. Yahoo! may not require or verify user information because it offers many of its user services for free.

Finally, in accordance with Section 2706 of the Stored Communications Act, Yahoo! requests reimbursement in the amount of $31.94 for reasonable costs incurred in processing your request. Please direct payment to Yahoo! Custodian of Records, 701 First Avenue, Sunnyvale, CA 94089. The federal tax identification number for Yahoo! Inc. is 77-0398689. In addition, please include the Internal Reference Number (listed above) with your payment.

Please contact me if you have any questions.

Sincerely,

Thomas Sacco
Legal Assistant
408-349-7212

Enclosures

701 first avenue
sunnyvale, ca 94089
phone 408 349 3300  fax 408 349 3301



OP-0001526

# YAHOO! ACCOUNT MANAGEMENT TOOL

| | |
|---|---|
| Login Name: | **jeremyhfht1** |
| GUID: | **XXHWGH4OKYHHRGAOD24HTXUQ3A** |
| Properties Used: | **GeoCities** |
| Commchannels: | **jeremyhfht@gmail.com** |
| Registration IP address: | **64.61.202.160** |
| Account Created (reg): | **Sat Nov 12 20:01:28 2005 GMT** |
| Other Identities: | **jeremyhfht1** |
| Full Name | **Mr jeremy hfht** |
| Address1: | |
| Address2: | |
| City: | **Monticello** |
| State, territory or province: | **MN** |
| Country: | **United States** |
| Zip/Postal Code: | **55563** |
| Phone: | |
| Time Zone: | **ct** |
| Business Name: | |
| Business Address: | |
| Business City: | |
| Business State: | |
| Business Country: | **us** |
| Business Zip: | |
| Business Phone: | |
| Business Email: | |
| Account Status: | **Active** |

OP-0001527

# YAHOO! ACCOUNT MANAGEMENT TOOL

| | |
|---|---|
| Login Name: | **grishnav** |
| GUID: | **KKLGTBL33E4LLUC2GV6ESPFJ7A** |
| Properties Used: | **Flickr**<br>**Mail** |
| Yahoo Mail Name: | **grishnav@yahoo.com** |
| Commchannels: | **grishnav@egosurf.net**<br>**grishnav-yahoo@egosurf.net**<br>**ryang@egosurf.net**<br>**ryang-yahoo@egosurf.net** |
| Registration IP address: | **198.236.63.1** |
| Account Created (reg): | **Thu Nov 09 21:06:36 2000 GMT** |
| Other Identities: | **grishnav (Yahoo! Mail)** |
| Full Name | **Mr Grishnav Last** |
| Address1: | |
| Address2: | |
| City: | **Portland** |
| State, territory or province: | **OR** |
| Country: | **United States** |
| Zip/Postal Code: | **97009** |
| Phone: | |
| Time Zone: | **pt** |
| Business Name: | |
| Business Address: | |
| Business City: | |
| Business State: | |
| Business Country: | **us** |
| Business Zip: | |
| Business Phone: | |
| Business Email: | |
| Account Status: | **Active** |

OP-0001528

**Subscriber Information**

| | |
|---|---|
| **Yahoo Id** | grishnav |
| **Name** | Ryan Gubele |
| **Billing Address Line1** | ▮▮GE Olvera Ave. |
| **Billing Address Line2** | |
| **Billing City** | Gresham |
| **Billing State** | OR |
| **Billing Postal Code** | 97080 |
| **Billing Country** | US |
| **Billing Phone** | ▮▮▮▮▮6347 |
| **Customer Phone** | |
| **Email** | grishnav-yahoo@egosurf.net |
| **Service** | LAUNCH |

OP-0001529

Search for,grishnav,
Date Range,01-Jan-2010 00:00:00 / 21-Dec-2010 23:59:59,
Total Results,226,

Yahoo ID,IP Address,Login Time
grishnav,71.197.246.227,Sun 03:11:28 (GMT) 19-Dec-2010
grishnav,71.197.246.227,Sun 03:11:27 (GMT) 19-Dec-2010
grishnav,71.197.246.227,Wed 04:21:59 (GMT) 15-Dec-2010
grishnav,71.197.246.227,Wed 04:21:58 (GMT) 15-Dec-2010
grishnav,71.197.246.227,Fri 07:42:51 (GMT) 10-Dec-2010
grishnav,71.197.246.227,Fri 07:42:50 (GMT) 10-Dec-2010
grishnav,71.197.246.227,Thu 06:28:48 (GMT) 09-Dec-2010
grishnav,71.197.246.227,Thu 06:28:47 (GMT) 09-Dec-2010
grishnav,71.197.246.227,Tue 10:27:58 (GMT) 07-Dec-2010
grishnav,71.197.246.227,Tue 10:27:58 (GMT) 07-Dec-2010
grishnav,71.197.246.227,Wed 08:40:57 (GMT) 01-Dec-2010
grishnav,71.197.246.227,Wed 08:40:56 (GMT) 01-Dec-2010
grishnav,184.194.57.12,Wed 07:59:10 (GMT) 01-Dec-2010
grishnav,184.194.57.12,Wed 07:59:09 (GMT) 01-Dec-2010
grishnav,184.194.57.12,Wed 07:56:25 (GMT) 01-Dec-2010
grishnav,71.197.246.227,Mon 12:02:05 (GMT) 15-Nov-2010
grishnav,71.197.246.227,Mon 12:02:05 (GMT) 15-Nov-2010
grishnav,71.197.246.227,Mon 11:58:40 (GMT) 15-Nov-2010
grishnav,71.197.246.227,Mon 11:58:40 (GMT) 15-Nov-2010
grishnav,71.197.246.227,Mon 11:57:13 (GMT) 15-Nov-2010
grishnav,71.197.246.227,Mon 11:57:12 (GMT) 15-Nov-2010
grishnav,71.197.246.227,Mon 11:55:26 (GMT) 15-Nov-2010
grishnav,71.197.246.227,Mon 11:55:25 (GMT) 15-Nov-2010
grishnav,71.197.246.227,Mon 02:00:14 (GMT) 15-Nov-2010
grishnav,71.197.246.227,Mon 02:00:13 (GMT) 15-Nov-2010
grishnav,71.197.246.227,Tue 03:25:24 (GMT) 02-Nov-2010
grishnav,71.197.246.227,Tue 03:25:18 (GMT) 02-Nov-2010
grishnav,71.197.246.227,Wed 03:06:37 (GMT) 20-Oct-2010
grishnav,71.197.246.227,Wed 03:06:36 (GMT) 20-Oct-2010
grishnav,71.197.246.227,Tue 06:11:18 (GMT) 19-Oct-2010
grishnav,71.197.246.227,Tue 06:11:18 (GMT) 19-Oct-2010
grishnav,71.197.246.227,Mon 14:40:25 (GMT) 18-Oct-2010
grishnav,71.197.246.227,Mon 14:40:21 (GMT) 18-Oct-2010
grishnav,71.197.246.227,Sat 08:58:39 (GMT) 16-Oct-2010
grishnav,71.197.246.227,Sat 08:58:34 (GMT) 16-Oct-2010
grishnav,71.197.246.227,Wed 13:26:47 (GMT) 06-Oct-2010
grishnav,71.197.246.227,Wed 13:26:47 (GMT) 06-Oct-2010
grishnav,71.197.246.227,Tue 04:51:38 (GMT) 05-Oct-2010
grishnav,71.197.246.227,Tue 04:51:37 (GMT) 05-Oct-2010
grishnav,71.197.246.227,Sun 11:08:58 (GMT) 03-Oct-2010
grishnav,71.197.246.227,Sun 11:08:55 (GMT) 03-Oct-2010
grishnav,71.197.246.227,Sun 06:35:58 (GMT) 26-Sep-2010
grishnav,71.197.246.227,Sun 06:35:51 (GMT) 26-Sep-2010
grishnav,71.197.246.227,Wed 05:23:03 (GMT) 22-Sep-2010
grishnav,71.197.246.227,Wed 05:22:59 (GMT) 22-Sep-2010
grishnav,71.197.246.227,Thu 05:38:43 (GMT) 16-Sep-2010
grishnav,71.197.246.227,Thu 05:38:38 (GMT) 16-Sep-2010
grishnav,71.197.246.227,Tue 22:27:06 (GMT) 31-Aug-2010
grishnav,71.197.246.227,Tue 22:27:04 (GMT) 31-Aug-2010
grishnav,71.197.246.227,Tue 22:09:19 (GMT) 31-Aug-2010
grishnav,71.197.246.227,Tue 22:08:58 (GMT) 31-Aug-2010
grishnav,71.197.246.227,Sat 05:32:09 (GMT) 28-Aug-2010
grishnav,71.197.246.227,Sat 05:32:08 (GMT) 28-Aug-2010
grishnav,71.197.246.227,Sat 10:36:30 (GMT) 14-Aug-2010
grishnav,71.197.246.227,Sat 10:36:29 (GMT) 14-Aug-2010
grishnav,71.197.246.227,Fri 06:24:11 (GMT) 13-Aug-2010
grishnav,71.197.246.227,Fri 06:24:11 (GMT) 13-Aug-2010
grishnav,71.197.246.227,Thu 03:54:41 (GMT) 12-Aug-2010
grishnav,71.197.246.227,Thu 03:54:37 (GMT) 12-Aug-2010
grishnav,71.197.246.227,Sun 01:11:46 (GMT) 08-Aug-2010
grishnav,71.197.246.227,Wed 07:36:31 (GMT) 04-Aug-2010
grishnav,71.197.246.227,Wed 07:36:23 (GMT) 04-Aug-2010

RG-0000104

grishnav,71.197.246.227,Wed 05:04:38 (GMT) 04-Aug-2010
grishnav,71.197.246.227,Wed 05:04:37 (GMT) 04-Aug-2010
grishnav,71.197.246.227,Wed 10:38:04 (GMT) 28-Jul-2010
grishnav,71.197.246.227,Wed 10:38:03 (GMT) 28-Jul-2010
grishnav,71.197.246.227,Sat 01:53:35 (GMT) 24-Jul-2010
grishnav,71.197.246.227,Sat 01:53:32 (GMT) 24-Jul-2010
grishnav,71.197.246.227,Thu 16:03:13 (GMT) 22-Jul-2010
grishnav,71.197.246.227,Thu 16:03:13 (GMT) 22-Jul-2010
grishnav,71.197.246.227,Mon 02:16:45 (GMT) 19-Jul-2010
grishnav,71.197.246.227,Mon 02:16:35 (GMT) 19-Jul-2010
grishnav,71.197.246.227,Sat 19:15:19 (GMT) 17-Jul-2010
grishnav,71.197.246.227,Sat 19:14:59 (GMT) 17-Jul-2010
grishnav,71.197.246.227,Thu 13:55:09 (GMT) 15-Jul-2010
grishnav,71.197.246.227,Thu 13:55:04 (GMT) 15-Jul-2010
grishnav,71.197.246.227,Mon 03:28:37 (GMT) 12-Jul-2010
grishnav,71.197.246.227,Mon 03:28:33 (GMT) 12-Jul-2010
grishnav,71.197.246.227,Wed 12:57:56 (GMT) 07-Jul-2010
grishnav,71.197.246.227,Wed 12:57:52 (GMT) 07-Jul-2010
grishnav,71.197.246.227,Fri 05:05:22 (GMT) 02-Jul-2010
grishnav,71.197.246.227,Wed 21:30:24 (GMT) 23-Jun-2010
grishnav,71.197.246.227,Wed 21:30:23 (GMT) 23-Jun-2010
grishnav,71.197.246.227,Tue 06:00:22 (GMT) 22-Jun-2010
grishnav,71.197.246.227,Tue 06:00:22 (GMT) 22-Jun-2010
grishnav,71.197.246.227,Wed 05:57:07 (GMT) 16-Jun-2010
grishnav,71.197.246.227,Wed 05:57:02 (GMT) 16-Jun-2010
grishnav,71.197.246.227,Tue 09:55:37 (GMT) 15-Jun-2010
grishnav,71.197.246.227,Tue 09:55:35 (GMT) 15-Jun-2010
grishnav,71.197.246.227,Mon 22:31:51 (GMT) 14-Jun-2010
grishnav,71.197.246.227,Mon 22:31:51 (GMT) 14-Jun-2010
grishnav,71.197.246.227,Sun 08:44:56 (GMT) 13-Jun-2010
grishnav,71.197.246.227,Sun 08:44:54 (GMT) 13-Jun-2010
grishnav,71.197.246.227,Sun 05:06:39 (GMT) 13-Jun-2010
grishnav,71.197.246.227,Sun 05:06:25 (GMT) 13-Jun-2010
grishnav,71.197.246.227,Tue 17:32:45 (GMT) 08-Jun-2010
grishnav,71.197.246.227,Tue 17:32:41 (GMT) 08-Jun-2010
grishnav,71.197.244.61,Tue 03:20:24 (GMT) 01-Jun-2010
grishnav,71.197.244.61,Tue 03:20:21 (GMT) 01-Jun-2010
grishnav,71.197.244.61,Thu 04:51:47 (GMT) 27-May-2010
grishnav,71.197.244.61,Thu 04:51:47 (GMT) 27-May-2010
grishnav,71.197.165.202,Wed 07:56:56 (GMT) 26-May-2010
grishnav,71.197.165.202,Wed 07:56:52 (GMT) 26-May-2010
grishnav,71.197.165.202,Tue 16:41:12 (GMT) 25-May-2010
grishnav,71.197.165.202,Tue 16:41:11 (GMT) 25-May-2010
grishnav,71.197.165.202,Tue 16:21:52 (GMT) 25-May-2010
grishnav,71.197.165.202,Tue 16:21:52 (GMT) 25-May-2010
grishnav,71.197.165.202,Tue 16:10:15 (GMT) 25-May-2010
grishnav,71.197.165.202,Tue 16:10:15 (GMT) 25-May-2010
grishnav,71.197.165.202,Sun 09:27:11 (GMT) 23-May-2010
grishnav,71.197.165.202,Sun 09:27:09 (GMT) 23-May-2010
grishnav,71.197.165.202,Sun 09:26:40 (GMT) 23-May-2010
grishnav,71.197.165.202,Sun 09:26:36 (GMT) 23-May-2010
grishnav,71.197.165.202,Mon 00:15:09 (GMT) 17-May-2010
grishnav,71.197.165.202,Mon 00:15:07 (GMT) 17-May-2010
grishnav,71.197.165.202,Mon 00:03:55 (GMT) 17-May-2010
grishnav,71.197.165.202,Mon 00:03:55 (GMT) 17-May-2010
grishnav,71.197.165.202,Sun 03:52:32 (GMT) 16-May-2010
grishnav,71.197.165.202,Sun 03:52:32 (GMT) 16-May-2010
grishnav,71.197.165.202,Sun 03:43:25 (GMT) 16-May-2010
grishnav,71.197.165.202,Sun 03:43:22 (GMT) 16-May-2010
grishnav,71.197.165.202,Sat 10:42:37 (GMT) 15-May-2010
grishnav,71.197.165.202,Sat 10:42:36 (GMT) 15-May-2010
grishnav,71.197.165.202,Sat 10:29:54 (GMT) 15-May-2010
grishnav,71.197.165.202,Sat 10:29:53 (GMT) 15-May-2010
grishnav,71.197.165.202,Sat 01:46:46 (GMT) 15-May-2010
grishnav,71.197.165.202,Sat 01:46:41 (GMT) 15-May-2010
grishnav,71.197.165.202,Wed 16:00:25 (GMT) 12-May-2010
grishnav,71.197.165.202,Wed 16:00:22 (GMT) 12-May-2010
grishnav,71.197.165.202,Sun 22:38:42 (GMT) 09-May-2010

