## CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS
## PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, **Karen Vukson** (name), attest under penalties of perjury (or criminal punishment for false statement or false attestation) that I am employed by **AOL Inc.** (business), and that my official title is **Lead Investigator** (title). I am a custodian of records for such business entity. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of **AOL Inc.** (business), and that I am the custodian of the attached records consisting of **6** pages. I have provided the following records to the United States:

**registration and IP logs for grishnav@aol.com**

I further state that:

A. all records attached to this certificate were made at or near the time of the occurrence of the matters set forth, by, or from information transmitted by, a person with knowledge of those matters;

B. such records were kept in the course of a regularly conducted business activity of **AOL Inc** (business); and

C. such records were made by **AOL Inc** (business) as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

_____
(Signature)

**9.22.14**
(Date) AOL Inc.

**22000 AOL Way Dulles VA 20166**
(Address)

**703-265-1216**
(Phone)

*CONFIDENTIAL*



## LEGAL DEPARTMENT

22000 AOL Way
Dulles, VA 20166-9323

### FAX TRANSMISSION

### STATEMENT OF CONFIDENTIALITY

THE INFORMATION CONTAINED IN THIS FAX IS INTENDED FOR THE EXCLUSIVE USE OF THE ADDRESSEE AND MAY CONTAIN CONFIDENTIAL OR PRIVILEGED INFORMATION. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY FORM OF DISSEMINATION OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF THIS FAX WAS SENT TO YOU IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY PHONE.

Please deliver this cover plus **25** page(s)

**TO:**
NAME: **Michael Nall**

FAX #: **917036865010**       PHONE:

Date: **12/16/2010 3:39:50 PM**

**FROM:**

| [Name] | Justyna Kilbourne |
| Phone: | 703-265-8108 |
| Fax: | |
| E-mail: | Justyna.kilbourne@■■■aol.com |

Please contact Justyna Kilbourne at 703-265-8108 if you have any problems with this facsimile transmission. Thank you.

**COMMENTS:**
AOL LEGAL FILE SG FBI 134478

OP-0001447

## UAS Data for grishnav

| Event Time (UTC) | Session ID | IP Address | Service Name | Event Type | Event Action |
|---|---|---|---|---|---|
| 2010-07-29 04:22:16 | 4c5101f80000af3907393b46 | 71.197.246.227 | api-saab.login.aol.com | AS | OK |
| 2010-08-04 05:04:37 | 4c58f4e40000af310ad2f913 | 71.197.246.227 | api-saab.login.aol.com | AS | OK |
| 2010-08-04 07:36:21 | 4c5918750000f7670c398439 | 71.197.246.227 | api-saab.login.aol.com | AS | OK |
| 2010-08-05 04:11:45 | 4c5a3a010000f7730ce22293 | 71.197.246.227 | api-saab.login.aol.com | AS | OK |
| 2010-08-08 01:11:45 | 4c5e04510000f77c0ee39be4 | 71.197.246.227 | api-saab.login.aol.com | AS | OK |
| 2010-08-09 03:53:09 | 4c5f7ba50000af3b0f8f20f7 | 71.197.246.227 | api-saab.login.aol.com | AS | OK |
| 2010-08-10 20:45:19 | 4c61ba5f0000af4410b6d2c5 | 71.197.246.227 | api-saab.login.aol.com | AS | OK |
| 2010-08-12 00:37:49 | 4c63425d0000af3a074ae829 | 71.197.246.227 | api-saab.login.aol.com | AS | OK |
| 2010-08-12 03:54:35 | 4c63707b0000f77311482a4c | 71.197.246.227 | api-saab.login.aol.com | AS | OK |
| 2010-08-14 10:36:27 | 4c6671ab0000f7791232f169 | 71.197.246.227 | api-saab.login.aol.com | AS | OK |
| 2010-08-14 12:49:30 | 4c6690da0000af33102f332f | 71.197.246.227 | api-saab.login.aol.com | AS | OK |
| 2010-08-20 04:29:37 | 4c6e04b10000af50001d0bbd | 71.197.246.227 | api-saab.login.aol.com | AS | OK |
| 2010-08-28 05:32:07 | 4c789f570000af4f1925e7e3 | 71.197.246.227 | api-saab.login.aol.com | AS | OK |

