Fax sent by :                    COMCAST LAC                    12-23-10 14:32    Pg: 1/1
DEC. 21. 2010  3:31PM                                           NO. 2608   P. 5/5

**CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)**

I, __Timothy Derr__ (name), attest under penalties of perjury (or criminal punishment for false statement or false attestation) that I am employed by __Comcast__ (business), and that my official title is __Legal Analyst__ (title). I am a custodian of records for such business entity. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of __Comcast__ (business), and that I am the custodian of the attached records consisting of _____ pages. I have provided the following records to the United States:

_____
_____
_____
_____
_____
_____

I further state that:

   A. all records attached to this certificate were made at or near the time of the occurrence of the matters set forth, by, or from information transmitted by, a person with knowledge of those matters;

   B. such records were kept in the course of a regularly conducted business activity of __Comcast__ (business); and

   C. such records were made by __Comcast__ (business) as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

__Tim Derr__
(Signature)

__12-2-2010__
(Date)

__650 Centerton Rd Moorestown NJ 08057__
(Address)

__856-947-8572__
(Phone)

10-2 / 07GJ5968 / 10-3427

OP-0006339

# Comcast

NE&TO
650 Centerton Road
Moorestown, NJ 08057
866-947-8572 Tel
866-947-5587 Fax

**CONFIDENTIAL**

December 28, 2010

**VIA FACSIMILE**

SA Michael Nail
Federal Bureau of Investigation
9325 Discovery Boulevard
Manassas, VA 20109
Fax: (703) 686-6010

Re: Subpoena
Comcast File #: 223609-10

Dear SA Nail:

The Subpoena received on 12/21/2010 with respect to the above-referenced matter has been forwarded to the Legal Response Center for a reply. The Subpoena requests Comcast to produce certain subscriber records pertaining to the following address and telephone number: ▆▆▆ Eastern Ave A3 Takoma Park, MD 20912 and ▆▆▆-7363 from January 1, 2010 through December 21, 2010.

Based on the information provided pursuant to the Subpoena, the subscriber information obtained has been provided below:

| | |
|---|---|
| Subscriber Name: | DANIEL PAWLOWSKI |
| Service Address: | ▆▆▆ EASTERN AV |
| | A 3 |
| | TAKOMA PARK, MD 20912 |
| Telephone #: | ▆▆▆-7363 |
| Type of Service: | Residential High Speed Internet Service |
| | Comcast Digital Voice |
| Account Number: | 0956947541906 |
| Account Created: | 3/22/2007 |
| Account Status: | Active |
| IP Assignment: | Dynamically Assigned |
| IP History: | Attached |
| MAC Address: | 00:15:A2:2C:3A:15 |
| E-mail User Ids: | dspawlowski |
| | (All Comcast user IDs end in @comcast.net) |
| Method of Payment: | Statement sent to above address |
| | (No credit card numbers or bank account numbers on file) |
| Detailed Billing: | Attached (sent via UPS) |
| Call Detail Records: | Enclosed on CD (sent via UPS) |

If you have any questions regarding this matter, please feel free to call 866-947-8572.

Very Truly Yours,

Comcast Legal Response Center

OP-0006337

| IP_ADDRESS | LEASE_GRANT (UTC) | LEASE_EXPIRE (UTC) |
|---|---|---|
| 68.55.121.177 | 2010-06-23 07:37:34.0 | 2010-12-23 15:15:50.0 |

OP-0006338