Google Inc.
1600 Amphitheatre Parkway
Mountain View, California 94043



USLawEnforcement@google.com

www.google.com

# CERTIFICATE OF AUTHENTICITY

I hereby certify:

1.   I am employed by Google Inc. ("Google"), located in Mountain View, California. I am authorized to submit this affidavit on behalf of Google. I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2.   Google provides Internet-based services to its subscribers, including Gmail, its free email service. Google does not verify any personal information that is submitted by a user at the time of a Gmail account creation.

3.   Attached is a true and correct duplicate original copy of 1 zip file pertaining to the Google account-holder(s) identified as *JEREMYHFHT, ANDREW.CHEHAYL*, with Internal Ref. No. 119816 ("Document"). Accompanying this Certificate of Authenticity as Attachment A is a list of hash values corresponding to each production file.

4.   The Document attached hereto is a record made and retained by Google. Google servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of Google.

5.   Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_____
(Signature of Records Custodian)

Date: September 22, 2014

Sarah Rodriguez
(Name of Records Custodian)

Google Inc.
1600 Amphitheatre Parkway
Mountain View, California 94043



USLawEnforcement@google.com

www.google.com

## Attachment A: Hash Values for Production Files (Internal Ref. No. 119816)

andrew.chehay1.AccountInfo.pdf:

MD5- bff6dca7b2aa9f0be96494c0d783fe21
SHA512-
60a57d600a5bf8802d0635f099a5939ab21578cc5a3c99005fa3c04204fee42616279c0b8072466a8
243beb63f384ec93a45eaf56f5d2a6f742f3e8f1581df16

andrew.chehay1_Billing.pdf:

MD5- 004185e679ab3dc766f409a7bd9f7c8c
SHA512-
f675cddbaa9e59996251f812d1f329bcfc18bc970b23bd7e2ac7d788aff178e7fe329f91d2eeff6a614
4e58e625fb4164e095e9f343582f48c4c2f8455027ee5

jeremyhfht.AccountInfo.pdf:

MD5- 21c03d5a923ca2bdd33cd30da84ab5a1
SHA512-
a7d2bb4230dc1f75b435eb9e8ccb7d759e16bab272c33f8a057b6651d7b8555eab4f1d81597379a06
5276953ff78937356df2aa87e0ab624bd442dddf2b59335

```
############## * Google Confidential and Proprietary * ##############

GOOGLE SUBSCRIBER INFORMATION

Name: Anonymous Anonymous
e-Mail: jeremyhfht@gmail.com
Status: Enabled
Services: Blogger, Co-op, Data summary, Docs, Gmail, Groups, Maps, Reader,
Spreadsheets, Talk, Toolbar, Transliteration, Youtube
Secondary e-Mail: jeremyhfht@hotmail.com
Created on: 2004/11/11-05:10:41-UTC
IP: 71.215.220.196, on 2008/01/30-11:39:45-UTC
Language Code: en
Nickname: Darius

Date/Time                       Event                           IP
2010/11/22-00:48:24-UTC         Logout                          68.55.121.177
2010/11/22-00:35:05-UTC         Login                           68.55.121.177
2010/11/20-18:29:15-UTC         Logout                          68.55.121.177
2010/11/20-18:29:09-UTC         Login                           68.55.121.177
2010/11/20-01:08:50-UTC         Login                           68.55.121.177
2010/11/19-13:11:46-UTC         Logout                          68.55.121.177
2010/11/19-13:06:55-UTC         Login                           68.55.121.177
2010/11/19-10:25:30-UTC         Login                           68.55.121.177
2010/11/19-09:01:18-UTC         Login                           68.55.121.177
2010/11/19-00:09:06-UTC         Login                           68.55.121.177
2010/11/17-09:14:42-UTC         Login                           68.55.121.177
2010/11/17-03:20:27-UTC         Login                           68.55.121.177
2010/11/17-00:59:16-UTC         Login                           68.55.121.177
2010/11/16-23:06:52-UTC         Login                           68.55.121.177
2010/11/15-11:49:24-UTC         Login                           68.55.121.177
2010/11/15-06:06:25-UTC         Login                           68.55.121.177
2010/11/14-06:52:48-UTC         Login                           68.55.121.177
2010/11/14-01:09:58-UTC         Login                           68.55.121.177
2010/11/13-09:27:29-UTC         Login                           68.55.121.177
2010/11/13-05:52:16-UTC         Login                           68.55.121.177
2010/11/12-07:14:19-UTC         Login                           68.55.121.177
2010/11/11-20:22:26-UTC         Login                           68.55.121.177
2010/11/11-16:24:58-UTC         Login                           68.55.121.177
2010/11/11-12:36:35-UTC         Login                           68.55.121.177
2010/11/11-06:49:59-UTC         Login                           68.55.121.177
2010/11/09-02:13:49-UTC         Login                           68.55.121.177
2010/11/09-01:26:46-UTC         Login                           68.55.121.177
2010/11/07-21:24:16-UTC         Login                           68.55.121.177
2010/11/07-21:08:47-UTC         Login                           68.55.121.177
2010/11/07-07:03:11-UTC         Login                           68.55.121.177
```

```
2010/11/06-06:51:42-UTC    Login     68.55.121.177
2010/11/06-03:03:58-UTC    Login     68.55.121.177
2010/11/05-21:31:09-UTC    Login     68.55.121.177
2010/11/05-09:18:09-UTC    Login     68.55.121.177
2010/11/04-17:12:47-UTC    Login     68.55.121.177
2010/11/04-04:54:35-UTC    Login     68.55.121.177
2010/11/03-05:00:48-UTC    Login     68.55.121.177
2010/11/01-21:01:26-UTC    Login     68.55.121.177
2010/11/01-09:55:15-UTC    Login     68.55.121.177
2010/11/01-09:18:17-UTC    Login     68.55.121.177
2010/11/01-09:14:31-UTC    Login     68.55.121.177
2010/11/01-06:35:33-UTC    Login     68.55.121.177
2010/11/01-04:24:05-UTC    Login     68.55.121.177
2010/10/31-17:24:37-UTC    Login     68.55.121.177
2010/10/30-23:48:59-UTC    Login     68.55.121.177
2010/10/30-05:16:31-UTC    Login     68.55.121.177
2010/10/30-05:02:14-UTC    Login     68.55.121.177
2010/10/29-18:10:40-UTC    Login     68.55.121.177
2010/10/29-16:27:58-UTC    Login     68.55.121.177
2010/10/29-12:41:24-UTC    Login     68.55.121.177
2010/10/28-22:26:40-UTC    Login     68.55.121.177
2010/10/28-21:33:44-UTC    Login     68.55.121.177
2010/10/27-10:29:01-UTC    Login     68.55.121.177
2010/10/26-21:47:52-UTC    Login     68.55.121.177
2010/10/26-05:38:04-UTC    Login     68.55.121.177
2010/10/26-04:13:42-UTC    Login     68.55.121.177
2010/10/26-02:10:48-UTC    Login     68.55.121.177
2010/10/25-23:46:10-UTC    Logout    68.55.121.177
2010/10/25-23:13:14-UTC    Login     68.55.121.177

############## * Google Confidential and Proprietary * ##############
```