## CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, **Herbert Baines** (name), attest under penalties of perjury (or criminal punishment for false statement or false attestation) that I am employed by **Georgia Tech** (business), and that my official title is **Director, Information Security** (title). I am a custodian of records for such business entity. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of **Georgia Tech** (business), and that I am the custodian of the attached records consisting of **3 Attachments** pages. I have provided the following records to the United States:

**Subscriber Info**
**Computer Info**
**Netflow Logs for Dates Requested**

I further state that:

A. all records attached to this certificate were made at or near the time of the occurrence of the matters set forth, by, or from information transmitted by, a person with knowledge of those matters;

B. such records were kept in the course of a regularly conducted business activity of **Georgia Tech** (business); and

C. such records were made by **Georgia Tech** (business) as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

(Signature)

**12/23/2010**
(Date)

**Georgia Tech, Atlanta, GA 30332**
(Address)

**_____ 0226**
(Phone)

10-4 / 10GJ5328 / 10-3461

## Subscriber Info:

Chen, Zhiwei
E-MAIL: zchen87@gatech.edu
DEPARTMENT: CMPE
TITLE: Undergrad Student
POST OFFICE BOX: ▮▮▮▮ Georgia Tech Station Atlanta, GA 30332
HOME PHONE: ▮▮▮▮▮▮-1668

## Computer Info:

***NOTE – it is out of the norm for a student to self delete their computer registration in the dorms, and the self deletes occurred the day after each of the two days requested on the subpoena.*

| Date | Actor | Action | User | Mac Address | IP Address | Bldg | Room | Comment |
|---|---|---|---|---|---|---|---|---|
| 2010-12-17 19:24:50 | zchen87 | self_delete | zchen87 | | | | | deleted existing registration |
| 2010-12-17 19:24:47 | zchen87 | authenticate | zchen87 | 00:23:54:61:46:09 | 128.61.78.41 | TOW | 206A | User authentication successful |
| 2010-09-27 14:29:15 | zchen87 | add | zchen87 | 00:23:54:61:46:09 | 128.61.78.41 | TOW | 206A | registration with ISS disabled |
| 2010-09-27 14:29:03 | zchen87 | authenticate | zchen87 | | | | | User authentication successful |
| 2010-09-26 17:51:29 | zchen87 | self_delete | zchen87 | | | | | deleted existing registration |
| 2010-09-26 17:51:26 | zchen87 | authenticate | zchen87 | 00:24:be:d7:18:73 | 128.61.78.41 | TOW | 206A | User authentication successful |
| 2010-09-19 14:49:12 | zchen87 | add | zchen87 | 00:24:be:d7:18:73 | 128.61.78.41 | TOW | 206A | registration with ISS disabled |
| 2010-09-19 14:47:57 | zchen87 | authenticate | zchen87 | | | | | User authentication successful |
| 2010-09-19 01:11:16 | zchen87 | authenticate | zchen87 | | | | | User authentication successful |
| 2010-09-19 01:06:37 | zchen87 | authenticate | zchen87 | | | | | User authentication successful |