**CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)**

I, _Zhumei Zhang_ (name), attest under penalties of perjury (or criminal punishment for false statement or false attestation) that I am employed by _Myspace_ (business), and that my official title is _Manager, Compliance, Copyright & Trademark_ (title). I am a custodian of records for such business entity. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of _Myspace_ (business), and that I am the custodian of the attached records consisting of _6_ pages. I have provided the following records to the United States:

_Subscriber information and IP Logs for Myspace friend IDs 145201427 and 7136101._

I further state that:

    A.   all records attached to this certificate were made at or near the time of the occurrence of the matters set forth, by, or from information transmitted by, a person with knowledge of those matters;

    B.   such records were kept in the course of a regularly conducted business activity of _Myspace_ (business); and

    C.   such records were made by _Myspace_ (business) as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

_[Signature: Zhu Zhy]_
(Signature)

_9-22-2014_
(Date)

_6100 Center Drive, Suite 800, Los Angeles, CA 90045_
(Address)

_[redacted] - 6243_
(Phone)

# Subscriber Report for User # 145201427

**User # :** 145201427
**First Name :** Not
**Last Name :** Sure
**Country :** US
**City :**
**Postal Code :**
**Region :** Minnesota
**Email :** jeremyhfht@gmail.com
**Vanity Url :** 145201427
**Sign up IP :** 207.224.92.130
**Sign up Date :** 2007-01-04 12:46:00 PM
**Delete Date :**

# IP Activity Report for User # 145201427

| Date/Time | IP Address |
|---|---|
| 2009-11-26 02:33:48:580 AM | 96.255.56.171 |
| 2009-08-12 01:14:31:720 PM | 68.115.77.233 |
| 2009-07-31 03:25:57:080 PM | 97.90.225.46 |
| 2009-07-13 03:09:34:730 PM | 71.215.230.93 |
| 2009-07-09 04:59:42:860 PM | 71.215.230.93 |
| 2009-05-04 10:46:00:000 PM | 71.215.210.194 |
| 2009-02-18 04:43:00:000 AM | 71.215.209.135 |
| 2009-02-16 11:24:00:000 AM | 71.215.209.135 |
| 2009-02-16 10:18:00:000 AM | 71.215.209.135 |
| 2009-02-11 05:14:00:000 AM | 71.215.201.143 |
| 2009-02-08 07:01:00:000 PM | 71.215.201.143 |
| 2009-02-06 05:59:00:000 PM | 71.215.201.143 |
| 2009-02-03 05:24:00:000 PM | 71.215.201.143 |
| 2009-02-02 03:38:00:000 PM | 71.215.201.143 |
| 2009-02-02 02:37:00:000 PM | 71.215.201.143 |
| 2009-02-01 04:35:00:000 AM | 71.215.201.143 |
| 2009-01-31 06:11:00:000 AM | 71.215.201.143 |
| 2009-01-31 12:42:00:000 AM | 71.215.201.143 |
| 2009-01-30 03:45:00:000 AM | 71.215.201.143 |
| 2009-01-28 11:39:00:000 PM | 71.215.201.143 |
| 2009-01-28 01:25:00:000 AM | 71.215.201.143 |
| 2009-01-25 10:53:00:000 PM | 71.215.201.143 |
| 2009-01-25 02:51:00:000 PM | 71.215.201.143 |
| 2009-01-24 06:36:00:000 PM | 71.215.201.143 |
| 2009-01-23 11:10:00:000 AM | 71.215.201.143 |
| 2009-01-22 09:07:00:000 PM | 71.215.201.143 |
| 2009-01-22 08:11:00:000 PM | 71.215.201.143 |
| 2009-01-14 12:55:00:000 AM | 71.215.201.143 |
| 2009-01-10 12:20:00:000 AM | 71.215.211.249 |
| 2008-12-04 04:02:00:000 AM | 71.215.194.218 |
| 2008-11-24 11:29:00:000 PM | 71.215.194.218 |

OP-0001516

## Subscriber Report for User # 7136101

| Field | Value |
|---|---|
| User # : | 7136101 |
| First Name : | Grishnav |
| Last Name : | Grishnav |
| Country : | US |
| City : | Seattle |
| Postal Code : | 98125 |
| Region : | Washington |
| Email : | grishnav@egosurf.net |
| Vanity Url : | grishnav |
| Sign up IP : | 24.21.84.181 |
| Sign up Date : | 2005-01-02 09:35:00 PM |
| Delete Date : | |