grishnav,71.197.165.202,Sun 22:38:39 (GMT) 09-May-2010
grishnav,71.197.165.202,Fri 21:52:16 (GMT) 07-May-2010
grishnav,71.197.165.202,Fri 21:52:16 (GMT) 07-May-2010
grishnav,71.197.165.202,Fri 21:06:48 (GMT) 07-May-2010
grishnav,71.197.165.202,Fri 21:06:47 (GMT) 07-May-2010
grishnav,71.197.165.202,Wed 00:18:54 (GMT) 14-Apr-2010
grishnav,71.197.165.202,Wed 00:18:54 (GMT) 14-Apr-2010
grishnav,71.197.165.202,Sat 19:09:05 (GMT) 10-Apr-2010
grishnav,71.197.165.202,Sat 19:09:05 (GMT) 10-Apr-2010
grishnav,71.197.165.202,Tue 01:29:15 (GMT) 06-Apr-2010
grishnav,71.197.165.202,Tue 01:29:15 (GMT) 06-Apr-2010
grishnav,71.197.165.202,Sun 19:18:34 (GMT) 04-Apr-2010
grishnav,71.197.165.202,Sun 19:18:33 (GMT) 04-Apr-2010
grishnav,71.197.165.202,Sun 07:28:15 (GMT) 04-Apr-2010
grishnav,71.197.165.202,Thu 07:53:55 (GMT) 01-Apr-2010
grishnav,71.197.165.202,Thu 07:53:54 (GMT) 01-Apr-2010
grishnav,71.197.165.202,Sat 21:31:50 (GMT) 27-Mar-2010
grishnav,71.197.165.202,Sat 21:31:49 (GMT) 27-Mar-2010
grishnav,71.197.165.202,Sat 21:15:59 (GMT) 27-Mar-2010
grishnav,71.197.165.202,Sat 20:51:54 (GMT) 27-Mar-2010
grishnav,71.197.165.202,Sat 20:37:13 (GMT) 27-Mar-2010
grishnav,71.197.165.202,Sat 20:37:12 (GMT) 27-Mar-2010
grishnav,71.197.165.202,Fri 02:56:44 (GMT) 26-Mar-2010
grishnav,71.197.165.202,Fri 02:56:44 (GMT) 26-Mar-2010
grishnav,71.197.165.202,Thu 13:34:45 (GMT) 25-Mar-2010
grishnav,71.197.165.202,Thu 13:34:45 (GMT) 25-Mar-2010
grishnav,71.197.165.202,Wed 08:36:24 (GMT) 24-Mar-2010
grishnav,71.197.165.202,Wed 08:36:24 (GMT) 24-Mar-2010
grishnav,71.197.165.202,Sat 10:00:11 (GMT) 20-Mar-2010
grishnav,71.197.165.202,Sat 10:00:11 (GMT) 20-Mar-2010
grishnav,71.197.165.202,Sun 19:43:26 (GMT) 14-Mar-2010
grishnav,71.197.165.202,Sun 19:43:26 (GMT) 14-Mar-2010
grishnav,24.20.158.16,Sun 18:36:26 (GMT) 14-Mar-2010
grishnav,24.20.158.16,Sun 18:36:26 (GMT) 14-Mar-2010
grishnav,24.20.158.16,Sun 18:28:30 (GMT) 14-Mar-2010
grishnav,24.20.158.16,Sun 18:28:30 (GMT) 14-Mar-2010
grishnav,24.20.158.16,Sun 08:13:02 (GMT) 14-Mar-2010
grishnav,71.197.165.202,Sat 10:51:52 (GMT) 13-Mar-2010
grishnav,71.197.165.202,Sat 10:51:52 (GMT) 13-Mar-2010
grishnav,71.197.165.202,Thu 15:15:24 (GMT) 11-Mar-2010
grishnav,71.197.165.202,Thu 15:15:24 (GMT) 11-Mar-2010
grishnav,71.197.165.202,Thu 14:53:52 (GMT) 11-Mar-2010
grishnav,71.197.165.202,Thu 14:53:52 (GMT) 11-Mar-2010
grishnav,71.197.165.202,Thu 05:19:17 (GMT) 11-Mar-2010
grishnav,71.197.165.202,Thu 05:19:17 (GMT) 11-Mar-2010
grishnav,71.197.165.202,Thu 04:00:14 (GMT) 11-Mar-2010
grishnav,71.197.165.202,Thu 04:00:13 (GMT) 11-Mar-2010
grishnav,71.197.165.202,Wed 06:40:00 (GMT) 10-Mar-2010
grishnav,71.197.165.202,Tue 07:32:16 (GMT) 09-Mar-2010
grishnav,71.197.165.202,Tue 07:32:16 (GMT) 09-Mar-2010
grishnav,71.197.165.202,Tue 04:35:33 (GMT) 09-Mar-2010
grishnav,71.197.165.202,Tue 02:06:06 (GMT) 09-Mar-2010
grishnav,71.197.165.202,Tue 02:06:05 (GMT) 09-Mar-2010
grishnav,71.197.165.202,Sun 00:08:35 (GMT) 07-Mar-2010
grishnav,71.197.165.202,Sun 00:08:35 (GMT) 07-Mar-2010
grishnav,71.197.165.202,Sat 23:45:04 (GMT) 06-Mar-2010
grishnav,71.197.165.202,Sat 23:45:03 (GMT) 06-Mar-2010
grishnav,71.197.165.202,Thu 05:23:57 (GMT) 04-Mar-2010
grishnav,71.197.165.202,Wed 02:54:15 (GMT) 24-Feb-2010
grishnav,71.197.165.202,Wed 02:54:13 (GMT) 24-Feb-2010
grishnav,24.20.158.16,Wed 01:58:24 (GMT) 17-Feb-2010
grishnav,24.20.158.16,Wed 01:58:24 (GMT) 17-Feb-2010
grishnav,71.197.165.202,Wed 01:54:42 (GMT) 17-Feb-2010
grishnav,71.197.165.202,Wed 01:54:42 (GMT) 17-Feb-2010
grishnav,71.197.165.202,Tue 02:04:23 (GMT) 16-Feb-2010
grishnav,71.197.165.202,Tue 02:04:22 (GMT) 16-Feb-2010
grishnav,71.197.165.202,Thu 07:10:45 (GMT) 11-Feb-2010
grishnav,71.197.165.202,Thu 07:10:45 (GMT) 11-Feb-2010

RG-0000106

grishnav,71.197.165.202,Wed 10:16:21 (GMT) 10-Feb-2010
grishnav,71.197.165.202,Wed 10:16:21 (GMT) 10-Feb-2010
grishnav,71.197.165.202,Wed 09:54:43 (GMT) 10-Feb-2010
grishnav,71.197.165.202,Tue 05:51:34 (GMT) 09-Feb-2010
grishnav,71.197.165.202,Tue 05:51:34 (GMT) 09-Feb-2010
grishnav,71.197.165.202,Tue 03:20:17 (GMT) 09-Feb-2010
grishnav,71.197.165.202,Wed 06:01:29 (GMT) 03-Feb-2010
grishnav,71.197.165.202,Wed 06:01:28 (GMT) 03-Feb-2010
grishnav,71.197.165.202,Wed 05:16:04 (GMT) 03-Feb-2010
grishnav,71.197.165.202,Wed 05:16:04 (GMT) 03-Feb-2010
grishnav,71.197.165.202,Sat 02:25:11 (GMT) 30-Jan-2010
grishnav,71.197.165.202,Sat 02:25:10 (GMT) 30-Jan-2010
grishnav,71.197.165.202,Fri 12:51:37 (GMT) 22-Jan-2010
grishnav,71.197.165.202,Fri 12:51:37 (GMT) 22-Jan-2010
grishnav,71.197.165.202,Tue 06:52:02 (GMT) 19-Jan-2010
grishnav,71.197.165.202,Tue 06:52:02 (GMT) 19-Jan-2010
grishnav,71.197.165.202,Fri 14:52:23 (GMT) 15-Jan-2010
grishnav,71.197.165.202,Fri 14:52:23 (GMT) 15-Jan-2010
grishnav,71.197.165.202,Tue 12:10:37 (GMT) 12-Jan-2010
grishnav,71.197.165.202,Sun 23:27:16 (GMT) 10-Jan-2010
grishnav,71.197.165.202,Sun 23:27:16 (GMT) 10-Jan-2010
grishnav,71.197.165.202,Fri 03:30:59 (GMT) 08-Jan-2010
grishnav,71.197.165.202,Wed 11:28:50 (GMT) 06-Jan-2010
grishnav,71.197.165.202,Sat 08:09:09 (GMT) 02-Jan-2010
grishnav,71.197.165.202,Fri 17:16:47 (GMT) 01-Jan-2010
grishnav,71.197.165.202,Fri 17:16:47 (GMT) 01-Jan-2010
grishnav,71.197.165.202,Fri 00:34:26 (GMT) 01-Jan-2010
grishnav,71.197.165.202,Fri 00:34:26 (GMT) 01-Jan-2010

RG-0000107

Search for,jeremyhfht1,
Date Range,01-Jan-2010 00:00:00 / 21-Dec-2010 23:59:59,
Total Results,1120,

Yahoo ID,IP Address,Login Time
jeremyhfht1,68.55.121.177,Tue 23:34:19 (GMT) 21-Dec-2010
jeremyhfht1,68.55.121.177,Tue 23:34:19 (GMT) 21-Dec-2010
jeremyhfht1,68.55.121.177,Tue 23:31:53 (GMT) 21-Dec-2010
jeremyhfht1,68.55.121.177,Tue 23:31:52 (GMT) 21-Dec-2010
jeremyhfht1,68.55.121.177,Tue 22:39:04 (GMT) 21-Dec-2010
jeremyhfht1,68.55.121.177,Tue 22:39:03 (GMT) 21-Dec-2010
jeremyhfht1,68.55.121.177,Tue 00:50:42 (GMT) 21-Dec-2010
jeremyhfht1,68.55.121.177,Tue 00:50:42 (GMT) 21-Dec-2010
jeremyhfht1,68.55.121.177,Sun 01:11:58 (GMT) 19-Dec-2010
jeremyhfht1,68.55.121.177,Sun 01:11:58 (GMT) 19-Dec-2010
jeremyhfht1,68.55.121.177,Sat 05:45:14 (GMT) 18-Dec-2010
jeremyhfht1,68.55.121.177,Sat 05:45:13 (GMT) 18-Dec-2010
jeremyhfht1,68.55.121.177,Fri 07:55:52 (GMT) 17-Dec-2010
jeremyhfht1,68.55.121.177,Fri 07:55:52 (GMT) 17-Dec-2010
jeremyhfht1,68.55.121.177,Wed 23:57:50 (GMT) 15-Dec-2010
jeremyhfht1,68.55.121.177,Wed 23:57:50 (GMT) 15-Dec-2010
jeremyhfht1,68.55.121.177,Wed 05:13:43 (GMT) 15-Dec-2010
jeremyhfht1,68.55.121.177,Wed 05:13:43 (GMT) 15-Dec-2010
jeremyhfht1,68.55.121.177,Tue 23:03:53 (GMT) 14-Dec-2010
jeremyhfht1,68.55.121.177,Tue 23:03:53 (GMT) 14-Dec-2010
jeremyhfht1,68.55.121.177,Mon 21:27:54 (GMT) 13-Dec-2010
jeremyhfht1,68.55.121.177,Mon 21:27:54 (GMT) 13-Dec-2010
jeremyhfht1,68.55.121.177,Sun 07:35:38 (GMT) 12-Dec-2010
jeremyhfht1,68.55.121.177,Sun 07:35:38 (GMT) 12-Dec-2010
jeremyhfht1,68.55.121.177,Wed 00:05:33 (GMT) 08-Dec-2010
jeremyhfht1,68.55.121.177,Wed 00:05:33 (GMT) 08-Dec-2010
jeremyhfht1,68.55.121.177,Tue 05:27:17 (GMT) 07-Dec-2010
jeremyhfht1,68.55.121.177,Tue 05:27:17 (GMT) 07-Dec-2010
jeremyhfht1,68.55.121.177,Sat 02:58:28 (GMT) 04-Dec-2010
jeremyhfht1,68.55.121.177,Sat 02:58:28 (GMT) 04-Dec-2010
jeremyhfht1,68.55.121.177,Sat 01:34:57 (GMT) 04-Dec-2010
jeremyhfht1,68.55.121.177,Sat 01:34:57 (GMT) 04-Dec-2010
jeremyhfht1,68.55.121.177,Thu 07:15:49 (GMT) 02-Dec-2010
jeremyhfht1,68.55.121.177,Thu 07:15:48 (GMT) 02-Dec-2010
jeremyhfht1,68.55.121.177,Thu 01:10:07 (GMT) 02-Dec-2010
jeremyhfht1,68.55.121.177,Thu 01:10:07 (GMT) 02-Dec-2010
jeremyhfht1,68.55.121.177,Thu 00:09:14 (GMT) 02-Dec-2010
jeremyhfht1,68.55.121.177,Thu 00:09:14 (GMT) 02-Dec-2010
jeremyhfht1,68.55.121.177,Wed 20:32:46 (GMT) 01-Dec-2010
jeremyhfht1,68.55.121.177,Wed 20:32:46 (GMT) 01-Dec-2010
jeremyhfht1,68.55.121.177,Wed 02:01:43 (GMT) 01-Dec-2010
jeremyhfht1,68.55.121.177,Wed 02:01:43 (GMT) 01-Dec-2010
jeremyhfht1,68.55.121.177,Tue 09:27:21 (GMT) 30-Nov-2010
jeremyhfht1,68.55.121.177,Tue 09:27:21 (GMT) 30-Nov-2010
jeremyhfht1,68.55.121.177,Tue 08:17:22 (GMT) 30-Nov-2010
jeremyhfht1,68.55.121.177,Tue 08:17:21 (GMT) 30-Nov-2010
jeremyhfht1,68.55.121.177,Mon 20:02:16 (GMT) 29-Nov-2010
jeremyhfht1,68.55.121.177,Wed 01:58:59 (GMT) 24-Nov-2010
jeremyhfht1,68.55.121.177,Wed 01:58:59 (GMT) 24-Nov-2010
jeremyhfht1,68.55.121.177,Tue 23:19:05 (GMT) 23-Nov-2010
jeremyhfht1,68.55.121.177,Tue 23:19:05 (GMT) 23-Nov-2010
jeremyhfht1,68.55.121.177,Tue 23:18:29 (GMT) 23-Nov-2010

```
jeremyhfht1,68.55.121.177,Tue 23:18:29 (GMT) 23-Nov-2010
jeremyhfht1,68.55.121.177,Tue 23:18:17 (GMT) 23-Nov-2010
jeremyhfht1,68.55.121.177,Tue 23:18:17 (GMT) 23-Nov-2010
jeremyhfht1,68.55.121.177,Wed 03:20:11 (GMT) 17-Nov-2010
jeremyhfht1,68.55.121.177,Wed 03:20:11 (GMT) 17-Nov-2010
jeremyhfht1,68.55.121.177,Thu 20:22:26 (GMT) 11-Nov-2010
jeremyhfht1,68.55.121.177,Thu 20:22:26 (GMT) 11-Nov-2010
jeremyhfht1,68.55.121.177,Thu 16:25:01 (GMT) 11-Nov-2010
jeremyhfht1,68.55.121.177,Thu 16:25:01 (GMT) 11-Nov-2010
jeremyhfht1,174.36.199.200,Thu 05:51:22 (GMT) 11-Nov-2010
jeremyhfht1,174.36.199.200,Thu 05:51:15 (GMT) 11-Nov-2010
jeremyhfht1,83.170.92.9,Mon 23:13:57 (GMT) 08-Nov-2010
jeremyhfht1,83.170.92.9,Mon 23:13:45 (GMT) 08-Nov-2010
jeremyhfht1,208.53.142.37,Sun 21:28:16 (GMT) 07-Nov-2010
jeremyhfht1,208.53.142.37,Sun 21:28:09 (GMT) 07-Nov-2010
jeremyhfht1,173.193.219.190,Fri 20:52:58 (GMT) 22-Oct-2010
jeremyhfht1,173.193.219.190,Fri 20:52:56 (GMT) 22-Oct-2010
jeremyhfht1,208.53.142.38,Thu 10:43:13 (GMT) 21-Oct-2010
jeremyhfht1,208.53.142.38,Thu 10:43:09 (GMT) 21-Oct-2010
jeremyhfht1,208.53.142.39,Wed 12:13:48 (GMT) 20-Oct-2010
jeremyhfht1,208.53.142.39,Wed 12:13:47 (GMT) 20-Oct-2010
jeremyhfht1,113.212.97.156,Tue 22:03:11 (GMT) 19-Oct-2010
jeremyhfht1,113.212.97.156,Tue 22:03:08 (GMT) 19-Oct-2010
jeremyhfht1,174.36.199.203,Mon 14:33:30 (GMT) 18-Oct-2010
jeremyhfht1,174.36.199.203,Mon 14:33:29 (GMT) 18-Oct-2010
jeremyhfht1,174.36.199.201,Thu 21:53:59 (GMT) 14-Oct-2010
jeremyhfht1,174.36.199.201,Thu 21:53:51 (GMT) 14-Oct-2010
jeremyhfht1,174.36.199.202,Thu 06:17:59 (GMT) 14-Oct-2010
jeremyhfht1,174.36.199.202,Thu 06:17:59 (GMT) 14-Oct-2010
jeremyhfht1,192.251.226.205,Tue 22:59:48 (GMT) 12-Oct-2010
jeremyhfht1,192.251.226.205,Tue 22:59:44 (GMT) 12-Oct-2010
jeremyhfht1,217.114.211.20,Mon 11:43:27 (GMT) 11-Oct-2010
jeremyhfht1,217.114.211.20,Mon 11:43:17 (GMT) 11-Oct-2010
jeremyhfht1,192.251.226.205,Sun 03:28:21 (GMT) 10-Oct-2010
jeremyhfht1,192.251.226.205,Sun 03:28:19 (GMT) 10-Oct-2010
jeremyhfht1,174.36.199.200,Sun 02:29:13 (GMT) 10-Oct-2010
jeremyhfht1,174.36.199.200,Sun 02:29:11 (GMT) 10-Oct-2010
jeremyhfht1,174.36.199.201,Sat 22:09:07 (GMT) 09-Oct-2010
jeremyhfht1,174.36.199.201,Sat 22:09:05 (GMT) 09-Oct-2010
jeremyhfht1,213.185.6.223,Sat 00:36:01 (GMT) 09-Oct-2010
jeremyhfht1,213.185.6.223,Sat 00:35:59 (GMT) 09-Oct-2010
jeremyhfht1,68.55.121.177,Sat 00:28:24 (GMT) 09-Oct-2010
jeremyhfht1,208.53.142.43,Wed 23:48:11 (GMT) 29-Sep-2010
jeremyhfht1,208.53.142.43,Wed 23:48:08 (GMT) 29-Sep-2010
jeremyhfht1,174.36.199.203,Wed 05:57:39 (GMT) 29-Sep-2010
jeremyhfht1,174.36.199.203,Wed 05:57:36 (GMT) 29-Sep-2010
jeremyhfht1,208.53.142.39,Wed 04:38:28 (GMT) 29-Sep-2010
jeremyhfht1,208.53.142.39,Wed 04:38:19 (GMT) 29-Sep-2010
jeremyhfht1,80.62.217.18,Wed 01:25:39 (GMT) 29-Sep-2010
jeremyhfht1,80.62.217.18,Wed 01:25:34 (GMT) 29-Sep-2010
jeremyhfht1,208.53.142.39,Wed 01:08:13 (GMT) 29-Sep-2010
jeremyhfht1,208.53.142.42,Wed 01:08:08 (GMT) 29-Sep-2010
jeremyhfht1,204.8.156.142,Tue 19:38:37 (GMT) 28-Sep-2010
jeremyhfht1,204.8.156.142,Tue 19:38:31 (GMT) 28-Sep-2010
jeremyhfht1,78.107.237.16,Tue 19:02:29 (GMT) 28-Sep-2010
jeremyhfht1,78.107.237.16,Tue 19:02:22 (GMT) 28-Sep-2010
jeremyhfht1,96.240.13.121,Tue 18:00:26 (GMT) 28-Sep-2010
jeremyhfht1,96.240.13.121,Tue 18:00:22 (GMT) 28-Sep-2010
```