AOLEnterpriseFax 09   12/16/2010 3:46:43 PM   PAGE   3/026   Fax Server

| Date | ID | IP | Host | | |
|---|---|---|---|---|---|
| 2010-08-31 22:13:34 | 4c7d7e8e0000af4a1788c174 | 71.197.246.227 | api-saab.login.aol.com | AS | OK |
| 2010-08-31 22:29:21 | 4c7d82410000af4e178b3208 | 71.197.246.227 | api-saab.login.aol.com | AS | OK |
| 2010-09-01 20:44:07 | 4c7ebb170000af4a17eb93cf | 71.197.246.227 | api-saab.login.aol.com | AS | OK |
| 2010-09-03 04:06:03 | 4c80742b0000af4518764846 | 71.197.246.227 | api-saab.login.aol.com | AS | OK |
| 2010-09-10 04:16:08 | 4c89b1080000af3b00ddfc0b | 71.197.246.227 | api-saab.login.aol.com | AS | OK |
| 2010-09-16 05:38:35 | 4c91ad5b0000af3b0398d7b7 | 71.197.246.227 | api-saab.login.aol.com | AS | OK |
| 2010-09-22 05:22:57 | 4c9992b10000f77b067c0d8b | 71.197.246.227 | api-saab.login.aol.com | AS | OK |
| 2010-09-24 07:25:03 | 4c9c524f0000af4600640ef4 | 71.197.246.227 | api-saab.login.aol.com | AS | OK |
| 2010-09-26 06:35:48 | 4c9ee9c40000af35011d5bd6 | 71.197.246.227 | api-saab.login.aol.com | AS | OK |
| 2010-10-01 04:15:02 | 4ca560450000af340307b22e | 71.197.246.227 | api-saab.login.aol.com | AS | OK |
| 2010-10-03 11:08:53 | 4ca864450000af4903e4c1fc | 71.197.246.227 | api-saab.login.aol.com | AS | OK |
| 2010-10-05 04:49:56 | 4caaae740000f777056cceb2 | 71.197.246.227 | api-saab.login.aol.com | AS | OK |
| 2010-10-06 11:34:45 | 4cac5ed50000af3b0600bfb8 | 71.197.246.227 | api-saab.login.aol.com | AS | OK |
| 2010-10-06 13:21:55 | 4cac77f30000af57060ab0c4 | 71.197.246.227 | api-saab.login.aol.com | AS | OK |
| 2010-10-16 | 4cb96b240000af540abecfbc | 71.197.246.227 | api- | AS | OK |

OP-0001449

| Date/Time | ID | IP | Host | | |
|---|---|---|---|---|---|
| 09:06:44 | | | saab.login.aol.com | | |
| 2010-10-16 09:17:35 | 4cb96daf0000f75f0abfc939 | 71.197.246.227 | api-saab.login.aol.com | AS | OK |
| 2010-10-16 09:23:11 | 4cb96eff0000f75f0ac01c9e | 71.197.246.227 | api-saab.login.aol.com | AS | OK |
| 2010-10-16 09:58:55 | 4cb9775f0000af540ac1d8c2 | 71.197.246.227 | api-saab.login.aol.com | AS | OK |
| 2010-10-16 10:00:58 | 4cb977da0000af500ac25a02 | 71.197.246.227 | api-saab.login.aol.com | AS | OK |
| 2010-10-16 10:03:21 | 4cb978690000af540ac21c37 | 71.197.246.227 | api-saab.login.aol.com | AS | OK |
| 2010-10-16 10:30:46 | 4cb97ed60000f7780ac53b55 | 71.197.246.227 | api-saab.login.aol.com | AS | OK |
| 2010-10-18 14:40:19 | 4cbc5c520000f7750bbcdd36 | 71.197.246.227 | api-saab.login.aol.com | AS | OK |
| 2010-10-19 06:10:15 | 4cbd36470000f7770c163a5a | 71.197.246.227 | api-saab.login.aol.com | AS | OK |
| 2010-10-19 06:11:18 | 4cbd368600000f77b05629902 | 71.197.246.227 | api-saab.login.aol.com | AS | OK |
| 2010-10-20 03:06:36 | 4cbe5cbc0000af480abda1e7 | 71.197.246.227 | api-saab.login.aol.com | AS | OK |
| 2010-10-20 04:27:46 | 4cbe6fc20000af410c8da056 | 71.197.246.227 | api-saab.login.aol.com | AS | OK |
| 2010-10-24 17:48:32 | 4cc471700000f77402237644 | 71.197.246.227 | api-saab.login.aol.com | AS | OK |
| 2010-10-28 04:05:34 | 4cc8f68e0000f76603f36783 | 71.197.246.227 | api-saab.login.aol.com | AS | OK |
| 2010-10-30 06:43:14 | 4ccbbe820000f775050896f9 | 71.197.246.227 | api-saab.login.aol.com | AS | OK |

OP-0001450

| Date | ID | IP | Host | | |
|---|---|---|---|---|---|
| 2010-11-02 03:25:16 | 4ccf849c0000f779067ca7c0 | 71.197.246.227 | api-saab.login.aol.com | AS | OK |
| 2010-11-15 02:00:12 | 4ce0942c0000f7790d745509 | 71.197.246.227 | api-saab.login.aol.com | AS | OK |
| 2010-11-15 11:55:24 | 4ce11fac0000af410da4200d | 71.197.246.227 | api-saab.login.aol.com | AS | OK |
| 2010-11-15 11:57:12 | 4ce120180000af410da44710 | 71.197.246.227 | api-saab.login.aol.com | AS | OK |
| 2010-11-15 11:58:39 | 4ce1206f0000af320bffd08a | 71.197.246.227 | api-saab.login.aol.com | AS | OK |
| 2010-11-15 12:02:05 | 4ce1213c0000f75f0da33086 | 71.197.246.227 | api-saab.login.aol.com | AS | OK |



### AIM.COM/AIM (AOL Instant Messenger)

The email addresses/screen names that you submitted for AIM were registered with the information that is attached. Be advised that AIM has no billing information on this account as AIM accounts are free to the general public. Registration information is recorded but not verified. Fictitious names or addresses are common.

### Customer Info ( Refresh )

### Verification

BC:
Validator:

### Account Information

Address:
Zip : 97080

SN: grishnav
Eve Phone:
Day Phone:
Account Status: Active
Acct Type: 0 (MORF)
Email Address: grishnav-netscapecnn@croxnp.net
Comment: (Edit)
Verification: Full Access (1.0)

Billing Information
Pay Method:
Since: 2001-06-21

Other Information
Last Session: 2010-12-01 03:27
Brand: 0
Promo : 72993
Country: United States
Related Screen Names:

### Customer Info ( Refresh )

### Verification

BC:
Validator:

Account Information