OP-0001516

# IP Activity Report for User # 7136101

| Date/Time | IP Address |
|---|---|
| 2010-11-21 07:50:40:823 PM | 71.197.246.227 |
| 2010-11-14 01:42:35:913 AM | 71.197.246.227 |
| 2010-11-12 07:16:48:657 PM | 71.197.246.227 |
| 2010-11-09 07:55:33:230 PM | 71.197.246.227 |
| 2010-11-06 01:28:45:177 AM | 71.197.246.227 |
| 2010-10-27 04:49:32:260 PM | 207.171.180.101 |
| 2010-10-23 02:05:05:857 AM | 173.152.94.218 |
| 2010-10-05 10:57:53:240 PM | 71.197.246.227 |
| 2010-10-03 05:03:52:887 AM | 71.197.246.227 |
| 2010-09-30 01:00:18:677 AM | 71.197.246.227 |
| 2010-09-25 01:09:44:883 PM | 71.197.246.227 |
| 2010-09-20 12:24:06:790 AM | 71.197.246.227 |
| 2010-09-17 12:30:06:717 AM | 71.197.246.227 |
| 2010-08-23 01:28:04:990 AM | 71.197.246.227 |
| 2010-08-09 12:30:15:280 AM | 71.197.246.227 |
| 2010-07-28 12:31:12:243 AM | 71.197.246.227 |
| 2010-07-27 12:53:39:000 PM | 71.197.246.227 |
| 2010-07-20 08:35:42:660 PM | 71.197.246.227 |
| 2010-06-18 07:29:33:890 AM | 71.197.246.227 |
| 2010-05-31 07:31:54:053 PM | 71.197.244.61 |
| 2010-05-29 02:57:35:750 AM | 71.197.244.61 |
| 2010-05-19 11:47:27:930 PM | 208.54.14.66 |
| 2010-05-15 11:32:38:827 PM | 71.197.165.202 |
| 2010-05-07 09:43:02:870 AM | 75.95.57.27 |
| 2010-05-06 04:43:03:810 PM | 75.95.57.27 |
| 2010-05-02 06:01:24:023 PM | 71.197.165.202 |
| 2010-04-25 03:08:22:933 PM | 71.197.165.202 |
| 2010-04-24 12:13:35:143 PM | 75.95.57.27 |
| 2010-04-15 12:04:25:437 PM | 173.160.181.125 |
| 2010-04-11 11:39:23:787 AM | 71.197.165.202 |
| 2010-04-10 08:57:14:440 PM | 71.197.165.202 |
| 2010-04-07 11:25:34:253 PM | 71.197.165.202 |
| 2010-04-02 10:19:10:147 PM | 71.197.165.202 |
| 2010-03-31 06:48:41:247 PM | 71.197.165.202 |
| 2010-03-30 07:53:16:687 PM | 71.197.165.202 |
| 2010-03-25 08:03:47:600 PM | 71.197.165.202 |
| 2010-03-24 04:41:57:417 PM | 75.95.57.27 |
| 2010-03-18 05:33:53:377 AM | 75.95.57.27 |
| 2010-03-01 06:23:21:817 PM | 71.197.165.202 |
| 2010-02-23 07:11:37:630 PM | 71.197.165.202 |
| 2010-02-21 12:12:25:157 PM | 71.197.165.202 |
| 2010-02-20 07:14:58:187 PM | 71.197.165.202 |
| 2010-02-17 10:21:34:480 PM | 71.197.165.202 |
| 2010-02-17 02:44:05:843 AM | 71.197.165.202 |
| 2010-02-16 10:01:08:953 PM | 71.197.165.202 |
| 2010-02-16 07:51:27:137 PM | 71.197.165.202 |
| 2010-02-16 01:17:32:167 PM | 71.197.165.202 |
| 2010-02-16 02:56:53:063 AM | 71.197.165.202 |
| 2010-02-13 02:48:52:167 PM | 71.197.165.202 |
| 2010-02-09 09:12:04:197 PM | 71.197.165.202 |
| 2010-01-04 04:06:01:683 AM | 71.197.165.202 |
| 2009-12-30 12:31:44:837 AM | 24.20.158.16 |
| 2009-12-27 05:02:00:917 PM | 71.117.223.226 |
| 2009-12-22 07:17:19:837 PM | 24.20.158.16 |
| 2009-12-21 04:10:21:363 PM | 173.11.28.113 |
| 2009-12-20 09:45:59:083 PM | 24.20.158.16 |
| 2009-12-16 01:28:12:480 PM | 66.233.146.163 |
| 2009-12-11 06:15:37:627 AM | 71.231.143.80 |
| 2009-11-16 04:54:53:553 PM | 71.231.143.80 |
| 2009-11-03 07:39:08:490 AM | 71.231.143.80 |
| 2009-10-26 08:19:08:613 PM | 71.231.143.80 |
| 2009-10-23 10:36:52:917 AM | 71.231.143.80 |
| 2009-10-20 02:01:58:670 AM | 71.231.143.80 |
| 2009-10-14 07:03:45:747 PM | 75.92.170.193 |
| 2009-10-07 03:33:41:560 PM | 71.231.141.254 |
| 2009-10-03 01:38:28:383 AM | 71.231.141.254 |
| 2009-09-29 11:06:01:070 PM | 71.231.141.254 |
| 2009-09-13 09:36:01:623 PM | 75.92.170.193 |
| 2009-08-31 11:03:33:930 PM | 75.92.170.193 |
| 2009-08-27 11:09:01:817 PM | 24.20.158.16 |
| 2009-08-27 06:46:28:020 PM | 173.11.28.113 |
| 2009-08-21 04:38:18:570 PM | 75.92.170.193 |
| 2009-08-19 01:14:11:870 AM | 75.92.170.193 |
| 2009-08-17 06:49:58:573 PM | 75.92.170.193 |
| 2009-08-15 03:54:06:320 AM | 75.92.170.193 |
| 2009-08-15 01:38:50:747 AM | 75.92.170.193 |
| 2009-08-10 08:19:06:533 PM | 75.92.170.193 |
| 2009-08-05 02:56:09:360 PM | 75.92.170.193 |
| 2009-07-29 11:08:25:707 PM | 75.92.170.193 |
| 2009-07-17 09:10:37:703 PM | 75.92.170.193 |
| 2009-07-15 06:02:32:993 PM | 75.92.170.193 |
| 2009-07-11 11:12:51:830 PM | 75.92.170.193 |
| 2009-07-05 11:54:18:790 PM | 75.92.170.193 |
| 2009-06-16 11:44:01:000 AM | 75.92.170.193 |
| 2009-06-15 02:28:20:940 AM | 75.92.170.193 |
| 2009-05-27 06:01:00:000 PM | 74.61.7.93 |
| 2009-05-21 02:53:00:000 PM | 75.151.96.65 |