JH-0000282

```
jeremyhfht1,192.251.226.205,Mon 23:35:37 (GMT) 27-Sep-2010
jeremyhfht1,192.251.226.205,Mon 23:35:30 (GMT) 27-Sep-2010
jeremyhfht1,208.53.142.40,Mon 13:29:12 (GMT) 27-Sep-2010
jeremyhfht1,208.53.142.40,Mon 13:29:09 (GMT) 27-Sep-2010
jeremyhfht1,208.53.142.38,Mon 13:27:05 (GMT) 27-Sep-2010
jeremyhfht1,208.53.142.38,Mon 13:27:03 (GMT) 27-Sep-2010
jeremyhfht1,173.193.219.190,Mon 11:05:15 (GMT) 27-Sep-2010
jeremyhfht1,173.193.219.190,Mon 11:05:11 (GMT) 27-Sep-2010
jeremyhfht1,208.53.142.44,Sun 16:23:25 (GMT) 26-Sep-2010
jeremyhfht1,208.53.142.44,Sun 16:23:18 (GMT) 26-Sep-2010
jeremyhfht1,85.17.254.135,Sun 05:44:28 (GMT) 26-Sep-2010
jeremyhfht1,85.17.254.135,Sun 05:44:25 (GMT) 26-Sep-2010
jeremyhfht1,80.56.78.10,Sun 05:23:39 (GMT) 26-Sep-2010
jeremyhfht1,80.56.78.10,Sun 05:23:37 (GMT) 26-Sep-2010
jeremyhfht1,85.17.254.135,Sun 01:45:53 (GMT) 26-Sep-2010
jeremyhfht1,192.251.226.205,Sun 01:45:47 (GMT) 26-Sep-2010
jeremyhfht1,173.193.219.190,Sat 20:57:35 (GMT) 25-Sep-2010
jeremyhfht1,173.193.219.190,Sat 20:57:32 (GMT) 25-Sep-2010
jeremyhfht1,208.53.142.41,Sat 18:50:14 (GMT) 25-Sep-2010
jeremyhfht1,208.53.142.41,Sat 18:50:11 (GMT) 25-Sep-2010
jeremyhfht1,208.53.142.41,Sat 08:07:32 (GMT) 25-Sep-2010
jeremyhfht1,208.53.142.41,Sat 08:07:28 (GMT) 25-Sep-2010
jeremyhfht1,208.53.142.40,Sat 06:17:19 (GMT) 25-Sep-2010
jeremyhfht1,208.53.142.40,Sat 06:17:16 (GMT) 25-Sep-2010
jeremyhfht1,212.42.236.140,Sat 05:57:53 (GMT) 25-Sep-2010
jeremyhfht1,174.36.199.203,Sat 05:57:34 (GMT) 25-Sep-2010
jeremyhfht1,192.251.226.205,Sat 04:12:42 (GMT) 25-Sep-2010
jeremyhfht1,192.251.226.205,Sat 04:12:38 (GMT) 25-Sep-2010
jeremyhfht1,208.53.142.40,Sat 00:48:23 (GMT) 25-Sep-2010
jeremyhfht1,208.53.142.40,Sat 00:48:20 (GMT) 25-Sep-2010
jeremyhfht1,83.170.92.9,Sat 00:09:34 (GMT) 25-Sep-2010
jeremyhfht1,174.36.199.201,Sat 00:09:25 (GMT) 25-Sep-2010
jeremyhfht1,174.36.199.203,Sat 00:05:41 (GMT) 25-Sep-2010
jeremyhfht1,174.36.199.203,Sat 00:05:21 (GMT) 25-Sep-2010
jeremyhfht1,208.53.142.40,Fri 23:23:28 (GMT) 24-Sep-2010
jeremyhfht1,208.53.142.40,Fri 23:23:23 (GMT) 24-Sep-2010
jeremyhfht1,174.36.199.202,Fri 21:31:07 (GMT) 24-Sep-2010
jeremyhfht1,174.36.199.202,Fri 21:30:57 (GMT) 24-Sep-2010
jeremyhfht1,173.193.219.190,Fri 15:34:21 (GMT) 24-Sep-2010
jeremyhfht1,173.193.219.190,Fri 15:34:13 (GMT) 24-Sep-2010
jeremyhfht1,68.55.121.177,Fri 15:33:07 (GMT) 24-Sep-2010
jeremyhfht1,208.53.142.38,Thu 21:40:55 (GMT) 23-Sep-2010
jeremyhfht1,208.53.142.38,Thu 21:40:52 (GMT) 23-Sep-2010
jeremyhfht1,208.53.142.40,Thu 15:39:58 (GMT) 23-Sep-2010
jeremyhfht1,208.53.142.40,Thu 15:39:55 (GMT) 23-Sep-2010
jeremyhfht1,192.251.226.206,Wed 14:39:31 (GMT) 22-Sep-2010
jeremyhfht1,192.251.226.206,Wed 14:39:16 (GMT) 22-Sep-2010
jeremyhfht1,208.53.142.37,Tue 21:37:47 (GMT) 21-Sep-2010
jeremyhfht1,208.53.142.37,Tue 21:37:43 (GMT) 21-Sep-2010
jeremyhfht1,68.55.121.177,Mon 20:52:28 (GMT) 20-Sep-2010
jeremyhfht1,68.55.121.177,Mon 20:52:28 (GMT) 20-Sep-2010
jeremyhfht1,68.55.121.177,Mon 17:55:13 (GMT) 20-Sep-2010
jeremyhfht1,68.55.121.177,Mon 17:55:13 (GMT) 20-Sep-2010
jeremyhfht1,68.55.121.177,Mon 13:18:00 (GMT) 20-Sep-2010
jeremyhfht1,68.55.121.177,Mon 13:18:00 (GMT) 20-Sep-2010
jeremyhfht1,68.55.121.177,Sun 23:30:44 (GMT) 19-Sep-2010
jeremyhfht1,68.55.121.177,Sun 23:30:44 (GMT) 19-Sep-2010
jeremyhfht1,68.55.121.177,Sun 23:29:46 (GMT) 19-Sep-2010
```

JH-0000283

```
jeremyhfht1,68.55.121.177,Sun 23:29:33 (GMT) 19-Sep-2010
jeremyhfht1,68.55.121.177,Sun 15:05:33 (GMT) 19-Sep-2010
jeremyhfht1,68.55.121.177,Sun 15:05:33 (GMT) 19-Sep-2010
jeremyhfht1,68.55.121.177,Sat 14:07:49 (GMT) 18-Sep-2010
jeremyhfht1,68.55.121.177,Sat 14:07:49 (GMT) 18-Sep-2010
jeremyhfht1,68.55.121.177,Fri 11:53:55 (GMT) 17-Sep-2010
jeremyhfht1,68.55.121.177,Fri 11:53:53 (GMT) 17-Sep-2010
jeremyhfht1,68.55.121.177,Thu 21:02:17 (GMT) 16-Sep-2010
jeremyhfht1,68.55.121.177,Thu 21:02:16 (GMT) 16-Sep-2010
jeremyhfht1,68.55.121.177,Thu 02:39:50 (GMT) 16-Sep-2010
jeremyhfht1,68.55.121.177,Thu 02:39:49 (GMT) 16-Sep-2010
jeremyhfht1,68.55.121.177,Wed 09:17:57 (GMT) 15-Sep-2010
jeremyhfht1,68.55.121.177,Wed 09:17:57 (GMT) 15-Sep-2010
jeremyhfht1,68.55.121.177,Tue 21:12:35 (GMT) 14-Sep-2010
jeremyhfht1,68.55.121.177,Tue 21:12:34 (GMT) 14-Sep-2010
jeremyhfht1,68.55.121.177,Tue 15:23:24 (GMT) 14-Sep-2010
jeremyhfht1,68.55.121.177,Tue 15:23:17 (GMT) 14-Sep-2010
jeremyhfht1,68.55.121.177,Tue 12:26:57 (GMT) 14-Sep-2010
jeremyhfht1,68.55.121.177,Tue 12:26:56 (GMT) 14-Sep-2010
jeremyhfht1,68.55.121.177,Tue 00:10:56 (GMT) 14-Sep-2010
jeremyhfht1,68.55.121.177,Tue 00:10:56 (GMT) 14-Sep-2010
jeremyhfht1,68.55.121.177,Mon 18:32:52 (GMT) 13-Sep-2010
jeremyhfht1,68.55.121.177,Mon 18:32:52 (GMT) 13-Sep-2010
jeremyhfht1,68.55.121.177,Mon 05:13:04 (GMT) 13-Sep-2010
jeremyhfht1,68.55.121.177,Mon 05:13:01 (GMT) 13-Sep-2010
jeremyhfht1,68.55.121.177,Mon 05:02:58 (GMT) 13-Sep-2010
jeremyhfht1,68.55.121.177,Mon 05:02:58 (GMT) 13-Sep-2010
jeremyhfht1,68.55.121.177,Sun 05:55:07 (GMT) 12-Sep-2010
jeremyhfht1,68.55.121.177,Sun 05:55:06 (GMT) 12-Sep-2010
jeremyhfht1,68.55.121.177,Sun 00:11:04 (GMT) 12-Sep-2010
jeremyhfht1,68.55.121.177,Sun 00:11:04 (GMT) 12-Sep-2010
jeremyhfht1,68.55.121.177,Sat 05:57:48 (GMT) 11-Sep-2010
jeremyhfht1,68.55.121.177,Sat 05:57:48 (GMT) 11-Sep-2010
jeremyhfht1,68.55.121.177,Fri 15:33:22 (GMT) 10-Sep-2010
jeremyhfht1,68.55.121.177,Fri 15:33:22 (GMT) 10-Sep-2010
jeremyhfht1,68.55.121.177,Wed 17:03:44 (GMT) 08-Sep-2010
jeremyhfht1,68.55.121.177,Wed 17:03:44 (GMT) 08-Sep-2010
jeremyhfht1,68.55.121.177,Tue 18:50:36 (GMT) 07-Sep-2010
jeremyhfht1,68.55.121.177,Tue 18:50:36 (GMT) 07-Sep-2010
jeremyhfht1,68.55.121.177,Tue 05:12:52 (GMT) 07-Sep-2010
jeremyhfht1,68.55.121.177,Tue 05:12:52 (GMT) 07-Sep-2010
jeremyhfht1,68.55.121.177,Mon 08:31:13 (GMT) 06-Sep-2010
jeremyhfht1,68.55.121.177,Mon 04:04:57 (GMT) 06-Sep-2010
jeremyhfht1,68.55.121.177,Mon 04:04:56 (GMT) 06-Sep-2010
jeremyhfht1,68.55.121.177,Mon 03:06:19 (GMT) 06-Sep-2010
jeremyhfht1,68.55.121.177,Mon 03:06:17 (GMT) 06-Sep-2010
jeremyhfht1,68.55.121.177,Mon 01:21:59 (GMT) 06-Sep-2010
jeremyhfht1,68.55.121.177,Mon 01:21:59 (GMT) 06-Sep-2010
jeremyhfht1,68.55.121.177,Sun 00:23:54 (GMT) 05-Sep-2010
jeremyhfht1,68.55.121.177,Sun 00:23:54 (GMT) 05-Sep-2010
jeremyhfht1,68.55.121.177,Sat 19:47:19 (GMT) 04-Sep-2010
jeremyhfht1,68.55.121.177,Sat 19:47:19 (GMT) 04-Sep-2010
jeremyhfht1,68.55.121.177,Fri 00:37:18 (GMT) 03-Sep-2010
jeremyhfht1,68.55.121.177,Fri 00:37:18 (GMT) 03-Sep-2010
jeremyhfht1,68.55.121.177,Thu 15:47:41 (GMT) 02-Sep-2010
jeremyhfht1,68.55.121.177,Thu 15:47:41 (GMT) 02-Sep-2010
jeremyhfht1,68.55.121.177,Wed 19:43:38 (GMT) 01-Sep-2010
jeremyhfht1,68.55.121.177,Wed 19:43:38 (GMT) 01-Sep-2010
```

JH-0000284

```
jeremyhfht1,68.55.121.177,Wed 00:35:11 (GMT) 01-Sep-2010
jeremyhfht1,68.55.121.177,Wed 00:35:10 (GMT) 01-Sep-2010
jeremyhfht1,68.55.121.177,Tue 15:14:46 (GMT) 31-Aug-2010
jeremyhfht1,68.55.121.177,Tue 15:14:46 (GMT) 31-Aug-2010
jeremyhfht1,68.55.121.177,Tue 13:19:02 (GMT) 31-Aug-2010
jeremyhfht1,68.55.121.177,Tue 13:19:02 (GMT) 31-Aug-2010
jeremyhfht1,68.55.121.177,Mon 18:55:20 (GMT) 30-Aug-2010
jeremyhfht1,68.55.121.177,Mon 18:55:19 (GMT) 30-Aug-2010
jeremyhfht1,68.55.121.177,Mon 12:34:16 (GMT) 30-Aug-2010
jeremyhfht1,68.55.121.177,Mon 12:34:16 (GMT) 30-Aug-2010
jeremyhfht1,68.55.121.177,Sun 16:40:11 (GMT) 29-Aug-2010
jeremyhfht1,68.55.121.177,Sun 16:40:11 (GMT) 29-Aug-2010
jeremyhfht1,68.55.121.177,Sat 23:40:49 (GMT) 28-Aug-2010
jeremyhfht1,68.55.121.177,Sat 23:40:49 (GMT) 28-Aug-2010
jeremyhfht1,68.55.121.177,Sat 11:25:00 (GMT) 28-Aug-2010
jeremyhfht1,68.55.121.177,Sat 11:25:00 (GMT) 28-Aug-2010
jeremyhfht1,68.55.121.177,Fri 14:24:43 (GMT) 27-Aug-2010
jeremyhfht1,68.55.121.177,Thu 23:09:24 (GMT) 26-Aug-2010
jeremyhfht1,68.55.121.177,Thu 23:09:24 (GMT) 26-Aug-2010
jeremyhfht1,68.55.121.177,Thu 23:07:24 (GMT) 26-Aug-2010
jeremyhfht1,68.55.121.177,Thu 23:07:24 (GMT) 26-Aug-2010
jeremyhfht1,68.55.121.177,Thu 20:03:49 (GMT) 26-Aug-2010
jeremyhfht1,68.55.121.177,Thu 20:03:49 (GMT) 26-Aug-2010
jeremyhfht1,68.55.121.177,Wed 16:50:55 (GMT) 25-Aug-2010
jeremyhfht1,68.55.121.177,Wed 16:50:55 (GMT) 25-Aug-2010
jeremyhfht1,68.55.121.177,Wed 13:41:53 (GMT) 25-Aug-2010
jeremyhfht1,68.55.121.177,Wed 13:41:53 (GMT) 25-Aug-2010
jeremyhfht1,68.55.121.177,Tue 16:53:40 (GMT) 24-Aug-2010
jeremyhfht1,68.55.121.177,Tue 16:53:40 (GMT) 24-Aug-2010
jeremyhfht1,68.55.121.177,Tue 04:02:15 (GMT) 24-Aug-2010
jeremyhfht1,68.55.121.177,Tue 04:02:15 (GMT) 24-Aug-2010
jeremyhfht1,68.55.121.177,Mon 23:16:46 (GMT) 23-Aug-2010
jeremyhfht1,68.55.121.177,Mon 23:16:45 (GMT) 23-Aug-2010
jeremyhfht1,68.55.121.177,Mon 08:37:10 (GMT) 23-Aug-2010
jeremyhfht1,68.55.121.177,Mon 08:37:09 (GMT) 23-Aug-2010
jeremyhfht1,68.55.121.177,Sun 06:20:24 (GMT) 22-Aug-2010
jeremyhfht1,68.55.121.177,Sun 06:20:23 (GMT) 22-Aug-2010
jeremyhfht1,68.55.121.177,Sun 03:53:56 (GMT) 22-Aug-2010
jeremyhfht1,68.55.121.177,Sun 03:53:56 (GMT) 22-Aug-2010
jeremyhfht1,68.55.121.177,Sun 03:42:28 (GMT) 22-Aug-2010
jeremyhfht1,68.55.121.177,Sat 06:31:27 (GMT) 21-Aug-2010
jeremyhfht1,68.55.121.177,Sat 06:31:26 (GMT) 21-Aug-2010
jeremyhfht1,68.55.121.177,Fri 12:40:51 (GMT) 20-Aug-2010
jeremyhfht1,68.55.121.177,Fri 12:40:51 (GMT) 20-Aug-2010
jeremyhfht1,68.55.121.177,Fri 01:44:22 (GMT) 20-Aug-2010
jeremyhfht1,68.55.121.177,Fri 01:44:03 (GMT) 20-Aug-2010
jeremyhfht1,68.55.121.177,Thu 23:10:35 (GMT) 19-Aug-2010
jeremyhfht1,68.55.121.177,Thu 23:10:34 (GMT) 19-Aug-2010
jeremyhfht1,68.55.121.177,Wed 22:23:04 (GMT) 18-Aug-2010
jeremyhfht1,68.55.121.177,Wed 22:23:04 (GMT) 18-Aug-2010
jeremyhfht1,68.55.121.177,Wed 21:52:28 (GMT) 18-Aug-2010
jeremyhfht1,68.55.121.177,Wed 21:52:27 (GMT) 18-Aug-2010
jeremyhfht1,68.55.121.177,Wed 07:06:47 (GMT) 18-Aug-2010
jeremyhfht1,68.55.121.177,Wed 07:06:47 (GMT) 18-Aug-2010
jeremyhfht1,68.55.121.177,Tue 20:08:44 (GMT) 17-Aug-2010
jeremyhfht1,68.55.121.177,Tue 20:08:44 (GMT) 17-Aug-2010
jeremyhfht1,68.55.121.177,Sun 22:42:27 (GMT) 15-Aug-2010
jeremyhfht1,68.55.121.177,Sun 22:42:19 (GMT) 15-Aug-2010
```