OP-0001517

| Date/Time | IP Address |
|---|---|
| 2009-05-21 02:50:00:000 PM | 75.151.96.65 |
| 2009-05-17 12:01:00:000 PM | 74.61.7.93 |
| 2009-05-14 02:52:00:000 PM | 75.151.96.65 |
| 2009-05-14 02:52:00:000 PM | 75.151.96.65 |
| 2009-05-07 10:03:00:000 PM | 74.61.7.93 |
| 2009-04-30 03:07:00:000 PM | 75.151.96.65 |
| 2009-04-20 01:06:00:000 AM | 74.61.7.93 |
| 2009-04-07 01:44:00:000 PM | 75.151.96.65 |
| 2009-04-06 04:58:00:000 PM | 75.151.96.65 |
| 2009-04-04 06:12:00:000 PM | 74.61.7.93 |
| 2009-04-02 12:16:00:000 AM | 74.61.7.93 |
| 2009-04-01 02:05:00:000 PM | 75.151.96.65 |
| 2009-03-30 02:57:00:000 PM | 75.151.96.65 |
| 2009-03-30 02:54:00:000 PM | 75.151.96.65 |
| 2009-03-30 02:48:00:000 PM | 75.151.96.65 |
| 2009-03-30 01:08:00:000 PM | 75.151.96.65 |
| 2009-03-29 05:12:00:000 AM | 74.61.7.93 |
| 2009-03-24 09:38:00:000 PM | 74.61.7.93 |
| 2009-03-23 01:57:00:000 PM | 75.151.96.65 |
| 2009-03-22 11:00:00:000 PM | 74.61.7.93 |
| 2009-03-21 05:56:00:000 AM | 74.61.7.93 |
| 2009-03-20 12:28:00:000 AM | 74.61.7.93 |
| 2009-03-17 10:11:00:000 PM | 74.61.7.93 |
| 2009-03-14 09:29:00:000 PM | 74.61.7.93 |
| 2009-03-12 11:15:00:000 PM | 74.61.7.93 |
| 2009-03-12 07:31:00:000 PM | 74.61.7.93 |
| 2009-03-11 12:07:00:000 PM | 75.151.96.65 |
| 2009-03-11 11:17:00:000 AM | 75.151.96.65 |
| 2009-03-08 07:34:00:000 PM | 74.61.7.93 |
| 2009-03-06 06:20:00:000 PM | 75.151.96.65 |
| 2009-03-06 02:10:00:000 PM | 75.151.96.65 |
| 2009-03-04 02:09:00:000 PM | 70.102.117.162 |
| 2009-03-03 10:32:00:000 PM | 24.20.158.16 |
| 2009-03-02 05:56:00:000 PM | 70.102.117.162 |
| 2009-03-02 05:54:00:000 PM | 70.102.117.162 |
| 2009-03-02 01:29:00:000 PM | 70.102.117.162 |
| 2009-03-02 01:25:00:000 PM | 70.102.117.162 |
| 2009-03-01 12:05:00:000 AM | 24.20.158.16 |
| 2009-02-26 10:36:00:000 PM | 24.20.158.16 |
| 2009-02-26 04:58:00:000 PM | 70.102.117.162 |
| 2009-02-26 04:54:00:000 PM | 70.102.117.162 |
| 2009-02-26 03:47:00:000 PM | 70.102.117.162 |
| 2009-02-26 03:44:00:000 PM | 70.102.117.162 |
| 2009-02-25 10:17:00:000 PM | 70.102.117.162 |