JH-0000285

```
jeremyhfht1,68.55.121.177,Sun 08:05:13 (GMT) 15-Aug-2010
jeremyhfht1,68.55.121.177,Sun 08:05:12 (GMT) 15-Aug-2010
jeremyhfht1,68.55.121.177,Sat 20:05:55 (GMT) 14-Aug-2010
jeremyhfht1,68.55.121.177,Sat 20:05:52 (GMT) 14-Aug-2010
jeremyhfht1,68.55.121.177,Sat 03:33:52 (GMT) 14-Aug-2010
jeremyhfht1,68.55.121.177,Sat 03:33:52 (GMT) 14-Aug-2010
jeremyhfht1,68.55.121.177,Thu 23:52:23 (GMT) 12-Aug-2010
jeremyhfht1,68.55.121.177,Thu 23:52:22 (GMT) 12-Aug-2010
jeremyhfht1,68.55.121.177,Thu 22:15:28 (GMT) 12-Aug-2010
jeremyhfht1,68.55.121.177,Thu 22:15:28 (GMT) 12-Aug-2010
jeremyhfht1,68.55.121.177,Thu 21:09:00 (GMT) 12-Aug-2010
jeremyhfht1,68.55.121.177,Thu 21:08:53 (GMT) 12-Aug-2010
jeremyhfht1,68.55.121.177,Thu 01:17:34 (GMT) 12-Aug-2010
jeremyhfht1,68.55.121.177,Thu 01:17:29 (GMT) 12-Aug-2010
jeremyhfht1,68.55.121.177,Tue 13:11:14 (GMT) 10-Aug-2010
jeremyhfht1,68.55.121.177,Tue 13:11:13 (GMT) 10-Aug-2010
jeremyhfht1,68.55.121.177,Mon 19:26:03 (GMT) 09-Aug-2010
jeremyhfht1,68.55.121.177,Mon 19:26:02 (GMT) 09-Aug-2010
jeremyhfht1,68.55.121.177,Mon 01:51:02 (GMT) 09-Aug-2010
jeremyhfht1,68.55.121.177,Mon 01:50:58 (GMT) 09-Aug-2010
jeremyhfht1,68.55.121.177,Thu 23:43:23 (GMT) 05-Aug-2010
jeremyhfht1,68.55.121.177,Thu 23:42:48 (GMT) 05-Aug-2010
jeremyhfht1,68.55.121.177,Wed 20:01:12 (GMT) 04-Aug-2010
jeremyhfht1,68.55.121.177,Wed 20:01:09 (GMT) 04-Aug-2010
jeremyhfht1,68.55.121.177,Tue 19:15:53 (GMT) 03-Aug-2010
jeremyhfht1,68.55.121.177,Tue 19:15:53 (GMT) 03-Aug-2010
jeremyhfht1,68.55.121.177,Tue 06:17:47 (GMT) 03-Aug-2010
jeremyhfht1,68.55.121.177,Tue 06:17:47 (GMT) 03-Aug-2010
jeremyhfht1,68.55.121.177,Mon 21:18:54 (GMT) 02-Aug-2010
jeremyhfht1,68.55.121.177,Mon 21:18:54 (GMT) 02-Aug-2010
jeremyhfht1,68.55.121.177,Sun 19:28:42 (GMT) 01-Aug-2010
jeremyhfht1,68.55.121.177,Sun 19:28:42 (GMT) 01-Aug-2010
jeremyhfht1,68.55.121.177,Sun 19:15:52 (GMT) 01-Aug-2010
jeremyhfht1,68.55.121.177,Sun 19:15:52 (GMT) 01-Aug-2010
jeremyhfht1,68.55.121.177,Sun 09:02:35 (GMT) 01-Aug-2010
jeremyhfht1,68.55.121.177,Sun 09:02:35 (GMT) 01-Aug-2010
jeremyhfht1,68.55.121.177,Fri 16:04:30 (GMT) 30-Jul-2010
jeremyhfht1,68.55.121.177,Fri 16:04:29 (GMT) 30-Jul-2010
jeremyhfht1,68.55.121.177,Thu 18:21:52 (GMT) 29-Jul-2010
jeremyhfht1,68.55.121.177,Thu 18:21:52 (GMT) 29-Jul-2010
jeremyhfht1,68.55.121.177,Wed 05:10:02 (GMT) 28-Jul-2010
jeremyhfht1,68.55.121.177,Wed 05:10:02 (GMT) 28-Jul-2010
jeremyhfht1,68.55.121.177,Wed 04:05:16 (GMT) 28-Jul-2010
jeremyhfht1,68.55.121.177,Wed 04:05:13 (GMT) 28-Jul-2010
jeremyhfht1,68.55.121.177,Mon 18:39:12 (GMT) 26-Jul-2010
jeremyhfht1,68.55.121.177,Mon 18:39:11 (GMT) 26-Jul-2010
jeremyhfht1,68.55.121.177,Mon 14:11:52 (GMT) 26-Jul-2010
jeremyhfht1,68.55.121.177,Mon 14:11:52 (GMT) 26-Jul-2010
jeremyhfht1,68.55.121.177,Sun 20:59:48 (GMT) 25-Jul-2010
jeremyhfht1,68.55.121.177,Sun 20:59:48 (GMT) 25-Jul-2010
jeremyhfht1,68.55.121.177,Sun 19:37:42 (GMT) 25-Jul-2010
jeremyhfht1,68.55.121.177,Sun 19:37:41 (GMT) 25-Jul-2010
jeremyhfht1,68.55.121.177,Sat 01:40:30 (GMT) 24-Jul-2010
jeremyhfht1,68.55.121.177,Sat 01:40:30 (GMT) 24-Jul-2010
jeremyhfht1,68.55.121.177,Fri 18:39:25 (GMT) 23-Jul-2010
jeremyhfht1,68.55.121.177,Fri 18:39:25 (GMT) 23-Jul-2010
jeremyhfht1,68.55.121.177,Fri 05:43:55 (GMT) 23-Jul-2010
jeremyhfht1,68.55.121.177,Fri 05:43:55 (GMT) 23-Jul-2010
jeremyhfht1,68.55.121.177,Fri 04:39:24 (GMT) 23-Jul-2010
```

JH-0000286

```
jeremyhfht1,68.55.121.177,Fri 04:39:24 (GMT) 23-Jul-2010
jeremyhfht1,68.55.121.177,Fri 00:52:11 (GMT) 23-Jul-2010
jeremyhfht1,68.55.121.177,Fri 00:52:10 (GMT) 23-Jul-2010
jeremyhfht1,68.55.121.177,Thu 23:41:21 (GMT) 22-Jul-2010
jeremyhfht1,68.55.121.177,Thu 23:41:21 (GMT) 22-Jul-2010
jeremyhfht1,68.55.121.177,Thu 20:16:48 (GMT) 22-Jul-2010
jeremyhfht1,68.55.121.177,Thu 20:16:48 (GMT) 22-Jul-2010
jeremyhfht1,68.55.121.177,Thu 05:16:14 (GMT) 22-Jul-2010
jeremyhfht1,68.55.121.177,Thu 05:16:13 (GMT) 22-Jul-2010
jeremyhfht1,68.55.121.177,Thu 03:49:00 (GMT) 22-Jul-2010
jeremyhfht1,68.55.121.177,Thu 03:48:59 (GMT) 22-Jul-2010
jeremyhfht1,68.55.121.177,Wed 17:20:30 (GMT) 21-Jul-2010
jeremyhfht1,68.55.121.177,Wed 17:20:30 (GMT) 21-Jul-2010
jeremyhfht1,68.55.121.177,Wed 16:23:11 (GMT) 21-Jul-2010
jeremyhfht1,68.55.121.177,Wed 16:23:10 (GMT) 21-Jul-2010
jeremyhfht1,68.55.121.177,Wed 05:05:50 (GMT) 21-Jul-2010
jeremyhfht1,68.55.121.177,Wed 05:05:50 (GMT) 21-Jul-2010
jeremyhfht1,68.55.121.177,Tue 20:09:44 (GMT) 20-Jul-2010
jeremyhfht1,68.55.121.177,Tue 20:09:43 (GMT) 20-Jul-2010
jeremyhfht1,68.55.121.177,Tue 02:53:57 (GMT) 20-Jul-2010
jeremyhfht1,68.55.121.177,Tue 02:53:57 (GMT) 20-Jul-2010
jeremyhfht1,68.55.121.177,Tue 02:47:14 (GMT) 20-Jul-2010
jeremyhfht1,68.55.121.177,Tue 02:47:14 (GMT) 20-Jul-2010
jeremyhfht1,68.55.121.177,Mon 19:41:49 (GMT) 19-Jul-2010
jeremyhfht1,68.55.121.177,Mon 19:41:49 (GMT) 19-Jul-2010
jeremyhfht1,68.55.121.177,Mon 17:35:25 (GMT) 19-Jul-2010
jeremyhfht1,68.55.121.177,Mon 17:35:24 (GMT) 19-Jul-2010
jeremyhfht1,68.55.121.177,Mon 03:46:34 (GMT) 19-Jul-2010
jeremyhfht1,68.55.121.177,Mon 03:46:34 (GMT) 19-Jul-2010
jeremyhfht1,68.55.121.177,Mon 03:08:53 (GMT) 19-Jul-2010
jeremyhfht1,68.55.121.177,Mon 03:08:50 (GMT) 19-Jul-2010
jeremyhfht1,68.55.121.177,Sun 23:43:42 (GMT) 18-Jul-2010
jeremyhfht1,68.55.121.177,Sun 23:43:38 (GMT) 18-Jul-2010
jeremyhfht1,68.55.121.177,Sun 02:45:23 (GMT) 18-Jul-2010
jeremyhfht1,68.55.121.177,Sun 02:45:15 (GMT) 18-Jul-2010
jeremyhfht1,68.55.121.177,Sat 02:50:46 (GMT) 17-Jul-2010
jeremyhfht1,68.55.121.177,Sat 02:50:31 (GMT) 17-Jul-2010
jeremyhfht1,68.55.121.177,Thu 19:52:58 (GMT) 15-Jul-2010
jeremyhfht1,68.55.121.177,Thu 19:52:57 (GMT) 15-Jul-2010
jeremyhfht1,68.55.121.177,Thu 16:01:40 (GMT) 15-Jul-2010
jeremyhfht1,68.55.121.177,Thu 16:01:39 (GMT) 15-Jul-2010
jeremyhfht1,68.55.121.177,Thu 08:06:25 (GMT) 15-Jul-2010
jeremyhfht1,68.55.121.177,Thu 08:06:24 (GMT) 15-Jul-2010
jeremyhfht1,68.55.121.177,Wed 04:31:11 (GMT) 14-Jul-2010
jeremyhfht1,68.55.121.177,Wed 04:31:08 (GMT) 14-Jul-2010
jeremyhfht1,68.55.121.177,Tue 19:22:29 (GMT) 13-Jul-2010
jeremyhfht1,68.55.121.177,Tue 19:22:26 (GMT) 13-Jul-2010
jeremyhfht1,68.55.121.177,Tue 02:58:39 (GMT) 13-Jul-2010
jeremyhfht1,68.55.121.177,Tue 02:58:38 (GMT) 13-Jul-2010
jeremyhfht1,68.55.121.177,Tue 02:27:46 (GMT) 13-Jul-2010
jeremyhfht1,68.55.121.177,Tue 02:27:41 (GMT) 13-Jul-2010
jeremyhfht1,68.55.121.177,Mon 13:15:33 (GMT) 12-Jul-2010
jeremyhfht1,68.55.121.177,Mon 13:15:33 (GMT) 12-Jul-2010
jeremyhfht1,68.55.121.177,Mon 04:10:32 (GMT) 12-Jul-2010
jeremyhfht1,68.55.121.177,Mon 04:10:31 (GMT) 12-Jul-2010
jeremyhfht1,68.55.121.177,Tue 18:54:38 (GMT) 06-Jul-2010
jeremyhfht1,68.55.121.177,Tue 18:54:38 (GMT) 06-Jul-2010
jeremyhfht1,68.55.121.177,Tue 07:39:47 (GMT) 06-Jul-2010
```

JH-0000287

```
jeremyhfht1,68.55.121.177,Tue 07:39:40 (GMT) 06-Jul-2010
jeremyhfht1,68.55.121.177,Mon 17:49:31 (GMT) 05-Jul-2010
jeremyhfht1,68.55.121.177,Mon 17:49:28 (GMT) 05-Jul-2010
jeremyhfht1,68.55.121.177,Mon 01:55:32 (GMT) 05-Jul-2010
jeremyhfht1,68.55.121.177,Mon 01:55:24 (GMT) 05-Jul-2010
jeremyhfht1,68.55.121.177,Sun 23:43:15 (GMT) 04-Jul-2010
jeremyhfht1,68.55.121.177,Sun 23:43:14 (GMT) 04-Jul-2010
jeremyhfht1,68.55.121.177,Sun 17:12:12 (GMT) 04-Jul-2010
jeremyhfht1,68.55.121.177,Sun 17:12:10 (GMT) 04-Jul-2010
jeremyhfht1,68.55.121.177,Sun 02:26:57 (GMT) 04-Jul-2010
jeremyhfht1,68.55.121.177,Sun 02:26:55 (GMT) 04-Jul-2010
jeremyhfht1,68.55.121.177,Sat 17:21:26 (GMT) 03-Jul-2010
jeremyhfht1,68.55.121.177,Sat 17:21:23 (GMT) 03-Jul-2010
jeremyhfht1,68.55.121.177,Sat 07:51:38 (GMT) 03-Jul-2010
jeremyhfht1,68.55.121.177,Sat 07:51:33 (GMT) 03-Jul-2010
jeremyhfht1,68.55.121.177,Sat 02:48:50 (GMT) 03-Jul-2010
jeremyhfht1,68.55.121.177,Sat 02:48:43 (GMT) 03-Jul-2010
jeremyhfht1,68.55.121.177,Fri 21:15:20 (GMT) 02-Jul-2010
jeremyhfht1,68.55.121.177,Fri 21:15:17 (GMT) 02-Jul-2010
jeremyhfht1,68.55.121.177,Fri 18:48:05 (GMT) 02-Jul-2010
jeremyhfht1,68.55.121.177,Fri 18:48:05 (GMT) 02-Jul-2010
jeremyhfht1,68.55.121.177,Fri 13:22:06 (GMT) 02-Jul-2010
jeremyhfht1,68.55.121.177,Fri 13:22:02 (GMT) 02-Jul-2010
jeremyhfht1,68.55.121.177,Thu 16:13:49 (GMT) 01-Jul-2010
jeremyhfht1,68.55.121.177,Thu 16:13:49 (GMT) 01-Jul-2010
jeremyhfht1,68.55.121.177,Wed 23:08:05 (GMT) 30-Jun-2010
jeremyhfht1,68.55.121.177,Wed 23:08:04 (GMT) 30-Jun-2010
jeremyhfht1,68.55.121.177,Wed 22:47:33 (GMT) 30-Jun-2010
jeremyhfht1,68.55.121.177,Wed 22:47:32 (GMT) 30-Jun-2010
jeremyhfht1,68.55.121.177,Wed 17:23:08 (GMT) 30-Jun-2010
jeremyhfht1,68.55.121.177,Wed 17:22:54 (GMT) 30-Jun-2010
jeremyhfht1,68.55.121.177,Wed 03:05:44 (GMT) 30-Jun-2010
jeremyhfht1,68.55.121.177,Wed 03:05:38 (GMT) 30-Jun-2010
jeremyhfht1,68.55.121.177,Tue 15:29:46 (GMT) 29-Jun-2010
jeremyhfht1,68.55.121.177,Tue 15:29:44 (GMT) 29-Jun-2010
jeremyhfht1,68.55.121.177,Tue 03:49:02 (GMT) 29-Jun-2010
jeremyhfht1,68.55.121.177,Tue 03:49:01 (GMT) 29-Jun-2010
jeremyhfht1,68.55.121.177,Mon 14:55:59 (GMT) 28-Jun-2010
jeremyhfht1,68.55.121.177,Mon 14:55:58 (GMT) 28-Jun-2010
jeremyhfht1,68.55.121.177,Sun 22:27:57 (GMT) 27-Jun-2010
jeremyhfht1,68.55.121.177,Sun 22:27:53 (GMT) 27-Jun-2010
jeremyhfht1,68.55.121.177,Sat 23:40:44 (GMT) 26-Jun-2010
jeremyhfht1,68.55.121.177,Sat 23:40:39 (GMT) 26-Jun-2010
jeremyhfht1,68.55.121.177,Sat 15:47:16 (GMT) 26-Jun-2010
jeremyhfht1,68.55.121.177,Sat 15:47:13 (GMT) 26-Jun-2010
jeremyhfht1,68.55.121.177,Fri 13:13:33 (GMT) 25-Jun-2010
jeremyhfht1,68.55.121.177,Fri 13:13:33 (GMT) 25-Jun-2010
jeremyhfht1,68.55.121.177,Thu 14:30:09 (GMT) 24-Jun-2010
jeremyhfht1,68.55.121.177,Thu 14:30:09 (GMT) 24-Jun-2010
jeremyhfht1,68.55.121.177,Wed 19:57:05 (GMT) 23-Jun-2010
jeremyhfht1,68.55.121.177,Wed 19:57:05 (GMT) 23-Jun-2010
jeremyhfht1,68.55.121.177,Wed 13:54:47 (GMT) 23-Jun-2010
jeremyhfht1,68.55.121.177,Wed 13:54:47 (GMT) 23-Jun-2010
jeremyhfht1,68.55.121.177,Wed 06:59:13 (GMT) 23-Jun-2010
jeremyhfht1,68.55.121.177,Wed 06:59:13 (GMT) 23-Jun-2010
jeremyhfht1,68.55.121.177,Wed 04:10:33 (GMT) 23-Jun-2010
jeremyhfht1,68.55.121.177,Wed 04:10:33 (GMT) 23-Jun-2010
jeremyhfht1,68.55.121.177,Tue 11:39:38 (GMT) 22-Jun-2010
```