| 2009-02-24 03:53:00:000 PM | 75.151.96.65 |
| 2009-02-24 03:35:00:000 PM | 75.151.96.65 |
| 2009-02-24 02:24:00:000 PM | 75.151.96.65 |
| 2009-02-24 07:19:00:000 AM | 75.151.96.65 |
| 2009-02-23 02:39:00:000 PM | 75.151.96.65 |
| 2009-02-22 06:22:00:000 PM | 74.61.7.93 |
| 2009-02-21 03:07:00:000 AM | 74.61.7.93 |
| 2009-02-20 05:08:00:000 PM | 75.151.96.65 |
| 2009-02-20 04:07:00:000 PM | 75.151.96.65 |
| 2009-02-20 01:34:00:000 PM | 75.151.96.65 |
| 2009-02-19 06:51:00:000 PM | 74.61.7.93 |
| 2009-02-19 12:07:00:000 PM | 75.151.96.65 |
| 2009-02-18 10:24:00:000 PM | 74.61.7.93 |
| 2009-02-18 03:52:00:000 PM | 75.151.96.65 |
| 2009-02-18 02:13:00:000 PM | 75.151.96.65 |
| 2009-02-18 12:26:00:000 PM | 75.151.96.65 |
| 2009-02-18 12:04:00:000 PM | 75.151.96.65 |
| 2009-02-18 08:08:00:000 AM | 75.151.96.65 |
| 2009-02-17 06:27:00:000 PM | 74.61.7.93 |
| 2009-02-17 01:39:00:000 PM | 75.151.96.65 |
| 2009-02-17 01:02:00:000 PM | 75.151.96.65 |
| 2009-02-16 04:54:00:000 PM | 75.151.96.65 |
| 2009-02-16 02:33:00:000 PM | 75.151.96.65 |
| 2009-02-15 03:34:00:000 AM | 24.20.158.16 |
| 2009-02-14 10:47:00:000 PM | 24.20.158.16 |
| 2009-02-14 10:09:00:000 PM | 24.20.158.16 |
| 2009-02-14 07:05:00:000 PM | 24.20.158.16 |
| 2009-02-14 12:35:00:000 PM | 24.20.158.16 |
| 2009-02-13 10:05:00:000 AM | 75.151.96.65 |
| 2009-02-12 02:54:00:000 PM | 75.151.96.65 |
| 2009-02-03 05:30:00:000 PM | 75.151.96.65 |
| 2009-01-31 05:01:00:000 PM | 74.61.27.227 |
| 2009-01-30 05:36:00:000 PM | 75.151.96.65 |
| 2009-01-30 11:00:00:000 AM | 75.151.96.65 |
| 2009-01-29 03:57:00:000 PM | 75.151.96.65 |
| 2009-01-29 02:20:00:000 PM | 75.151.96.65 |
| 2009-01-29 12:18:00:000 AM | 74.61.7.93 |
| 2009-01-28 12:18:00:000 AM | 74.61.7.93 |
| 2009-01-27 09:32:00:000 PM | 74.61.7.93 |
| 2009-01-26 12:32:00:000 PM | 75.151.96.65 |
| 2009-01-25 08:51:00:000 PM | 76.105.194.126 |
| 2009-01-25 04:26:00:000 PM | 24.20.158.16 |
| 2009-01-23 02:05:00:000 PM | 74.61.27.227 |
| 2009-01-23 01:05:00:000 PM | 75.151.96.65 |
| 2009-01-23 12:53:00:000 PM | 75.151.96.65 |
| 2009-01-22 07:38:00:000 PM | 74.61.7.93 |