JH-0000288

```
jeremyhfht1,68.55.121.177,Tue 11:39:37 (GMT) 22-Jun-2010
jeremyhfht1,68.55.121.177,Mon 00:31:55 (GMT) 21-Jun-2010
jeremyhfht1,68.55.121.177,Mon 00:31:54 (GMT) 21-Jun-2010
jeremyhfht1,68.55.121.177,Sat 02:50:09 (GMT) 19-Jun-2010
jeremyhfht1,68.55.121.177,Sat 02:50:08 (GMT) 19-Jun-2010
jeremyhfht1,68.55.121.177,Fri 03:43:48 (GMT) 18-Jun-2010
jeremyhfht1,68.55.121.177,Fri 03:43:35 (GMT) 18-Jun-2010
jeremyhfht1,68.55.121.177,Fri 00:56:38 (GMT) 18-Jun-2010
jeremyhfht1,68.55.121.177,Fri 00:56:37 (GMT) 18-Jun-2010
jeremyhfht1,68.55.121.177,Thu 12:17:29 (GMT) 17-Jun-2010
jeremyhfht1,68.55.121.177,Thu 12:17:28 (GMT) 17-Jun-2010
jeremyhfht1,68.55.121.177,Wed 02:34:01 (GMT) 16-Jun-2010
jeremyhfht1,68.55.121.177,Wed 02:34:01 (GMT) 16-Jun-2010
jeremyhfht1,68.55.121.177,Tue 18:26:47 (GMT) 15-Jun-2010
jeremyhfht1,68.55.121.177,Tue 18:26:47 (GMT) 15-Jun-2010
jeremyhfht1,68.55.121.177,Tue 06:00:44 (GMT) 15-Jun-2010
jeremyhfht1,68.55.121.177,Tue 06:00:42 (GMT) 15-Jun-2010
jeremyhfht1,68.55.121.177,Tue 05:18:30 (GMT) 15-Jun-2010
jeremyhfht1,68.55.121.177,Tue 05:18:28 (GMT) 15-Jun-2010
jeremyhfht1,68.55.121.177,Sun 18:38:51 (GMT) 13-Jun-2010
jeremyhfht1,68.55.121.177,Sun 18:38:49 (GMT) 13-Jun-2010
jeremyhfht1,68.55.121.177,Sat 21:21:33 (GMT) 12-Jun-2010
jeremyhfht1,68.55.121.177,Sat 21:21:33 (GMT) 12-Jun-2010
jeremyhfht1,68.55.121.177,Sat 05:42:48 (GMT) 12-Jun-2010
jeremyhfht1,68.55.121.177,Sat 05:42:48 (GMT) 12-Jun-2010
jeremyhfht1,68.55.121.177,Sat 04:06:33 (GMT) 12-Jun-2010
jeremyhfht1,68.55.121.177,Sat 04:06:33 (GMT) 12-Jun-2010
jeremyhfht1,68.55.121.177,Fri 06:09:12 (GMT) 11-Jun-2010
jeremyhfht1,68.55.121.177,Fri 06:09:12 (GMT) 11-Jun-2010
jeremyhfht1,68.55.121.177,Fri 05:51:24 (GMT) 11-Jun-2010
jeremyhfht1,68.55.121.177,Fri 05:51:24 (GMT) 11-Jun-2010
jeremyhfht1,68.55.121.177,Fri 01:13:35 (GMT) 11-Jun-2010
jeremyhfht1,68.55.121.177,Fri 01:13:35 (GMT) 11-Jun-2010
jeremyhfht1,68.55.121.177,Thu 22:51:39 (GMT) 10-Jun-2010
jeremyhfht1,68.55.121.177,Thu 22:51:38 (GMT) 10-Jun-2010
jeremyhfht1,68.55.121.177,Thu 22:08:02 (GMT) 10-Jun-2010
jeremyhfht1,68.55.121.177,Thu 22:08:02 (GMT) 10-Jun-2010
jeremyhfht1,68.55.121.177,Thu 20:32:54 (GMT) 10-Jun-2010
jeremyhfht1,68.55.121.177,Thu 20:32:54 (GMT) 10-Jun-2010
jeremyhfht1,68.55.121.177,Thu 20:30:04 (GMT) 10-Jun-2010
jeremyhfht1,68.55.121.177,Thu 20:30:04 (GMT) 10-Jun-2010
jeremyhfht1,68.55.121.177,Thu 18:56:32 (GMT) 10-Jun-2010
jeremyhfht1,68.55.121.177,Thu 18:56:32 (GMT) 10-Jun-2010
jeremyhfht1,68.55.121.177,Thu 18:49:10 (GMT) 10-Jun-2010
jeremyhfht1,68.55.121.177,Thu 18:49:09 (GMT) 10-Jun-2010
jeremyhfht1,68.55.121.177,Thu 17:53:47 (GMT) 10-Jun-2010
jeremyhfht1,68.55.121.177,Thu 17:53:47 (GMT) 10-Jun-2010
jeremyhfht1,68.55.121.177,Thu 07:24:45 (GMT) 10-Jun-2010
jeremyhfht1,68.55.121.177,Thu 07:24:44 (GMT) 10-Jun-2010
jeremyhfht1,68.55.121.177,Wed 23:43:04 (GMT) 09-Jun-2010
jeremyhfht1,68.55.121.177,Wed 23:43:04 (GMT) 09-Jun-2010
jeremyhfht1,68.55.121.177,Wed 21:32:19 (GMT) 09-Jun-2010
jeremyhfht1,68.55.121.177,Wed 21:32:19 (GMT) 09-Jun-2010
jeremyhfht1,68.55.121.177,Wed 19:58:30 (GMT) 09-Jun-2010
jeremyhfht1,68.55.121.177,Wed 19:58:30 (GMT) 09-Jun-2010
jeremyhfht1,68.55.121.177,Tue 23:47:11 (GMT) 08-Jun-2010
jeremyhfht1,68.55.121.177,Tue 23:47:10 (GMT) 08-Jun-2010
jeremyhfht1,68.55.121.177,Tue 04:07:56 (GMT) 08-Jun-2010
```

JH-0000289

```
jeremyhfht1,68.55.121.177,Tue 04:07:56 (GMT) 08-Jun-2010
jeremyhfht1,68.55.121.177,Mon 18:01:16 (GMT) 07-Jun-2010
jeremyhfht1,68.55.121.177,Mon 18:01:16 (GMT) 07-Jun-2010
jeremyhfht1,68.55.121.177,Mon 17:14:53 (GMT) 07-Jun-2010
jeremyhfht1,68.55.121.177,Mon 17:14:53 (GMT) 07-Jun-2010
jeremyhfht1,68.55.121.177,Mon 15:56:26 (GMT) 07-Jun-2010
jeremyhfht1,68.55.121.177,Mon 15:56:26 (GMT) 07-Jun-2010
jeremyhfht1,68.55.121.177,Sun 15:24:05 (GMT) 06-Jun-2010
jeremyhfht1,68.55.121.177,Sun 15:24:05 (GMT) 06-Jun-2010
jeremyhfht1,68.55.121.177,Sun 04:19:26 (GMT) 06-Jun-2010
jeremyhfht1,68.55.121.177,Sun 04:19:26 (GMT) 06-Jun-2010
jeremyhfht1,68.55.121.177,Sat 23:45:15 (GMT) 05-Jun-2010
jeremyhfht1,68.55.121.177,Sat 23:45:15 (GMT) 05-Jun-2010
jeremyhfht1,68.55.121.177,Sat 07:17:40 (GMT) 05-Jun-2010
jeremyhfht1,68.55.121.177,Sat 07:17:39 (GMT) 05-Jun-2010
jeremyhfht1,68.55.121.177,Sat 05:50:07 (GMT) 05-Jun-2010
jeremyhfht1,68.55.121.177,Sat 05:50:06 (GMT) 05-Jun-2010
jeremyhfht1,68.55.121.177,Sat 04:29:38 (GMT) 05-Jun-2010
jeremyhfht1,68.55.121.177,Sat 04:29:38 (GMT) 05-Jun-2010
jeremyhfht1,68.55.121.177,Fri 16:14:16 (GMT) 04-Jun-2010
jeremyhfht1,68.55.121.177,Fri 16:14:16 (GMT) 04-Jun-2010
jeremyhfht1,68.55.121.177,Fri 14:24:30 (GMT) 04-Jun-2010
jeremyhfht1,68.55.121.177,Fri 14:24:30 (GMT) 04-Jun-2010
jeremyhfht1,68.55.121.177,Fri 04:03:32 (GMT) 04-Jun-2010
jeremyhfht1,68.55.121.177,Fri 01:18:55 (GMT) 04-Jun-2010
jeremyhfht1,68.55.121.177,Fri 01:18:55 (GMT) 04-Jun-2010
jeremyhfht1,68.55.121.177,Fri 01:09:20 (GMT) 04-Jun-2010
jeremyhfht1,68.55.121.177,Fri 01:09:20 (GMT) 04-Jun-2010
jeremyhfht1,68.55.121.177,Fri 00:18:27 (GMT) 04-Jun-2010
jeremyhfht1,68.55.121.177,Fri 00:18:27 (GMT) 04-Jun-2010
jeremyhfht1,68.55.121.177,Thu 22:34:15 (GMT) 03-Jun-2010
jeremyhfht1,68.55.121.177,Thu 22:34:14 (GMT) 03-Jun-2010
jeremyhfht1,68.55.121.177,Thu 19:39:14 (GMT) 03-Jun-2010
jeremyhfht1,68.55.121.177,Thu 19:39:14 (GMT) 03-Jun-2010
jeremyhfht1,68.55.121.177,Thu 18:57:21 (GMT) 03-Jun-2010
jeremyhfht1,68.55.121.177,Thu 18:57:21 (GMT) 03-Jun-2010
jeremyhfht1,68.55.121.177,Thu 16:33:13 (GMT) 03-Jun-2010
jeremyhfht1,68.55.121.177,Thu 16:33:13 (GMT) 03-Jun-2010
jeremyhfht1,68.55.121.177,Thu 15:30:09 (GMT) 03-Jun-2010
jeremyhfht1,68.55.121.177,Thu 15:30:07 (GMT) 03-Jun-2010
jeremyhfht1,68.55.121.177,Thu 03:36:47 (GMT) 03-Jun-2010
jeremyhfht1,68.55.121.177,Thu 03:36:47 (GMT) 03-Jun-2010
jeremyhfht1,68.55.121.177,Thu 01:51:54 (GMT) 03-Jun-2010
jeremyhfht1,68.55.121.177,Thu 01:51:54 (GMT) 03-Jun-2010
jeremyhfht1,68.55.121.177,Wed 22:46:49 (GMT) 02-Jun-2010
jeremyhfht1,68.55.121.177,Wed 22:46:49 (GMT) 02-Jun-2010
jeremyhfht1,68.55.121.177,Wed 20:55:38 (GMT) 02-Jun-2010
jeremyhfht1,68.55.121.177,Wed 20:55:38 (GMT) 02-Jun-2010
jeremyhfht1,68.55.121.177,Wed 20:45:37 (GMT) 02-Jun-2010
jeremyhfht1,68.55.121.177,Wed 20:45:37 (GMT) 02-Jun-2010
jeremyhfht1,68.55.121.177,Wed 18:38:39 (GMT) 02-Jun-2010
jeremyhfht1,68.55.121.177,Wed 18:38:39 (GMT) 02-Jun-2010
jeremyhfht1,68.55.121.177,Wed 17:25:44 (GMT) 02-Jun-2010
jeremyhfht1,68.55.121.177,Wed 17:25:44 (GMT) 02-Jun-2010
jeremyhfht1,68.55.121.177,Wed 16:38:19 (GMT) 02-Jun-2010
jeremyhfht1,68.55.121.177,Wed 16:38:18 (GMT) 02-Jun-2010
jeremyhfht1,68.55.121.177,Wed 13:55:34 (GMT) 02-Jun-2010
jeremyhfht1,68.55.121.177,Wed 13:55:30 (GMT) 02-Jun-2010
```