| Timestamp | IP Address |
|---|---|
| 2009-01-21 04:15:00:000 PM | 75.151.96.65 |
| 2009-01-21 12:33:00:000 PM | 75.151.96.65 |
| 2009-01-21 11:06:00:000 AM | 75.151.96.65 |
| 2009-01-21 11:02:00:000 AM | 75.151.96.65 |
| 2009-01-20 11:46:00:000 PM | 74.61.7.93 |
| 2009-01-14 04:48:00:000 PM | 75.151.96.65 |
| 2009-01-14 04:00:00:000 PM | 75.151.96.65 |
| 2009-01-14 12:32:00:000 PM | 75.151.96.65 |
| 2009-01-13 01:35:00:000 PM | 75.151.96.65 |
| 2009-01-09 11:05:00:000 PM | 74.61.7.93 |
| 2009-01-08 02:53:00:000 PM | 75.151.96.65 |
| 2009-01-08 02:21:00:000 PM | 75.151.96.65 |
| 2009-01-08 01:12:00:000 PM | 75.151.96.65 |
| 2009-01-07 10:39:00:000 PM | 74.61.7.93 |
| 2009-01-06 06:39:00:000 PM | 75.151.96.65 |
| 2009-01-06 06:31:00:000 PM | 75.151.96.65 |
| 2009-01-06 04:48:00:000 PM | 75.151.96.65 |
| 2009-01-06 04:41:00:000 PM | 75.151.96.65 |
| 2009-01-06 02:27:00:000 PM | 75.151.96.65 |
| 2009-01-05 10:33:00:000 PM | 74.61.7.93 |
| 2009-01-05 02:48:00:000 PM | 75.151.96.65 |
| 2009-01-02 09:31:00:000 PM | 24.20.158.16 |
| 2008-12-28 07:27:00:000 PM | 76.105.194.126 |
| 2008-12-28 07:26:00:000 PM | 76.105.194.126 |
| 2008-12-28 05:33:00:000 AM | 24.20.158.16 |
| 2008-12-23 06:07:00:000 PM | 70.102.117.162 |
| 2008-12-23 06:06:00:000 PM | 70.102.117.162 |
| 2008-12-23 04:03:00:000 PM | 70.102.117.162 |
| 2008-12-23 03:06:00:000 AM | 70.102.117.162 |
| 2008-12-22 12:52:00:000 PM | 70.102.117.162 |
| 2008-12-22 12:51:00:000 PM | 70.102.117.162 |
| 2008-12-22 12:30:00:000 AM | 24.20.158.16 |
| 2008-12-21 01:03:00:000 AM | 24.20.158.16 |
| 2008-12-19 09:13:00:000 AM | 74.61.7.93 |
| 2008-12-18 02:04:00:000 AM | 74.61.7.93 |
| 2008-12-13 11:34:00:000 PM | 74.61.7.93 |
| 2008-12-13 12:58:00:000 AM | 74.61.7.93 |
| 2008-12-11 10:46:00:000 PM | 74.61.7.93 |
| 2008-12-10 12:22:00:000 AM | 74.61.7.93 |
| 2008-12-09 07:19:00:000 PM | 75.151.96.65 |
| 2008-12-08 11:51:00:000 PM | 74.61.7.93 |
| 2008-12-07 07:31:00:000 PM | 76.105.194.126 |
| 2008-12-07 06:44:00:000 PM | 76.105.194.126 |