JH-0000290

```
jeremyhfht1,68.55.121.177,Wed 02:10:28 (GMT) 02-Jun-2010
jeremyhfht1,68.55.121.177,Wed 02:10:28 (GMT) 02-Jun-2010
jeremyhfht1,68.55.121.177,Tue 19:32:44 (GMT) 01-Jun-2010
jeremyhfht1,68.55.121.177,Tue 19:32:42 (GMT) 01-Jun-2010
jeremyhfht1,68.55.121.177,Tue 16:26:33 (GMT) 01-Jun-2010
jeremyhfht1,68.55.121.177,Tue 16:26:33 (GMT) 01-Jun-2010
jeremyhfht1,68.55.121.177,Tue 15:33:52 (GMT) 01-Jun-2010
jeremyhfht1,68.55.121.177,Tue 15:33:52 (GMT) 01-Jun-2010
jeremyhfht1,68.55.121.177,Tue 11:23:10 (GMT) 01-Jun-2010
jeremyhfht1,68.55.121.177,Tue 11:23:08 (GMT) 01-Jun-2010
jeremyhfht1,68.55.121.177,Tue 04:29:13 (GMT) 01-Jun-2010
jeremyhfht1,68.55.121.177,Tue 04:29:13 (GMT) 01-Jun-2010
jeremyhfht1,68.55.121.177,Tue 01:21:04 (GMT) 01-Jun-2010
jeremyhfht1,68.55.121.177,Tue 01:21:04 (GMT) 01-Jun-2010
jeremyhfht1,68.55.121.177,Tue 01:17:58 (GMT) 01-Jun-2010
jeremyhfht1,68.55.121.177,Tue 01:17:57 (GMT) 01-Jun-2010
jeremyhfht1,68.55.121.177,Mon 23:47:24 (GMT) 31-May-2010
jeremyhfht1,68.55.121.177,Mon 23:47:24 (GMT) 31-May-2010
jeremyhfht1,68.55.121.177,Mon 23:25:54 (GMT) 31-May-2010
jeremyhfht1,68.55.121.177,Mon 23:25:51 (GMT) 31-May-2010
jeremyhfht1,68.55.121.177,Mon 01:47:36 (GMT) 31-May-2010
jeremyhfht1,68.55.121.177,Mon 01:47:36 (GMT) 31-May-2010
jeremyhfht1,68.55.121.177,Sun 18:31:37 (GMT) 30-May-2010
jeremyhfht1,68.55.121.177,Sun 18:31:37 (GMT) 30-May-2010
jeremyhfht1,68.55.121.177,Sun 18:04:48 (GMT) 30-May-2010
jeremyhfht1,68.55.121.177,Sun 18:04:48 (GMT) 30-May-2010
jeremyhfht1,68.55.121.177,Sun 17:29:54 (GMT) 30-May-2010
jeremyhfht1,68.55.121.177,Sun 17:29:53 (GMT) 30-May-2010
jeremyhfht1,68.55.121.177,Sun 15:31:36 (GMT) 30-May-2010
jeremyhfht1,68.55.121.177,Sun 15:31:34 (GMT) 30-May-2010
jeremyhfht1,68.55.121.177,Sun 12:46:33 (GMT) 30-May-2010
jeremyhfht1,68.55.121.177,Sun 12:46:31 (GMT) 30-May-2010
jeremyhfht1,68.55.121.177,Sat 20:28:55 (GMT) 29-May-2010
jeremyhfht1,68.55.121.177,Sat 20:28:51 (GMT) 29-May-2010
jeremyhfht1,68.55.121.177,Sat 17:55:52 (GMT) 29-May-2010
jeremyhfht1,68.55.121.177,Sat 17:55:52 (GMT) 29-May-2010
jeremyhfht1,68.55.121.177,Sat 16:54:56 (GMT) 29-May-2010
jeremyhfht1,68.55.121.177,Sat 16:54:55 (GMT) 29-May-2010
jeremyhfht1,68.55.121.177,Sat 02:35:52 (GMT) 29-May-2010
jeremyhfht1,68.55.121.177,Sat 02:35:52 (GMT) 29-May-2010
jeremyhfht1,68.55.121.177,Fri 17:11:48 (GMT) 28-May-2010
jeremyhfht1,68.55.121.177,Fri 17:11:48 (GMT) 28-May-2010
jeremyhfht1,68.55.121.177,Fri 15:28:54 (GMT) 28-May-2010
jeremyhfht1,68.55.121.177,Fri 15:28:54 (GMT) 28-May-2010
jeremyhfht1,68.55.121.177,Fri 13:03:13 (GMT) 28-May-2010
jeremyhfht1,68.55.121.177,Fri 13:03:13 (GMT) 28-May-2010
jeremyhfht1,68.55.121.177,Fri 00:04:45 (GMT) 28-May-2010
jeremyhfht1,68.55.121.177,Fri 00:04:45 (GMT) 28-May-2010
jeremyhfht1,68.55.121.177,Thu 12:38:36 (GMT) 27-May-2010
jeremyhfht1,68.55.121.177,Thu 12:38:36 (GMT) 27-May-2010
jeremyhfht1,68.55.121.177,Thu 04:50:30 (GMT) 27-May-2010
jeremyhfht1,68.55.121.177,Thu 04:50:30 (GMT) 27-May-2010
jeremyhfht1,68.55.121.177,Wed 16:50:16 (GMT) 26-May-2010
jeremyhfht1,68.55.121.177,Wed 16:50:15 (GMT) 26-May-2010
jeremyhfht1,68.55.121.177,Wed 11:27:59 (GMT) 26-May-2010
jeremyhfht1,68.55.121.177,Wed 11:27:59 (GMT) 26-May-2010
jeremyhfht1,68.55.121.177,Wed 11:09:43 (GMT) 26-May-2010
jeremyhfht1,68.55.121.177,Wed 11:09:42 (GMT) 26-May-2010
```

```
jeremyhfht1,68.55.121.177,Wed 07:03:24 (GMT) 26-May-2010
jeremyhfht1,68.55.121.177,Wed 07:03:22 (GMT) 26-May-2010
jeremyhfht1,68.55.121.177,Wed 01:16:50 (GMT) 26-May-2010
jeremyhfht1,68.55.121.177,Wed 01:16:49 (GMT) 26-May-2010
jeremyhfht1,68.55.121.177,Tue 23:49:52 (GMT) 25-May-2010
jeremyhfht1,68.55.121.177,Tue 23:49:52 (GMT) 25-May-2010
jeremyhfht1,68.55.121.177,Tue 23:41:05 (GMT) 25-May-2010
jeremyhfht1,68.55.121.177,Tue 23:41:05 (GMT) 25-May-2010
jeremyhfht1,68.55.121.177,Tue 21:34:50 (GMT) 25-May-2010
jeremyhfht1,68.55.121.177,Tue 21:34:49 (GMT) 25-May-2010
jeremyhfht1,68.55.121.177,Tue 21:30:17 (GMT) 25-May-2010
jeremyhfht1,68.55.121.177,Tue 21:30:17 (GMT) 25-May-2010
jeremyhfht1,68.55.121.177,Tue 20:34:40 (GMT) 25-May-2010
jeremyhfht1,68.55.121.177,Tue 20:34:40 (GMT) 25-May-2010
jeremyhfht1,68.55.121.177,Tue 20:15:52 (GMT) 25-May-2010
jeremyhfht1,68.55.121.177,Tue 20:15:52 (GMT) 25-May-2010
jeremyhfht1,68.55.121.177,Tue 19:30:33 (GMT) 25-May-2010
jeremyhfht1,68.55.121.177,Tue 19:30:33 (GMT) 25-May-2010
jeremyhfht1,68.55.121.177,Tue 18:18:20 (GMT) 25-May-2010
jeremyhfht1,68.55.121.177,Tue 18:18:19 (GMT) 25-May-2010
jeremyhfht1,68.55.121.177,Mon 03:51:30 (GMT) 24-May-2010
jeremyhfht1,68.55.121.177,Mon 03:51:29 (GMT) 24-May-2010
jeremyhfht1,68.55.121.177,Fri 13:35:56 (GMT) 21-May-2010
jeremyhfht1,68.55.121.177,Fri 13:35:56 (GMT) 21-May-2010
jeremyhfht1,68.55.121.177,Fri 09:35:30 (GMT) 21-May-2010
jeremyhfht1,68.55.121.177,Fri 09:35:30 (GMT) 21-May-2010
jeremyhfht1,68.55.121.177,Thu 13:56:30 (GMT) 20-May-2010
jeremyhfht1,68.55.121.177,Thu 13:56:30 (GMT) 20-May-2010
jeremyhfht1,68.55.121.177,Thu 05:40:25 (GMT) 20-May-2010
jeremyhfht1,68.55.121.177,Thu 05:40:24 (GMT) 20-May-2010
jeremyhfht1,68.55.121.177,Thu 00:03:45 (GMT) 20-May-2010
jeremyhfht1,68.55.121.177,Thu 00:03:44 (GMT) 20-May-2010
jeremyhfht1,68.55.121.177,Wed 10:32:55 (GMT) 19-May-2010
jeremyhfht1,68.55.121.177,Wed 10:32:55 (GMT) 19-May-2010
jeremyhfht1,68.55.121.177,Wed 10:29:06 (GMT) 19-May-2010
jeremyhfht1,68.55.121.177,Wed 10:29:06 (GMT) 19-May-2010
jeremyhfht1,68.55.121.177,Wed 10:15:51 (GMT) 19-May-2010
jeremyhfht1,68.55.121.177,Wed 10:15:50 (GMT) 19-May-2010
jeremyhfht1,68.55.121.177,Wed 05:01:23 (GMT) 19-May-2010
jeremyhfht1,68.55.121.177,Wed 05:01:23 (GMT) 19-May-2010
jeremyhfht1,68.55.121.177,Tue 20:37:10 (GMT) 18-May-2010
jeremyhfht1,68.55.121.177,Tue 20:37:10 (GMT) 18-May-2010
jeremyhfht1,68.55.121.177,Tue 05:11:15 (GMT) 18-May-2010
jeremyhfht1,68.55.121.177,Tue 05:11:15 (GMT) 18-May-2010
jeremyhfht1,68.55.121.177,Tue 01:16:24 (GMT) 18-May-2010
jeremyhfht1,68.55.121.177,Tue 01:16:23 (GMT) 18-May-2010
jeremyhfht1,68.55.121.177,Mon 17:50:56 (GMT) 17-May-2010
jeremyhfht1,68.55.121.177,Mon 17:50:56 (GMT) 17-May-2010
jeremyhfht1,68.55.121.177,Mon 17:39:38 (GMT) 17-May-2010
jeremyhfht1,68.55.121.177,Mon 17:39:38 (GMT) 17-May-2010
jeremyhfht1,68.55.121.177,Mon 16:29:27 (GMT) 17-May-2010
jeremyhfht1,68.55.121.177,Mon 16:29:27 (GMT) 17-May-2010
jeremyhfht1,68.55.121.177,Mon 15:24:29 (GMT) 17-May-2010
jeremyhfht1,68.55.121.177,Mon 15:24:29 (GMT) 17-May-2010
jeremyhfht1,68.55.121.177,Mon 00:06:45 (GMT) 17-May-2010
jeremyhfht1,68.55.121.177,Mon 00:06:45 (GMT) 17-May-2010
jeremyhfht1,68.55.121.177,Sat 18:27:44 (GMT) 15-May-2010
jeremyhfht1,68.55.121.177,Sat 18:27:43 (GMT) 15-May-2010
```

```
jeremyhfht1,68.55.121.177,Sat 18:22:04 (GMT) 15-May-2010
jeremyhfht1,68.55.121.177,Sat 18:22:03 (GMT) 15-May-2010
jeremyhfht1,68.55.121.177,Sat 03:46:05 (GMT) 15-May-2010
jeremyhfht1,68.55.121.177,Sat 03:46:04 (GMT) 15-May-2010
jeremyhfht1,68.55.121.177,Sat 02:59:28 (GMT) 15-May-2010
jeremyhfht1,68.55.121.177,Sat 02:59:27 (GMT) 15-May-2010
jeremyhfht1,68.55.121.177,Fri 00:39:58 (GMT) 14-May-2010
jeremyhfht1,68.55.121.177,Fri 00:39:58 (GMT) 14-May-2010
jeremyhfht1,68.55.121.177,Thu 21:35:11 (GMT) 13-May-2010
jeremyhfht1,68.55.121.177,Thu 21:35:10 (GMT) 13-May-2010
jeremyhfht1,68.55.121.177,Thu 21:02:52 (GMT) 13-May-2010
jeremyhfht1,68.55.121.177,Thu 21:02:51 (GMT) 13-May-2010
jeremyhfht1,68.55.121.177,Thu 20:21:24 (GMT) 13-May-2010
jeremyhfht1,68.55.121.177,Thu 20:21:23 (GMT) 13-May-2010
jeremyhfht1,68.55.121.177,Thu 02:18:21 (GMT) 13-May-2010
jeremyhfht1,68.55.121.177,Thu 02:18:21 (GMT) 13-May-2010
jeremyhfht1,68.55.121.177,Thu 01:15:58 (GMT) 13-May-2010
jeremyhfht1,68.55.121.177,Thu 01:15:58 (GMT) 13-May-2010
jeremyhfht1,68.55.121.177,Wed 18:54:15 (GMT) 12-May-2010
jeremyhfht1,68.55.121.177,Wed 18:54:14 (GMT) 12-May-2010
jeremyhfht1,68.55.121.177,Wed 03:01:37 (GMT) 12-May-2010
jeremyhfht1,68.55.121.177,Wed 03:01:37 (GMT) 12-May-2010
jeremyhfht1,68.55.121.177,Tue 17:40:25 (GMT) 11-May-2010
jeremyhfht1,68.55.121.177,Tue 17:40:25 (GMT) 11-May-2010
jeremyhfht1,68.55.121.177,Tue 12:58:10 (GMT) 11-May-2010
jeremyhfht1,68.55.121.177,Tue 12:58:10 (GMT) 11-May-2010
jeremyhfht1,68.55.121.177,Tue 03:37:52 (GMT) 11-May-2010
jeremyhfht1,68.55.121.177,Tue 03:37:52 (GMT) 11-May-2010
jeremyhfht1,68.55.121.177,Sun 07:44:41 (GMT) 09-May-2010
jeremyhfht1,68.55.121.177,Sun 07:44:40 (GMT) 09-May-2010
jeremyhfht1,68.55.121.177,Sat 22:58:59 (GMT) 08-May-2010
jeremyhfht1,68.55.121.177,Sat 22:58:59 (GMT) 08-May-2010
jeremyhfht1,68.55.121.177,Sat 19:40:37 (GMT) 08-May-2010
jeremyhfht1,68.55.121.177,Sat 19:40:37 (GMT) 08-May-2010
jeremyhfht1,68.55.121.177,Sat 07:45:58 (GMT) 08-May-2010
jeremyhfht1,68.55.121.177,Sat 07:45:50 (GMT) 08-May-2010
jeremyhfht1,68.55.121.177,Fri 00:08:12 (GMT) 07-May-2010
jeremyhfht1,68.55.121.177,Fri 00:08:12 (GMT) 07-May-2010
jeremyhfht1,68.55.121.177,Thu 17:33:09 (GMT) 06-May-2010
jeremyhfht1,68.55.121.177,Thu 17:33:09 (GMT) 06-May-2010
jeremyhfht1,68.55.121.177,Thu 15:25:05 (GMT) 06-May-2010
jeremyhfht1,68.55.121.177,Thu 15:25:05 (GMT) 06-May-2010
jeremyhfht1,68.55.121.177,Wed 22:02:09 (GMT) 05-May-2010
jeremyhfht1,68.55.121.177,Wed 17:38:53 (GMT) 05-May-2010
jeremyhfht1,68.55.121.177,Wed 17:38:53 (GMT) 05-May-2010
jeremyhfht1,68.55.121.177,Wed 16:38:31 (GMT) 05-May-2010
jeremyhfht1,68.55.121.177,Wed 16:38:31 (GMT) 05-May-2010
jeremyhfht1,68.55.121.177,Wed 05:00:13 (GMT) 05-May-2010
jeremyhfht1,68.55.121.177,Wed 05:00:12 (GMT) 05-May-2010
jeremyhfht1,68.55.121.177,Wed 03:08:53 (GMT) 05-May-2010
jeremyhfht1,68.55.121.177,Wed 03:08:52 (GMT) 05-May-2010
jeremyhfht1,68.55.121.177,Tue 23:27:56 (GMT) 04-May-2010
jeremyhfht1,68.55.121.177,Tue 23:27:55 (GMT) 04-May-2010
jeremyhfht1,68.55.121.177,Tue 18:42:11 (GMT) 04-May-2010
jeremyhfht1,68.55.121.177,Tue 18:42:09 (GMT) 04-May-2010
jeremyhfht1,68.55.121.177,Tue 03:50:22 (GMT) 04-May-2010
jeremyhfht1,68.55.121.177,Tue 03:50:22 (GMT) 04-May-2010
jeremyhfht1,68.55.121.177,Mon 06:41:00 (GMT) 03-May-2010
```

JH-0000293

```
jeremyhfht1,68.55.121.177,Mon 06:41:00 (GMT) 03-May-2010
jeremyhfht1,68.55.121.177,Mon 06:05:28 (GMT) 03-May-2010
jeremyhfht1,68.55.121.177,Mon 06:05:28 (GMT) 03-May-2010
jeremyhfht1,68.55.121.177,Sun 17:57:19 (GMT) 02-May-2010
jeremyhfht1,68.55.121.177,Sun 17:57:17 (GMT) 02-May-2010
jeremyhfht1,68.55.121.177,Sun 02:42:32 (GMT) 02-May-2010
jeremyhfht1,68.55.121.177,Sun 02:42:31 (GMT) 02-May-2010
jeremyhfht1,68.55.121.177,Thu 09:58:05 (GMT) 29-Apr-2010
jeremyhfht1,68.55.121.177,Thu 09:58:04 (GMT) 29-Apr-2010
jeremyhfht1,68.55.121.177,Thu 05:10:06 (GMT) 29-Apr-2010
jeremyhfht1,68.55.121.177,Thu 05:10:06 (GMT) 29-Apr-2010
jeremyhfht1,68.55.121.177,Thu 02:57:02 (GMT) 29-Apr-2010
jeremyhfht1,68.55.121.177,Thu 02:57:02 (GMT) 29-Apr-2010
jeremyhfht1,68.55.121.177,Wed 00:38:12 (GMT) 28-Apr-2010
jeremyhfht1,68.55.121.177,Wed 00:38:11 (GMT) 28-Apr-2010
jeremyhfht1,68.55.121.177,Tue 22:16:24 (GMT) 27-Apr-2010
jeremyhfht1,68.55.121.177,Tue 22:16:23 (GMT) 27-Apr-2010
jeremyhfht1,68.55.121.177,Tue 20:14:39 (GMT) 27-Apr-2010
jeremyhfht1,68.55.121.177,Tue 20:14:36 (GMT) 27-Apr-2010
jeremyhfht1,68.55.121.177,Tue 20:04:24 (GMT) 27-Apr-2010
jeremyhfht1,68.55.121.177,Tue 20:04:22 (GMT) 27-Apr-2010
jeremyhfht1,68.55.121.177,Tue 07:31:49 (GMT) 27-Apr-2010
jeremyhfht1,68.55.121.177,Tue 07:31:49 (GMT) 27-Apr-2010
jeremyhfht1,68.55.121.177,Tue 06:59:32 (GMT) 27-Apr-2010
jeremyhfht1,68.55.121.177,Tue 06:59:32 (GMT) 27-Apr-2010
jeremyhfht1,68.55.121.177,Tue 04:13:08 (GMT) 27-Apr-2010
jeremyhfht1,68.55.121.177,Tue 04:13:07 (GMT) 27-Apr-2010
jeremyhfht1,68.55.121.177,Mon 04:49:06 (GMT) 26-Apr-2010
jeremyhfht1,68.55.121.177,Mon 04:49:05 (GMT) 26-Apr-2010
jeremyhfht1,68.55.121.177,Mon 04:03:02 (GMT) 26-Apr-2010
jeremyhfht1,68.55.121.177,Mon 04:03:02 (GMT) 26-Apr-2010
jeremyhfht1,68.55.121.177,Mon 02:46:42 (GMT) 26-Apr-2010
jeremyhfht1,68.55.121.177,Mon 02:46:39 (GMT) 26-Apr-2010
jeremyhfht1,68.55.121.177,Mon 00:20:03 (GMT) 26-Apr-2010
jeremyhfht1,68.55.121.177,Mon 00:19:58 (GMT) 26-Apr-2010
jeremyhfht1,68.55.121.177,Sun 22:04:58 (GMT) 25-Apr-2010
jeremyhfht1,68.55.121.177,Sun 22:04:58 (GMT) 25-Apr-2010
jeremyhfht1,68.55.121.177,Sat 17:41:47 (GMT) 24-Apr-2010
jeremyhfht1,68.55.121.177,Sat 17:41:47 (GMT) 24-Apr-2010
jeremyhfht1,68.55.121.177,Sat 02:35:19 (GMT) 24-Apr-2010
jeremyhfht1,68.55.121.177,Sat 02:35:19 (GMT) 24-Apr-2010
jeremyhfht1,68.55.121.177,Fri 04:08:27 (GMT) 23-Apr-2010
jeremyhfht1,68.55.121.177,Fri 04:08:26 (GMT) 23-Apr-2010
jeremyhfht1,68.55.121.177,Fri 03:03:13 (GMT) 23-Apr-2010
jeremyhfht1,68.55.121.177,Fri 03:03:12 (GMT) 23-Apr-2010
jeremyhfht1,68.55.121.177,Thu 00:15:20 (GMT) 22-Apr-2010
jeremyhfht1,68.55.121.177,Wed 06:20:46 (GMT) 21-Apr-2010
jeremyhfht1,68.55.121.177,Wed 06:20:46 (GMT) 21-Apr-2010
jeremyhfht1,68.55.121.177,Wed 01:22:43 (GMT) 21-Apr-2010
jeremyhfht1,68.55.121.177,Tue 21:58:02 (GMT) 20-Apr-2010
jeremyhfht1,68.55.121.177,Tue 21:58:02 (GMT) 20-Apr-2010
jeremyhfht1,68.55.121.177,Tue 21:38:26 (GMT) 20-Apr-2010
jeremyhfht1,68.55.121.177,Tue 21:38:26 (GMT) 20-Apr-2010
jeremyhfht1,68.55.121.177,Tue 04:46:35 (GMT) 20-Apr-2010
jeremyhfht1,68.55.121.177,Sun 14:30:14 (GMT) 18-Apr-2010
jeremyhfht1,68.55.121.177,Sun 14:30:14 (GMT) 18-Apr-2010
jeremyhfht1,68.55.121.177,Sun 04:09:55 (GMT) 18-Apr-2010
jeremyhfht1,68.55.121.177,Sun 04:09:53 (GMT) 18-Apr-2010
```