| 2008-12-06 04:53:00:000 PM | 24.20.158.16 |
| 2008-12-05 02:07:00:000 PM | 75.151.96.65 |
| 2008-12-04 02:33:00:000 AM | 74.61.7.93 |
| 2008-12-03 06:46:00:000 PM | 74.61.7.93 |
| 2008-12-02 06:59:00:000 PM | 74.61.7.93 |
| 2008-12-02 02:25:00:000 AM | 74.61.7.93 |
| 2008-12-02 02:10:00:000 AM | 74.61.7.93 |
| 2008-12-02 02:05:00:000 AM | 74.61.7.93 |
| 2008-12-02 02:00:00:000 AM | 74.61.7.93 |
| 2008-12-02 12:54:00:000 AM | 74.61.7.93 |
| 2008-12-02 12:51:00:000 AM | 74.61.7.93 |
| 2008-12-01 09:58:00:000 PM | 74.61.7.93 |
| 2008-12-01 05:05:00:000 PM | 75.151.96.65 |
| 2008-12-01 10:51:00:000 AM | 75.92.198.64 |
| 2008-11-30 05:34:00:000 AM | 24.20.158.16 |
| 2008-11-29 10:19:00:000 AM | 24.20.158.16 |
| 2008-11-29 10:17:00:000 AM | 24.20.158.16 |
| 2008-11-27 02:43:00:000 PM | 24.20.158.16 |
| 2008-11-27 02:19:00:000 PM | 24.20.158.16 |
| 2008-11-26 11:45:00:000 PM | 24.20.158.16 |
| 2008-11-26 01:50:00:000 AM | 74.61.7.93 |
| 2008-11-26 12:11:00:000 AM | 74.61.7.93 |
| 2008-11-25 11:01:00:000 PM | 74.61.7.93 |
| 2008-11-25 10:02:00:000 PM | 74.61.7.93 |
| 2008-11-25 03:42:00:000 AM | 74.61.7.93 |
| 2008-11-24 11:21:00:000 PM | 74.61.7.93 |
| 2008-11-24 11:20:00:000 PM | 74.61.7.93 |
| 2008-11-24 09:27:00:000 PM | 75.151.96.65 |
| 2008-11-24 12:09:00:000 PM | 75.151.96.65 |
| 2008-11-24 11:48:00:000 AM | 75.151.96.65 |
| 2008-11-23 11:58:00:000 PM | 74.61.7.93 |
| 2008-11-23 09:07:00:000 PM | 74.61.7.93 |
| 2008-11-23 08:56:00:000 PM | 74.61.7.93 |
| 2008-11-23 04:19:00:000 PM | 74.61.7.93 |
| 2008-11-23 03:44:00:000 PM | 74.61.7.93 |
| 2008-11-23 02:53:00:000 PM | 74.61.7.93 |
| 2008-11-23 05:42:00:000 AM | 74.61.7.93 |
| 2008-11-23 04:11:00:000 AM | 74.61.7.93 |
| 2008-11-23 03:02:00:000 AM | 74.61.7.93 |
| 2008-11-23 02:42:00:000 AM | 74.61.7.93 |
| 2008-11-22 11:04:00:000 PM | 74.61.7.93 |
| 2008-11-22 09:37:00:000 PM | 74.61.7.93 |
| 2008-11-22 02:44:00:000 PM | 74.61.7.93 |
| 2008-11-22 03:30:00:000 AM | 74.61.7.93 |
| 2008-11-22 03:21:00:000 AM | 74.61.7.93 |