JH-0000294

```
jeremyhfht1,68.55.121.177,Fri 12:39:10 (GMT) 16-Apr-2010
jeremyhfht1,68.55.121.177,Fri 12:39:10 (GMT) 16-Apr-2010
jeremyhfht1,68.55.121.177,Fri 00:11:15 (GMT) 16-Apr-2010
jeremyhfht1,68.55.121.177,Fri 00:11:15 (GMT) 16-Apr-2010
jeremyhfht1,68.55.121.177,Thu 19:50:04 (GMT) 15-Apr-2010
jeremyhfht1,68.55.121.177,Thu 06:26:21 (GMT) 15-Apr-2010
jeremyhfht1,68.55.121.177,Thu 06:26:21 (GMT) 15-Apr-2010
jeremyhfht1,68.55.121.177,Thu 04:32:41 (GMT) 15-Apr-2010
jeremyhfht1,68.55.121.177,Thu 04:32:40 (GMT) 15-Apr-2010
jeremyhfht1,68.55.121.177,Tue 23:32:55 (GMT) 13-Apr-2010
jeremyhfht1,68.55.121.177,Tue 23:32:54 (GMT) 13-Apr-2010
jeremyhfht1,68.55.121.177,Mon 23:34:41 (GMT) 12-Apr-2010
jeremyhfht1,68.55.121.177,Mon 23:34:40 (GMT) 12-Apr-2010
jeremyhfht1,68.55.121.177,Mon 04:39:54 (GMT) 12-Apr-2010
jeremyhfht1,68.55.121.177,Mon 04:39:53 (GMT) 12-Apr-2010
jeremyhfht1,68.55.121.177,Mon 03:57:20 (GMT) 12-Apr-2010
jeremyhfht1,68.55.121.177,Mon 03:34:47 (GMT) 12-Apr-2010
jeremyhfht1,68.55.121.177,Mon 03:17:56 (GMT) 12-Apr-2010
jeremyhfht1,68.55.121.177,Mon 01:17:33 (GMT) 12-Apr-2010
jeremyhfht1,68.55.121.177,Mon 01:17:30 (GMT) 12-Apr-2010
jeremyhfht1,68.55.121.177,Mon 00:09:22 (GMT) 12-Apr-2010
jeremyhfht1,68.55.121.177,Mon 00:09:22 (GMT) 12-Apr-2010
jeremyhfht1,68.55.121.177,Sun 01:49:41 (GMT) 11-Apr-2010
jeremyhfht1,68.55.121.177,Sun 01:49:39 (GMT) 11-Apr-2010
jeremyhfht1,68.55.121.177,Sat 16:01:46 (GMT) 10-Apr-2010
jeremyhfht1,68.55.121.177,Fri 22:38:46 (GMT) 09-Apr-2010
jeremyhfht1,68.55.121.177,Fri 22:38:46 (GMT) 09-Apr-2010
jeremyhfht1,68.55.121.177,Thu 22:35:02 (GMT) 08-Apr-2010
jeremyhfht1,68.55.121.177,Thu 22:35:02 (GMT) 08-Apr-2010
jeremyhfht1,68.55.121.177,Thu 00:08:07 (GMT) 08-Apr-2010
jeremyhfht1,68.55.121.177,Tue 23:29:30 (GMT) 06-Apr-2010
jeremyhfht1,68.55.121.177,Sun 19:17:53 (GMT) 04-Apr-2010
jeremyhfht1,68.55.121.177,Sun 19:17:52 (GMT) 04-Apr-2010
jeremyhfht1,68.55.121.177,Sun 18:07:08 (GMT) 04-Apr-2010
jeremyhfht1,68.55.121.177,Sun 18:07:07 (GMT) 04-Apr-2010
jeremyhfht1,68.55.121.177,Sun 17:07:10 (GMT) 04-Apr-2010
jeremyhfht1,68.55.121.177,Sat 01:03:31 (GMT) 03-Apr-2010
jeremyhfht1,68.55.121.177,Sat 01:03:31 (GMT) 03-Apr-2010
jeremyhfht1,68.55.121.177,Sat 00:57:07 (GMT) 03-Apr-2010
jeremyhfht1,68.55.121.177,Sat 00:57:06 (GMT) 03-Apr-2010
jeremyhfht1,68.55.121.177,Fri 03:26:08 (GMT) 02-Apr-2010
jeremyhfht1,68.55.121.177,Thu 03:48:37 (GMT) 01-Apr-2010
jeremyhfht1,68.55.121.177,Thu 03:48:37 (GMT) 01-Apr-2010
jeremyhfht1,68.55.121.177,Wed 23:07:33 (GMT) 31-Mar-2010
jeremyhfht1,68.55.121.177,Wed 21:40:07 (GMT) 31-Mar-2010
jeremyhfht1,68.55.121.177,Wed 21:40:07 (GMT) 31-Mar-2010
jeremyhfht1,68.55.121.177,Wed 20:27:51 (GMT) 31-Mar-2010
jeremyhfht1,68.55.121.177,Wed 20:27:51 (GMT) 31-Mar-2010
jeremyhfht1,68.55.121.177,Wed 16:42:04 (GMT) 31-Mar-2010
jeremyhfht1,68.55.121.177,Wed 16:42:04 (GMT) 31-Mar-2010
jeremyhfht1,68.55.121.177,Wed 00:02:26 (GMT) 31-Mar-2010
jeremyhfht1,68.55.121.177,Wed 00:02:25 (GMT) 31-Mar-2010
jeremyhfht1,68.55.121.177,Tue 01:16:24 (GMT) 30-Mar-2010
jeremyhfht1,68.55.121.177,Tue 01:16:23 (GMT) 30-Mar-2010
jeremyhfht1,68.55.121.177,Mon 23:51:25 (GMT) 29-Mar-2010
jeremyhfht1,68.55.121.177,Mon 11:43:13 (GMT) 29-Mar-2010
jeremyhfht1,68.55.121.177,Mon 11:03:53 (GMT) 29-Mar-2010
jeremyhfht1,68.55.121.177,Mon 11:03:52 (GMT) 29-Mar-2010
```

```
jeremyhfht1,68.55.121.177,Mon 03:07:57 (GMT) 29-Mar-2010
jeremyhfht1,68.55.121.177,Sun 19:37:45 (GMT) 28-Mar-2010
jeremyhfht1,68.55.121.177,Sun 19:37:45 (GMT) 28-Mar-2010
jeremyhfht1,68.55.121.177,Sun 19:37:04 (GMT) 28-Mar-2010
jeremyhfht1,68.55.121.177,Fri 23:58:47 (GMT) 26-Mar-2010
jeremyhfht1,68.55.121.177,Fri 23:58:46 (GMT) 26-Mar-2010
jeremyhfht1,68.55.121.177,Thu 23:49:30 (GMT) 25-Mar-2010
jeremyhfht1,68.55.121.177,Thu 23:49:30 (GMT) 25-Mar-2010
jeremyhfht1,68.55.121.177,Mon 00:37:11 (GMT) 22-Mar-2010
jeremyhfht1,68.55.121.177,Mon 00:37:10 (GMT) 22-Mar-2010
jeremyhfht1,68.55.121.177,Mon 00:10:36 (GMT) 22-Mar-2010
jeremyhfht1,68.55.121.177,Mon 00:10:35 (GMT) 22-Mar-2010
jeremyhfht1,68.55.121.177,Sun 04:50:30 (GMT) 21-Mar-2010
jeremyhfht1,68.55.121.177,Sun 04:50:29 (GMT) 21-Mar-2010
jeremyhfht1,68.55.121.177,Sat 00:03:48 (GMT) 20-Mar-2010
jeremyhfht1,68.55.121.177,Sat 00:03:47 (GMT) 20-Mar-2010
jeremyhfht1,68.55.121.177,Thu 18:53:34 (GMT) 18-Mar-2010
jeremyhfht1,68.55.121.177,Thu 18:08:35 (GMT) 18-Mar-2010
jeremyhfht1,68.55.121.177,Thu 18:08:34 (GMT) 18-Mar-2010
jeremyhfht1,68.55.121.177,Thu 17:07:34 (GMT) 18-Mar-2010
jeremyhfht1,68.55.121.177,Thu 17:07:33 (GMT) 18-Mar-2010
jeremyhfht1,68.55.121.177,Thu 01:08:23 (GMT) 18-Mar-2010
jeremyhfht1,68.55.121.177,Wed 23:59:45 (GMT) 17-Mar-2010
jeremyhfht1,68.55.121.177,Wed 23:59:45 (GMT) 17-Mar-2010
jeremyhfht1,68.55.121.177,Wed 16:45:32 (GMT) 17-Mar-2010
jeremyhfht1,68.55.121.177,Wed 16:45:31 (GMT) 17-Mar-2010
jeremyhfht1,68.55.121.177,Wed 05:14:42 (GMT) 17-Mar-2010
jeremyhfht1,68.55.121.177,Wed 05:14:38 (GMT) 17-Mar-2010
jeremyhfht1,68.55.121.177,Wed 01:47:49 (GMT) 17-Mar-2010
jeremyhfht1,68.55.121.177,Mon 00:11:28 (GMT) 15-Mar-2010
jeremyhfht1,68.55.121.177,Mon 00:11:27 (GMT) 15-Mar-2010
jeremyhfht1,68.55.121.177,Sun 04:55:37 (GMT) 14-Mar-2010
jeremyhfht1,68.55.121.177,Sat 00:03:18 (GMT) 13-Mar-2010
jeremyhfht1,68.55.121.177,Sat 00:03:17 (GMT) 13-Mar-2010
jeremyhfht1,68.55.121.177,Fri 06:07:50 (GMT) 12-Mar-2010
jeremyhfht1,68.55.121.177,Fri 06:07:50 (GMT) 12-Mar-2010
jeremyhfht1,68.55.121.177,Thu 04:52:55 (GMT) 11-Mar-2010
jeremyhfht1,68.55.121.177,Thu 04:52:55 (GMT) 11-Mar-2010
jeremyhfht1,68.55.121.177,Wed 16:32:34 (GMT) 10-Mar-2010
jeremyhfht1,68.55.121.177,Wed 01:04:44 (GMT) 10-Mar-2010
jeremyhfht1,68.55.121.177,Wed 01:04:44 (GMT) 10-Mar-2010
jeremyhfht1,68.55.121.177,Mon 15:36:05 (GMT) 08-Mar-2010
jeremyhfht1,68.55.121.177,Mon 15:36:04 (GMT) 08-Mar-2010
jeremyhfht1,68.55.121.177,Mon 07:44:49 (GMT) 08-Mar-2010
jeremyhfht1,68.55.121.177,Mon 05:47:34 (GMT) 08-Mar-2010
jeremyhfht1,68.55.121.177,Mon 05:47:34 (GMT) 08-Mar-2010
jeremyhfht1,68.55.121.177,Mon 01:05:45 (GMT) 08-Mar-2010
jeremyhfht1,68.55.121.177,Mon 01:05:45 (GMT) 08-Mar-2010
jeremyhfht1,68.55.121.177,Sat 19:13:25 (GMT) 06-Mar-2010
jeremyhfht1,68.55.121.177,Sat 19:13:25 (GMT) 06-Mar-2010
jeremyhfht1,68.55.121.177,Sat 18:45:41 (GMT) 06-Mar-2010
jeremyhfht1,68.55.121.177,Sat 18:45:41 (GMT) 06-Mar-2010
jeremyhfht1,68.55.121.177,Sat 04:17:16 (GMT) 06-Mar-2010
jeremyhfht1,68.55.121.177,Fri 15:30:00 (GMT) 05-Mar-2010
jeremyhfht1,68.55.121.177,Thu 21:38:48 (GMT) 04-Mar-2010
jeremyhfht1,68.55.121.177,Thu 21:38:48 (GMT) 04-Mar-2010
jeremyhfht1,68.55.121.177,Wed 01:39:45 (GMT) 03-Mar-2010
jeremyhfht1,68.55.121.177,Wed 01:39:45 (GMT) 03-Mar-2010
```

JH-0000296

```
jeremyhfht1,68.55.121.177,Wed 00:55:12 (GMT) 03-Mar-2010
jeremyhfht1,68.55.121.177,Wed 00:55:12 (GMT) 03-Mar-2010
jeremyhfht1,68.55.121.177,Wed 00:38:51 (GMT) 03-Mar-2010
jeremyhfht1,68.55.121.177,Wed 00:38:51 (GMT) 03-Mar-2010
jeremyhfht1,71.178.55.180,Wed 00:29:09 (GMT) 03-Mar-2010
jeremyhfht1,71.178.55.180,Wed 00:29:09 (GMT) 03-Mar-2010
jeremyhfht1,68.55.121.177,Mon 23:16:58 (GMT) 01-Mar-2010
jeremyhfht1,68.55.121.177,Mon 03:18:28 (GMT) 01-Mar-2010
jeremyhfht1,68.55.121.177,Mon 03:18:27 (GMT) 01-Mar-2010
jeremyhfht1,68.55.121.177,Sun 01:35:55 (GMT) 28-Feb-2010
jeremyhfht1,68.55.121.177,Fri 17:42:56 (GMT) 26-Feb-2010
jeremyhfht1,68.55.121.177,Fri 17:42:56 (GMT) 26-Feb-2010
jeremyhfht1,68.55.121.177,Fri 06:42:09 (GMT) 26-Feb-2010
jeremyhfht1,68.55.121.177,Thu 16:47:37 (GMT) 25-Feb-2010
jeremyhfht1,68.55.121.177,Thu 16:47:36 (GMT) 25-Feb-2010
jeremyhfht1,68.55.121.177,Wed 05:29:11 (GMT) 24-Feb-2010
jeremyhfht1,68.55.121.177,Wed 05:29:11 (GMT) 24-Feb-2010
jeremyhfht1,68.55.121.177,Tue 01:22:33 (GMT) 23-Feb-2010
jeremyhfht1,68.55.121.177,Tue 01:22:33 (GMT) 23-Feb-2010
jeremyhfht1,68.55.121.177,Mon 03:28:48 (GMT) 22-Feb-2010
jeremyhfht1,68.55.121.177,Mon 03:28:47 (GMT) 22-Feb-2010
jeremyhfht1,68.55.121.177,Sun 17:49:57 (GMT) 21-Feb-2010
jeremyhfht1,68.55.121.177,Sun 17:49:57 (GMT) 21-Feb-2010
jeremyhfht1,68.55.121.177,Sun 07:12:50 (GMT) 21-Feb-2010
jeremyhfht1,68.55.121.177,Sun 07:12:50 (GMT) 21-Feb-2010
jeremyhfht1,68.55.121.177,Sun 02:45:32 (GMT) 21-Feb-2010
jeremyhfht1,68.55.121.177,Sun 02:45:32 (GMT) 21-Feb-2010
jeremyhfht1,68.55.121.177,Sat 05:03:55 (GMT) 20-Feb-2010
jeremyhfht1,68.55.121.177,Sat 05:03:55 (GMT) 20-Feb-2010
jeremyhfht1,68.55.121.177,Thu 16:21:04 (GMT) 18-Feb-2010
jeremyhfht1,68.55.121.177,Thu 16:21:04 (GMT) 18-Feb-2010
jeremyhfht1,68.55.121.177,Thu 16:11:32 (GMT) 18-Feb-2010
jeremyhfht1,68.55.121.177,Thu 16:11:32 (GMT) 18-Feb-2010
jeremyhfht1,68.55.121.177,Thu 04:10:23 (GMT) 18-Feb-2010
jeremyhfht1,68.55.121.177,Thu 04:10:22 (GMT) 18-Feb-2010
jeremyhfht1,68.55.121.177,Wed 03:34:46 (GMT) 17-Feb-2010
jeremyhfht1,68.55.121.177,Wed 03:34:46 (GMT) 17-Feb-2010
jeremyhfht1,68.55.121.177,Tue 20:40:13 (GMT) 16-Feb-2010
jeremyhfht1,68.55.121.177,Tue 20:40:12 (GMT) 16-Feb-2010
jeremyhfht1,68.55.121.177,Tue 20:20:02 (GMT) 16-Feb-2010
jeremyhfht1,68.55.121.177,Tue 05:16:52 (GMT) 16-Feb-2010
jeremyhfht1,68.55.121.177,Tue 05:16:46 (GMT) 16-Feb-2010
jeremyhfht1,68.55.121.177,Tue 05:15:48 (GMT) 16-Feb-2010
jeremyhfht1,68.55.121.177,Tue 05:09:30 (GMT) 16-Feb-2010
jeremyhfht1,68.55.121.177,Tue 05:09:30 (GMT) 16-Feb-2010
jeremyhfht1,68.55.121.177,Tue 04:44:41 (GMT) 16-Feb-2010
jeremyhfht1,68.55.121.177,Tue 04:43:36 (GMT) 16-Feb-2010
jeremyhfht1,68.55.121.177,Tue 04:26:35 (GMT) 16-Feb-2010
jeremyhfht1,68.55.121.177,Tue 04:26:33 (GMT) 16-Feb-2010
jeremyhfht1,68.55.121.177,Tue 04:19:19 (GMT) 16-Feb-2010
jeremyhfht1,68.55.121.177,Tue 02:30:09 (GMT) 16-Feb-2010
jeremyhfht1,68.55.121.177,Tue 02:30:08 (GMT) 16-Feb-2010
jeremyhfht1,68.55.121.177,Tue 02:29:21 (GMT) 16-Feb-2010
jeremyhfht1,68.55.121.177,Tue 02:29:21 (GMT) 16-Feb-2010
jeremyhfht1,68.55.121.177,Tue 02:26:40 (GMT) 16-Feb-2010
jeremyhfht1,68.55.121.177,Mon 03:17:22 (GMT) 15-Feb-2010
jeremyhfht1,71.178.59.180,Sat 17:28:41 (GMT) 13-Feb-2010
jeremyhfht1,71.178.59.180,Sat 17:28:41 (GMT) 13-Feb-2010
```

JH-0000297

```
jeremyhfht1,68.55.121.177,Sat 04:41:42 (GMT) 13-Feb-2010
jeremyhfht1,68.55.121.177,Sat 04:41:42 (GMT) 13-Feb-2010
jeremyhfht1,68.55.121.177,Sat 04:35:38 (GMT) 13-Feb-2010
jeremyhfht1,68.55.121.177,Sat 04:00:50 (GMT) 13-Feb-2010
jeremyhfht1,68.55.121.177,Sat 02:24:21 (GMT) 13-Feb-2010
jeremyhfht1,68.55.121.177,Fri 03:51:31 (GMT) 12-Feb-2010
jeremyhfht1,68.55.121.177,Fri 02:01:53 (GMT) 12-Feb-2010
jeremyhfht1,68.55.121.177,Thu 23:32:30 (GMT) 11-Feb-2010
jeremyhfht1,68.55.121.177,Thu 23:32:30 (GMT) 11-Feb-2010
jeremyhfht1,68.55.121.177,Thu 18:03:24 (GMT) 11-Feb-2010
jeremyhfht1,68.55.121.177,Thu 18:03:24 (GMT) 11-Feb-2010
jeremyhfht1,68.55.121.177,Thu 03:43:58 (GMT) 11-Feb-2010
jeremyhfht1,68.55.121.177,Thu 03:43:58 (GMT) 11-Feb-2010
jeremyhfht1,68.55.121.177,Wed 22:09:15 (GMT) 10-Feb-2010
jeremyhfht1,68.55.121.177,Wed 22:09:14 (GMT) 10-Feb-2010
jeremyhfht1,71.191.113.229,Wed 20:25:09 (GMT) 10-Feb-2010
jeremyhfht1,68.55.121.177,Wed 17:54:42 (GMT) 10-Feb-2010
jeremyhfht1,68.55.121.177,Wed 17:54:42 (GMT) 10-Feb-2010
jeremyhfht1,68.55.121.177,Wed 00:37:01 (GMT) 10-Feb-2010
jeremyhfht1,68.55.121.177,Wed 00:37:01 (GMT) 10-Feb-2010
jeremyhfht1,68.55.121.177,Tue 01:30:52 (GMT) 09-Feb-2010
jeremyhfht1,68.55.121.177,Tue 01:30:46 (GMT) 09-Feb-2010
jeremyhfht1,68.55.121.177,Mon 03:32:24 (GMT) 08-Feb-2010
jeremyhfht1,68.55.121.177,Mon 03:32:24 (GMT) 08-Feb-2010
jeremyhfht1,71.178.146.62,Mon 01:05:55 (GMT) 08-Feb-2010
jeremyhfht1,71.178.146.62,Mon 01:05:55 (GMT) 08-Feb-2010
jeremyhfht1,71.178.146.62,Sun 17:54:44 (GMT) 07-Feb-2010
jeremyhfht1,71.178.146.62,Sun 17:54:44 (GMT) 07-Feb-2010
jeremyhfht1,71.178.146.62,Sun 17:02:27 (GMT) 07-Feb-2010
jeremyhfht1,71.178.146.62,Sun 17:02:27 (GMT) 07-Feb-2010
jeremyhfht1,71.178.146.62,Sun 02:35:26 (GMT) 07-Feb-2010
jeremyhfht1,71.178.146.62,Sun 01:27:45 (GMT) 07-Feb-2010
jeremyhfht1,71.178.146.62,Sun 01:27:45 (GMT) 07-Feb-2010
jeremyhfht1,71.178.146.62,Sat 23:48:07 (GMT) 06-Feb-2010
jeremyhfht1,71.178.146.62,Sat 23:48:06 (GMT) 06-Feb-2010
jeremyhfht1,68.55.121.177,Sat 00:09:13 (GMT) 06-Feb-2010
jeremyhfht1,68.55.121.177,Fri 02:27:47 (GMT) 05-Feb-2010
jeremyhfht1,68.55.121.177,Fri 00:16:22 (GMT) 05-Feb-2010
jeremyhfht1,68.55.121.177,Fri 00:16:22 (GMT) 05-Feb-2010
jeremyhfht1,68.55.121.177,Tue 15:51:28 (GMT) 02-Feb-2010
jeremyhfht1,68.55.121.177,Tue 15:51:27 (GMT) 02-Feb-2010
jeremyhfht1,68.55.121.177,Mon 20:43:17 (GMT) 01-Feb-2010
jeremyhfht1,68.55.121.177,Mon 20:43:17 (GMT) 01-Feb-2010
jeremyhfht1,68.55.121.177,Mon 03:16:14 (GMT) 01-Feb-2010
jeremyhfht1,68.55.121.177,Sun 06:53:30 (GMT) 31-Jan-2010
jeremyhfht1,68.55.121.177,Sun 06:53:30 (GMT) 31-Jan-2010
jeremyhfht1,68.55.121.177,Sat 19:13:06 (GMT) 30-Jan-2010
jeremyhfht1,68.55.121.177,Sat 19:13:06 (GMT) 30-Jan-2010
jeremyhfht1,68.55.121.177,Sat 15:37:36 (GMT) 30-Jan-2010
jeremyhfht1,68.55.121.177,Fri 19:07:55 (GMT) 29-Jan-2010
jeremyhfht1,68.55.121.177,Fri 19:07:55 (GMT) 29-Jan-2010
jeremyhfht1,68.55.121.177,Thu 21:18:28 (GMT) 28-Jan-2010
jeremyhfht1,68.55.121.177,Thu 21:18:28 (GMT) 28-Jan-2010
jeremyhfht1,68.55.121.177,Wed 23:51:22 (GMT) 27-Jan-2010
jeremyhfht1,68.55.121.177,Wed 17:17:09 (GMT) 27-Jan-2010
jeremyhfht1,68.55.121.177,Wed 17:17:09 (GMT) 27-Jan-2010
jeremyhfht1,68.55.121.177,Wed 02:48:26 (GMT) 27-Jan-2010
jeremyhfht1,68.55.121.177,Wed 02:48:25 (GMT) 27-Jan-2010
```

JH-0000298

```
jeremyhfht1,68.55.121.177,Tue 21:10:42 (GMT) 26-Jan-2010
jeremyhfht1,68.55.121.177,Tue 21:10:42 (GMT) 26-Jan-2010
jeremyhfht1,68.55.121.177,Tue 19:24:25 (GMT) 26-Jan-2010
jeremyhfht1,68.55.121.177,Tue 19:24:25 (GMT) 26-Jan-2010
jeremyhfht1,68.55.121.177,Tue 15:06:04 (GMT) 26-Jan-2010
jeremyhfht1,68.55.121.177,Tue 15:06:04 (GMT) 26-Jan-2010
jeremyhfht1,68.55.121.177,Mon 16:38:26 (GMT) 25-Jan-2010
jeremyhfht1,68.55.121.177,Mon 16:38:25 (GMT) 25-Jan-2010
jeremyhfht1,68.55.121.177,Sun 21:05:56 (GMT) 24-Jan-2010
jeremyhfht1,68.55.121.177,Sun 21:05:56 (GMT) 24-Jan-2010
jeremyhfht1,68.55.121.177,Sat 17:09:33 (GMT) 23-Jan-2010
jeremyhfht1,68.55.121.177,Sat 17:09:33 (GMT) 23-Jan-2010
jeremyhfht1,68.55.121.177,Fri 22:53:04 (GMT) 22-Jan-2010
jeremyhfht1,68.55.121.177,Fri 22:53:03 (GMT) 22-Jan-2010
jeremyhfht1,68.55.121.177,Thu 14:57:25 (GMT) 21-Jan-2010
jeremyhfht1,68.55.121.177,Thu 14:57:25 (GMT) 21-Jan-2010
jeremyhfht1,68.55.121.177,Thu 07:00:12 (GMT) 21-Jan-2010
jeremyhfht1,68.55.121.177,Thu 07:00:12 (GMT) 21-Jan-2010
jeremyhfht1,68.55.121.177,Tue 21:00:37 (GMT) 19-Jan-2010
jeremyhfht1,68.55.121.177,Tue 10:07:31 (GMT) 19-Jan-2010
jeremyhfht1,68.55.121.177,Tue 00:45:59 (GMT) 19-Jan-2010
jeremyhfht1,68.55.121.177,Tue 00:45:59 (GMT) 19-Jan-2010
jeremyhfht1,68.55.121.177,Sun 17:40:53 (GMT) 17-Jan-2010
jeremyhfht1,68.55.121.177,Sun 17:40:53 (GMT) 17-Jan-2010
jeremyhfht1,68.55.121.177,Sat 21:32:22 (GMT) 16-Jan-2010
jeremyhfht1,68.55.121.177,Sat 21:32:22 (GMT) 16-Jan-2010
jeremyhfht1,68.55.121.177,Fri 16:47:41 (GMT) 15-Jan-2010
jeremyhfht1,68.55.121.177,Thu 21:05:30 (GMT) 14-Jan-2010
jeremyhfht1,68.55.121.177,Thu 21:05:30 (GMT) 14-Jan-2010
jeremyhfht1,68.55.121.177,Thu 19:47:26 (GMT) 14-Jan-2010
jeremyhfht1,68.55.121.177,Thu 19:47:26 (GMT) 14-Jan-2010
jeremyhfht1,68.55.121.177,Thu 17:06:39 (GMT) 14-Jan-2010
jeremyhfht1,68.55.121.177,Wed 19:22:44 (GMT) 13-Jan-2010
jeremyhfht1,68.55.121.177,Wed 19:22:44 (GMT) 13-Jan-2010
jeremyhfht1,68.55.121.177,Wed 16:51:48 (GMT) 13-Jan-2010
jeremyhfht1,68.55.121.177,Wed 16:51:47 (GMT) 13-Jan-2010
jeremyhfht1,68.55.121.177,Tue 16:48:40 (GMT) 12-Jan-2010
jeremyhfht1,68.55.121.177,Tue 16:48:39 (GMT) 12-Jan-2010
jeremyhfht1,68.55.121.177,Tue 13:18:16 (GMT) 12-Jan-2010
jeremyhfht1,68.55.121.177,Tue 13:18:16 (GMT) 12-Jan-2010
jeremyhfht1,68.55.121.177,Mon 20:13:35 (GMT) 11-Jan-2010
jeremyhfht1,68.55.121.177,Mon 20:13:34 (GMT) 11-Jan-2010
jeremyhfht1,68.55.121.177,Mon 18:52:43 (GMT) 11-Jan-2010
jeremyhfht1,68.55.121.177,Sun 16:49:49 (GMT) 10-Jan-2010
jeremyhfht1,68.55.121.177,Sun 16:41:46 (GMT) 10-Jan-2010
jeremyhfht1,68.55.121.177,Sun 16:41:46 (GMT) 10-Jan-2010
jeremyhfht1,68.55.121.177,Fri 13:12:26 (GMT) 08-Jan-2010
jeremyhfht1,68.55.121.177,Fri 13:12:26 (GMT) 08-Jan-2010
jeremyhfht1,68.55.121.177,Wed 17:21:30 (GMT) 06-Jan-2010
jeremyhfht1,68.55.121.177,Wed 03:56:31 (GMT) 06-Jan-2010
jeremyhfht1,68.55.121.177,Wed 02:56:17 (GMT) 06-Jan-2010
jeremyhfht1,68.55.121.177,Wed 02:48:50 (GMT) 06-Jan-2010
jeremyhfht1,68.55.121.177,Wed 01:24:11 (GMT) 06-Jan-2010
jeremyhfht1,68.55.121.177,Wed 01:24:10 (GMT) 06-Jan-2010
jeremyhfht1,68.55.121.177,Tue 22:51:17 (GMT) 05-Jan-2010
jeremyhfht1,68.55.121.177,Tue 22:51:17 (GMT) 05-Jan-2010
jeremyhfht1,68.55.121.177,Tue 15:47:32 (GMT) 05-Jan-2010
jeremyhfht1,68.55.121.177,Tue 15:47:31 (GMT) 05-Jan-2010
```

```
jeremyhfht1,68.55.121.177,Tue 03:41:52 (GMT) 05-Jan-2010
jeremyhfht1,68.55.121.177,Tue 03:41:51 (GMT) 05-Jan-2010
jeremyhfht1,68.55.121.177,Tue 03:24:39 (GMT) 05-Jan-2010
jeremyhfht1,68.55.121.177,Tue 03:24:38 (GMT) 05-Jan-2010
jeremyhfht1,71.178.153.234,Mon 23:18:41 (GMT) 04-Jan-2010
jeremyhfht1,71.178.153.234,Mon 23:18:41 (GMT) 04-Jan-2010
jeremyhfht1,71.178.153.234,Mon 20:43:13 (GMT) 04-Jan-2010
jeremyhfht1,71.178.153.234,Mon 19:51:33 (GMT) 04-Jan-2010
jeremyhfht1,71.178.153.234,Mon 18:17:21 (GMT) 04-Jan-2010
jeremyhfht1,71.178.153.234,Mon 18:17:21 (GMT) 04-Jan-2010
jeremyhfht1,96.255.56.171,Mon 16:14:33 (GMT) 04-Jan-2010
jeremyhfht1,96.255.56.171,Mon 16:14:33 (GMT) 04-Jan-2010
jeremyhfht1,96.255.56.171,Mon 16:13:14 (GMT) 04-Jan-2010
jeremyhfht1,96.255.56.171,Mon 03:08:13 (GMT) 04-Jan-2010
jeremyhfht1,96.255.56.171,Mon 03:08:04 (GMT) 04-Jan-2010
jeremyhfht1,96.255.56.171,Mon 03:08:04 (GMT) 04-Jan-2010
jeremyhfht1,96.255.56.171,Sun 05:37:11 (GMT) 03-Jan-2010
jeremyhfht1,96.255.56.171,Sun 05:37:11 (GMT) 03-Jan-2010
jeremyhfht1,96.255.56.171,Sat 04:31:18 (GMT) 02-Jan-2010
jeremyhfht1,96.255.56.171,Sat 04:28:35 (GMT) 02-Jan-2010
jeremyhfht1,96.255.56.171,Sat 04:28:35 (GMT) 02-Jan-2010
jeremyhfht1,96.255.56.171,Sat 04:21:12 (GMT) 02-Jan-2010
jeremyhfht1,96.255.56.171,Sat 04:15:07 (GMT) 02-Jan-2010
jeremyhfht1,96.255.56.171,Sat 04:15:07 (GMT) 02-Jan-2010
```

JH-0000300