Google Inc.
1600 Amphitheatre Parkway
Mountain View, California 94043



USLawEnforcement@google.com

www.google.com

# CERTIFICATE OF AUTHENTICITY

I hereby certify:

1. I am employed by Google Inc. ("Google"), located in Mountain View, California. I am authorized to submit this affidavit on behalf of Google. I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2. Google provides Internet-based services to its subscribers, including Gmail, its free email service. Google does not verify any personal information that is submitted by a user at the time of a Gmail account creation.

3. Attached is a true and correct duplicate original copy of 1 file pertaining to the Google account-holder(s) identified as *ANONTANA,* with Internal Ref. No. 130573 ("Document"). Accompanying this Certificate of Authenticity as Attachment A is a list of hash values corresponding to each production file.

4. The Document attached hereto is a record made and retained by Google. Google servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of Google.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

(Signature of Records Custodian)

Date: September 22, 2014

Sarah Rodriguez
(Name of Records Custodian)

Google Inc.
1600 Amphitheatre Parkway
Mountain View, California 94043




USLawEnforcement@google.com

www.google.com

**Attachment A: Hash Values for Production Files (Internal Ref. No. 130573)**

anontana.AccountInfo.pdf:

MD5- 7168cf2016b0738f61a002458d812ffa
SHA512-
ee08ec83ef5e1e526d591a33be301cad710678990f77dc762a848f3dfea0a201ddfb8f3ad60ff548291
f733dc662857ecb510429bb0f66b1d70e10193696b01e

############## * Google Confidential and Proprietary * ###############

GOOGLE SUBSCRIBER INFORMATION

*** MAIN ACCOUNT ***

Name: Anon Legion
e-Mail: anontana@gmail.com
Status: Enabled
Services: Apphosting, Apphosting admin, Blogger, Calendar, Co-op, Docs, Dory, Gmail, Grandcentral, Groups, Personalized homepage, Spreadsheets, Talk, Toolbar, Youtube
Secondary e-Mail: the_mind_@msn.com
Created on: 2008/01/29-20:22:46-UTC
IP: 75.175.230.3, on 2008/01/29-20:22:46-UTC
Language Code: en
Nickname: anontana

| Date/Time | Event | IP |
|---|---|---|
| 2011/03/05-11:36:54-UTC | Login | 63.236.37.71 |
| 2011/03/05-11:06:40-UTC | Login | 63.236.37.71 |
| 2011/03/05-10:36:18-UTC | Login | 63.236.37.71 |
| 2011/03/05-10:06:16-UTC | Login | 63.236.37.71 |
| 2011/03/05-09:36:03-UTC | Login | 63.236.37.71 |
| 2011/03/05-09:05:53-UTC | Login | 63.236.37.71 |
| 2011/03/05-08:35:22-UTC | Login | 63.236.37.71 |
| 2011/03/05-08:05:15-UTC | Login | 63.236.37.71 |
| 2011/03/05-07:34:56-UTC | Login | 63.236.37.71 |
| 2011/03/05-07:04:59-UTC | Login | 63.236.37.71 |
| 2011/03/05-06:34:38-UTC | Login | 63.236.37.71 |
| 2011/03/05-06:04:16-UTC | Login | 63.236.37.71 |
| 2011/03/05-05:34:15-UTC | Login | 63.236.37.71 |
| 2011/03/05-05:04:07-UTC | Login | 63.236.37.71 |
| 2011/03/05-04:34:00-UTC | Login | 63.236.37.71 |
| 2011/03/05-04:03:50-UTC | Login | 63.236.37.71 |
| 2011/03/05-03:33:44-UTC | Login | 63.236.37.71 |
| 2011/03/05-03:03:42-UTC | Login | 63.236.37.71 |
| 2011/03/05-02:33:26-UTC | Login | 63.236.37.71 |
| 2011/03/05-02:03:27-UTC | Login | 63.236.37.71 |
| 2011/03/05-01:33:24-UTC | Login | 63.236.37.71 |
| 2011/03/05-01:03:08-UTC | Login | 63.236.37.71 |
| 2011/03/05-00:54:00-UTC | Login | 72.174.53.227 |
| 2011/03/05-00:32:59-UTC | Login | 63.236.37.71 |
| 2011/03/05-00:02:24-UTC | Login | 63.236.37.71 |
| 2011/03/04-23:32:15-UTC | Login | 63.236.37.71 |
| 2011/03/04-23:02:02-UTC | Login | 63.236.37.71 |
| 2011/03/04-22:31:46-UTC | Login | 63.236.37.71 |
| 2011/03/04-22:01:41-UTC | Login | 63.236.37.71 |
| 2011/03/04-21:31:08-UTC | Login | 63.236.37.71 |
| 2011/03/04-20:59:36-UTC | Login | 63.236.37.71 |
| 2011/03/04-20:29:23-UTC | Login | 63.236.37.71 |
| 2011/03/04-19:59:03-UTC | Login | 63.236.37.71 |
| 2011/03/04-19:28:28-UTC | Login | 63.236.37.71 |
| 2011/03/04-18:58:01-UTC | Login | 63.236.37.71 |
| 2011/03/04-18:52:15-UTC | Login | 72.174.53.227 |
| 2011/03/04-18:52:09-UTC | Login | 72.174.53.227 |
| 2011/03/04-18:27:24-UTC | Login | 63.236.37.71 |
| 2011/03/04-17:57:18-UTC | Login | 63.236.37.71 |
| 2011/03/04-17:26:24-UTC | Login | 63.236.37.71 |
| 2011/03/04-16:55:08-UTC | Login | 63.236.37.71 |
| 2011/03/04-16:22:48-UTC | Login | 63.236.37.71 |
| 2011/03/04-15:49:48-UTC | Login | 63.236.37.71 |
| 2011/03/04-15:19:51-UTC | Login | 63.236.37.71 |
| 2011/03/04-14:47:49-UTC | Login | 63.236.37.71 |
| 2011/03/04-14:15:56-UTC | Login | 63.236.37.71 |
| 2011/03/04-13:45:14-UTC | Login | 63.236.37.71 |

| | | |
|---|---|---|
| 2011/03/04-13:12:56-UTC | Login | 63.236.37.71 |
| 2011/03/04-12:42:12-UTC | Login | 63.236.37.71 |
| 2011/03/04-12:11:33-UTC | Login | 63.236.37.71 |
| 2011/03/04-11:40:51-UTC | Login | 63.236.37.71 |
| 2011/03/04-11:10:47-UTC | Login | 63.236.37.71 |
| 2011/03/04-10:40:51-UTC | Login | 63.236.37.71 |
| 2011/03/04-10:10:42-UTC | Login | 63.236.37.71 |
| 2011/03/04-09:39:57-UTC | Login | 63.236.37.71 |
| 2011/03/04-09:06:18-UTC | Login | 63.236.37.71 |
| 2011/03/04-08:22:17-UTC | Login | 63.236.37.71 |
| 2011/03/04-07:52:07-UTC | Login | 63.236.37.71 |
| 2011/03/04-07:22:03-UTC | Login | 63.236.37.71 |
| 2011/03/04-06:51:57-UTC | Login | 63.236.37.71 |
| 2011/03/04-06:21:37-UTC | Login | 63.236.37.71 |
| 2011/03/04-05:51:13-UTC | Login | 63.236.37.71 |
| 2011/03/04-05:21:01-UTC | Login | 63.236.37.71 |
| 2011/03/04-04:50:53-UTC | Login | 63.236.37.71 |
| 2011/03/04-04:20:49-UTC | Login | 63.236.37.71 |
| 2011/03/04-03:50:16-UTC | Login | 63.236.37.71 |
| 2011/03/04-03:20:16-UTC | Login | 63.236.37.71 |
| 2011/03/04-02:50:01-UTC | Login | 63.236.37.71 |
| 2011/03/04-02:20:17-UTC | Login | 63.236.37.71 |
| 2011/03/04-01:50:09-UTC | Login | 63.236.37.71 |
| 2011/03/04-01:20:00-UTC | Login | 63.236.37.71 |
| 2011/03/04-00:49:25-UTC | Login | 63.236.37.71 |
| 2011/03/04-00:19:16-UTC | Login | 63.236.37.71 |
| 2011/03/03-23:49:08-UTC | Login | 63.236.37.71 |
| 2011/03/03-23:18:43-UTC | Login | 63.236.37.71 |
| 2011/03/03-22:48:23-UTC | Login | 63.236.37.71 |
| 2011/03/03-22:18:46-UTC | Login | 63.236.37.71 |
| 2011/03/03-21:47:03-UTC | Login | 63.236.37.71 |
| 2011/03/03-21:16:11-UTC | Login | 63.236.37.71 |
| 2011/03/03-20:45:10-UTC | Login | 63.236.37.71 |
| 2011/03/03-20:14:45-UTC | Login | 63.236.37.71 |
| 2011/03/03-19:44:05-UTC | Login | 63.236.37.71 |
| 2011/03/03-19:13:17-UTC | Login | 63.236.37.71 |
| 2011/03/03-18:41:31-UTC | Login | 63.236.37.71 |
| 2011/03/03-18:11:17-UTC | Login | 63.236.37.71 |
| 2011/03/03-17:40:38-UTC | Login | 63.236.37.71 |
| 2011/03/03-17:08:49-UTC | Login | 63.236.37.71 |
| 2011/03/03-16:47:07-UTC | Login | 72.174.53.227 |
| 2011/03/03-16:41:13-UTC | Login | 72.174.53.227 |
| 2011/03/03-16:39:28-UTC | Login | 63.236.37.71 |
| 2011/03/03-16:07:09-UTC | Login | 63.236.37.71 |
| 2011/03/03-15:36:15-UTC | Login | 63.236.37.71 |
| 2011/03/03-15:35:17-UTC | Login | 72.174.53.227 |
| 2011/03/03-15:26:17-UTC | Login | 72.174.53.227 |
| 2011/03/03-15:05:15-UTC | Login | 63.236.37.71 |
| 2011/03/03-14:32:49-UTC | Login | 63.236.37.71 |
| 2011/03/03-14:01:11-UTC | Login | 63.236.37.71 |
| 2011/03/03-13:29:01-UTC | Login | 63.236.37.71 |
| 2011/03/03-13:10:33-UTC | Login | 72.174.53.227 |
| 2011/03/03-12:58:52-UTC | Login | 63.236.37.71 |
| 2011/03/03-12:44:12-UTC | Login | 72.174.53.227 |
| 2011/03/03-12:28:26-UTC | Login | 63.236.37.71 |
| 2011/03/03-11:58:10-UTC | Login | 63.236.37.71 |
| 2011/03/03-11:28:01-UTC | Login | 63.236.37.71 |
| 2011/03/03-11:07:12-UTC | Login | 72.174.53.227 |
| 2011/03/03-10:57:32-UTC | Login | 63.236.37.71 |
| 2011/03/03-10:27:17-UTC | Login | 63.236.37.71 |
| 2011/03/03-09:57:19-UTC | Login | 72.174.53.227 |
| 2011/03/03-09:57:10-UTC | Login | 63.236.37.71 |
| 2011/03/03-09:42:15-UTC | Login | 72.174.53.227 |
| 2011/03/03-09:41:58-UTC | Login | 72.174.53.227 |
| 2011/03/03-09:27:09-UTC | Login | 72.174.53.227 |

| | | |
|---|---|---|
| 2011/03/03-09:26:57-UTC | Login | 63.236.37.71 |
| 2011/03/03-08:57:00-UTC | Login | 63.236.37.71 |
| 2011/03/03-08:26:19-UTC | Login | 63.236.37.71 |
| 2011/03/03-08:20:47-UTC | Login | 72.174.53.227 |
| 2011/03/03-07:56:22-UTC | Login | 63.236.37.71 |
| 2011/03/03-07:26:01-UTC | Login | 63.236.37.71 |
| 2011/03/03-06:56:07-UTC | Login | 63.236.37.71 |
| 2011/03/03-06:54:16-UTC | Login | 72.174.53.227 |
| 2011/03/03-06:25:48-UTC | Login | 63.236.37.71 |
| 2011/03/03-05:58:03-UTC | Login | 72.174.53.227 |
| 2011/03/03-05:57:59-UTC | Login | 72.174.53.227 |
| 2011/03/03-05:57:56-UTC | Login | 72.174.53.227 |
| 2011/03/03-05:57:55-UTC | Login | 72.174.53.227 |
| 2011/03/03-05:56:41-UTC | Login | 72.174.53.227 |
| 2011/03/03-05:55:55-UTC | Login | 63.236.37.71 |
| 2011/03/03-05:25:38-UTC | Login | 63.236.37.71 |
| 2011/03/03-04:55:20-UTC | Login | 63.236.37.71 |
| 2011/03/03-04:25:05-UTC | Login | 63.236.37.71 |
| 2011/03/03-03:54:54-UTC | Login | 63.236.37.71 |
| 2011/03/03-03:25:02-UTC | Login | 63.236.37.71 |
| 2011/03/03-02:54:59-UTC | Login | 63.236.37.71 |
| 2011/03/03-02:24:31-UTC | Login | 63.236.37.71 |
| 2011/03/03-01:54:13-UTC | Login | 63.236.37.71 |
| 2011/03/03-01:23:54-UTC | Login | 63.236.37.71 |
| 2011/03/03-00:53:30-UTC | Login | 63.236.37.71 |
| 2011/03/03-00:23:17-UTC | Login | 63.236.37.71 |
| 2011/03/02-23:53:15-UTC | Login | 63.236.37.71 |
| 2011/03/02-23:23:10-UTC | Login | 63.236.37.71 |
| 2011/03/02-22:52:45-UTC | Login | 63.236.37.71 |
| 2011/03/02-22:22:20-UTC | Login | 63.236.37.71 |
| 2011/03/02-21:52:16-UTC | Login | 63.236.37.71 |
| 2011/03/02-21:22:15-UTC | Login | 63.236.37.71 |
| 2011/03/02-20:52:04-UTC | Login | 63.236.37.71 |
| 2011/03/02-20:21:06-UTC | Login | 63.236.37.71 |
| 2011/03/02-19:51:08-UTC | Login | 63.236.37.73 |
| 2011/03/02-19:51:05-UTC | Login | 63.236.37.73 |
| 2011/03/02-19:51:03-UTC | Login | 63.236.37.73 |
| 2011/03/02-19:50:33-UTC | Login | 63.236.37.71 |
| 2011/03/02-19:19:34-UTC | Login | 63.236.37.71 |
| 2011/03/02-19:18:33-UTC | Login | 63.236.37.73 |
| 2011/03/02-19:18:29-UTC | Login | 63.236.37.73 |
| 2011/03/02-19:18:25-UTC | Login | 63.236.37.73 |
| 2011/03/02-19:18:21-UTC | Login | 63.236.37.73 |
| 2011/03/02-04:16:12-UTC | Login | 72.174.53.227 |
| 2011/03/02-04:16:07-UTC | Login | 72.174.53.227 |
| 2011/03/02-04:16:03-UTC | Login | 72.174.53.227 |
| 2011/03/02-04:16:01-UTC | Login | 72.174.53.227 |
| 2011/03/02-03:12:35-UTC | Login | 72.174.53.227 |
| 2011/03/02-03:11:24-UTC | Login | 72.174.53.227 |
| 2011/03/01-12:31:40-UTC | Login | 72.174.53.227 |
| 2011/03/01-12:02:18-UTC | Login | 72.174.53.227 |
| 2011/03/01-12:02:11-UTC | Login | 72.174.53.227 |
| 2011/03/01-12:00:13-UTC | Login | 72.174.53.227 |
| 2011/03/01-12:00:12-UTC | Login | 72.174.53.227 |
| 2011/02/26-02:45:43-UTC | Login | 72.174.53.227 |
| 2011/02/26-02:45:38-UTC | Login | 72.174.53.227 |
| 2011/02/26-02:45:32-UTC | Login | 72.174.53.227 |
| 2011/02/26-02:44:51-UTC | Login | 72.174.53.227 |
| 2011/02/26-01:36:20-UTC | Login | 72.174.53.227 |
| 2011/02/25-20:28:34-UTC | Login | 72.174.53.227 |
| 2011/02/25-20:28:32-UTC | Login | 72.174.53.227 |
| 2011/02/25-20:28:27-UTC | Login | 72.174.53.227 |
| 2011/02/25-20:28:26-UTC | Login | 72.174.53.227 |
| 2011/02/25-20:25:45-UTC | Login | 72.174.53.227 |
| 2011/02/23-01:29:59-UTC | Login | 72.174.53.227 |

| | | |
|---|---|---|
| 2011/02/23-00:52:46-UTC | Login | 72.174.53.227 |
| 2011/02/23-00:52:42-UTC | Login | 72.174.53.227 |
| 2011/02/23-00:52:38-UTC | Login | 72.174.53.227 |
| 2011/02/23-00:52:36-UTC | Login | 72.174.53.227 |
| 2011/02/23-00:51:04-UTC | Login | 72.174.53.227 |
| 2011/02/22-16:46:53-UTC | Login | 72.174.53.227 |
| 2011/02/22-15:43:48-UTC | Login | 72.174.53.227 |
| 2011/02/22-15:43:39-UTC | Login | 72.174.53.227 |
| 2011/02/22-15:43:34-UTC | Login | 72.174.53.227 |
| 2011/02/22-15:43:32-UTC | Login | 72.174.53.227 |
| 2011/02/22-15:43:03-UTC | Login | 72.174.53.227 |
| 2011/02/22-15:11:04-UTC | Login | 72.174.53.227 |
| 2011/02/22-09:47:06-UTC | Login | 72.174.53.227 |
| 2011/02/22-09:47:01-UTC | Login | 72.174.53.227 |
| 2011/02/22-09:46:56-UTC | Login | 72.174.53.227 |
| 2011/02/22-09:46:54-UTC | Login | 72.174.53.227 |
| 2011/02/22-09:45:41-UTC | Login | 72.174.53.227 |
| 2011/02/22-04:05:47-UTC | Login | 72.174.53.227 |
| 2011/02/22-04:05:43-UTC | Login | 72.174.53.227 |
| 2011/02/22-04:05:39-UTC | Login | 72.174.53.227 |
| 2011/02/22-04:05:21-UTC | Login | 72.174.53.227 |
| 2011/02/22-04:04:19-UTC | Login | 72.174.53.227 |
| 2011/02/21-21:56:08-UTC | Login | 72.174.53.227 |
| 2011/02/21-21:56:06-UTC | Login | 72.174.53.227 |
| 2011/02/21-21:54:43-UTC | Login | 72.174.53.227 |
| 2011/02/20-22:08:53-UTC | Login | 72.174.53.227 |
| 2011/02/20-21:31:28-UTC | Login | 72.174.53.227 |
| 2011/02/20-21:31:25-UTC | Login | 72.174.53.227 |
| 2011/02/20-21:31:19-UTC | Login | 72.174.53.227 |
| 2011/02/20-21:31:17-UTC | Login | 72.174.53.227 |
| 2011/02/20-21:28:59-UTC | Login | 72.174.53.227 |
| 2011/02/20-00:05:46-UTC | Login | 72.174.53.227 |
| 2011/02/20-00:05:42-UTC | Login | 72.174.53.227 |
| 2011/02/20-00:05:37-UTC | Login | 72.174.53.227 |
| 2011/02/20-00:05:35-UTC | Login | 72.174.53.227 |
| 2011/02/20-00:00:43-UTC | Login | 72.174.53.227 |
| 2011/02/18-22:33:10-UTC | Login | 150.131.82.86 |
| 2011/02/18-14:05:51-UTC | Login | 72.174.53.227 |
| 2011/02/18-11:35:52-UTC | Login | 72.174.53.227 |
| 2011/02/18-04:56:43-UTC | Login | 72.174.53.227 |
| 2011/02/18-04:56:40-UTC | Login | 72.174.53.227 |
| 2011/02/18-04:56:35-UTC | Login | 72.174.53.227 |
| 2011/02/18-04:56:33-UTC | Login | 72.174.53.227 |
| 2011/02/18-04:55:27-UTC | Login | 72.174.53.227 |
| 2011/02/17-23:47:50-UTC | Login | 72.174.53.227 |
| 2011/02/17-21:02:01-UTC | Login | 72.174.53.227 |
| 2011/02/17-15:36:55-UTC | Login | 72.174.53.227 |
| 2011/02/17-15:36:52-UTC | Login | 72.174.53.227 |
| 2011/02/17-15:36:49-UTC | Login | 72.174.53.227 |
| 2011/02/17-15:36:48-UTC | Login | 72.174.53.227 |
| 2011/02/17-15:29:36-UTC | Login | 72.174.53.227 |
| 2011/02/17-15:08:33-UTC | Login | 72.174.53.227 |
| 2011/02/17-02:26:08-UTC | Login | 72.174.53.227 |
| 2011/02/17-02:26:03-UTC | Login | 72.174.53.227 |
| 2011/02/17-02:26:01-UTC | Login | 72.174.53.227 |
| 2011/02/17-02:19:44-UTC | Login | 72.174.53.227 |
| 2011/02/17-01:39:47-UTC | Login | 72.174.53.227 |
| 2011/02/16-22:26:02-UTC | Login | 72.174.53.227 |
| 2011/02/16-21:51:29-UTC | Login | 72.174.53.227 |
| 2011/02/16-21:51:24-UTC | Login | 72.174.53.227 |
| 2011/02/16-21:51:18-UTC | Login | 72.174.53.227 |
| 2011/02/16-21:51:16-UTC | Login | 72.174.53.227 |
| 2011/02/16-21:49:57-UTC | Login | 72.174.53.227 |
| 2011/02/16-16:09:07-UTC | Login | 72.174.53.227 |
| 2011/02/16-12:27:02-UTC | Login | 72.174.53.227 |

| | | |
|---|---|---|
| 2011/02/16-12:09:46-UTC | Login | 72.174.53.227 |
| 2011/02/16-12:09:25-UTC | Login | 72.174.53.227 |
| 2011/02/16-12:09:11-UTC | Login | 72.174.53.227 |
| 2011/02/16-12:09:10-UTC | Login | 72.174.53.227 |
| 2011/02/16-12:07:45-UTC | Login | 72.174.53.227 |
| 2011/02/15-14:09:38-UTC | Login | 72.174.53.227 |
| 2011/02/15-14:09:33-UTC | Login | 72.174.53.227 |
| 2011/02/15-14:09:23-UTC | Login | 72.174.53.227 |
| 2011/02/15-14:09:21-UTC | Login | 72.174.53.227 |
| 2011/02/15-14:08:35-UTC | Login | 72.174.53.227 |
| 2011/02/15-11:45:19-UTC | Login | 63.236.37.71 |
| 2011/02/15-11:12:20-UTC | Login | 63.236.37.71 |
| 2011/02/15-10:39:20-UTC | Login | 63.236.37.71 |
| 2011/02/15-10:06:19-UTC | Login | 63.236.37.71 |
| 2011/02/15-09:35:27-UTC | Login | 63.236.37.71 |
| 2011/02/15-09:05:26-UTC | Login | 63.236.37.71 |
| 2011/02/15-08:34:31-UTC | Login | 63.236.37.71 |
| 2011/02/15-07:59:11-UTC | Login | 63.236.37.71 |
| 2011/02/15-07:28:05-UTC | Login | 63.236.37.71 |
| 2011/02/15-06:57:17-UTC | Login | 63.236.37.71 |
| 2011/02/15-06:26:51-UTC | Login | 63.236.37.71 |
| 2011/02/15-05:56:35-UTC | Login | 63.236.37.71 |
| 2011/02/15-05:26:23-UTC | Login | 63.236.37.71 |
| 2011/02/15-05:00:51-UTC | Login | 72.174.53.227 |
| 2011/02/15-04:55:58-UTC | Login | 63.236.37.71 |
| 2011/02/15-04:26:01-UTC | Login | 63.236.37.71 |
| 2011/02/15-03:55:51-UTC | Login | 63.236.37.71 |
| 2011/02/15-03:26:05-UTC | Login | 63.236.37.71 |
| 2011/02/15-02:55:19-UTC | Login | 63.236.37.71 |
| 2011/02/15-02:25:06-UTC | Login | 63.236.37.71 |
| 2011/02/15-01:54:41-UTC | Login | 63.236.37.71 |
| 2011/02/15-01:23:31-UTC | Login | 63.236.37.71 |
| 2011/02/15-00:52:15-UTC | Login | 63.236.37.71 |
| 2011/02/15-00:20:33-UTC | Login | 63.236.37.71 |
| 2011/02/14-23:47:51-UTC | Login | 63.236.37.71 |
| 2011/02/14-23:13:44-UTC | Login | 63.236.37.71 |
| 2011/02/14-22:39:03-UTC | Login | 63.236.37.71 |
| 2011/02/14-22:01:05-UTC | Login | 63.236.37.71 |
| 2011/02/14-21:25:19-UTC | Login | 63.236.37.71 |
| 2011/02/14-20:52:16-UTC | Login | 63.236.37.71 |
| 2011/02/14-20:19:22-UTC | Login | 63.236.37.71 |
| 2011/02/14-19:47:38-UTC | Login | 63.236.37.71 |
| 2011/02/14-19:13:23-UTC | Login | 63.236.37.71 |
| 2011/02/14-18:40:10-UTC | Login | 63.236.37.71 |
| 2011/02/14-18:07:55-UTC | Login | 63.236.37.71 |
| 2011/02/14-17:34:10-UTC | Login | 63.236.37.71 |
| 2011/02/14-17:00:51-UTC | Login | 63.236.37.71 |
| 2011/02/14-16:27:35-UTC | Login | 63.236.37.71 |
| 2011/02/14-15:54:43-UTC | Login | 63.236.37.71 |
| 2011/02/14-15:21:18-UTC | Login | 63.236.37.71 |
| 2011/02/14-14:48:28-UTC | Login | 63.236.37.71 |
| 2011/02/14-14:14:10-UTC | Login | 63.236.37.71 |
| 2011/02/14-13:41:52-UTC | Login | 63.236.37.71 |
| 2011/02/14-13:10:58-UTC | Login | 63.236.37.71 |
| 2011/02/14-12:40:04-UTC | Login | 63.236.37.71 |
| 2011/02/14-12:09:12-UTC | Login | 63.236.37.71 |
| 2011/02/14-11:38:23-UTC | Login | 63.236.37.71 |
| 2011/02/14-11:08:03-UTC | Login | 63.236.37.71 |
| 2011/02/14-10:37:43-UTC | Login | 63.236.37.71 |
| 2011/02/14-10:26:07-UTC | Login | 72.174.53.227 |
| 2011/02/14-10:07:09-UTC | Login | 63.236.37.71 |
| 2011/02/14-09:48:57-UTC | Login | 72.174.53.227 |
| 2011/02/14-09:36:54-UTC | Login | 63.236.37.71 |
| 2011/02/14-09:33:40-UTC | Login | 72.174.53.227 |
| 2011/02/14-09:06:47-UTC | Login | 63.236.37.71 |

| | | |
|---|---|---|
| 2011/02/14-08:36:27-UTC | Login | 63.236.37.71 |
| 2011/02/14-08:06:09-UTC | Login | 63.236.37.71 |
| 2011/02/14-07:36:01-UTC | Login | 63.236.37.71 |
| 2011/02/14-07:05:56-UTC | Login | 63.236.37.71 |
| 2011/02/14-06:35:40-UTC | Login | 63.236.37.71 |
| 2011/02/14-06:05:20-UTC | Login | 63.236.37.71 |
| 2011/02/14-05:35:17-UTC | Login | 63.236.37.71 |
| 2011/02/14-05:05:12-UTC | Login | 63.236.37.71 |
| 2011/02/14-04:35:07-UTC | Login | 63.236.37.71 |
| 2011/02/14-04:08:22-UTC | Login | 72.174.53.227 |
| 2011/02/14-04:04:58-UTC | Login | 63.236.37.71 |
| 2011/02/14-03:34:58-UTC | Login | 63.236.37.71 |
| 2011/02/14-03:04:24-UTC | Login | 63.236.37.71 |
| 2011/02/14-02:34:16-UTC | Login | 63.236.37.71 |
| 2011/02/14-02:04:02-UTC | Login | 63.236.37.71 |
| 2011/02/14-01:34:05-UTC | Login | 63.236.37.71 |
| 2011/02/14-01:03:52-UTC | Login | 63.236.37.71 |
| 2011/02/14-00:33:52-UTC | Login | 63.236.37.71 |
| 2011/02/14-00:17:49-UTC | Login | 63.236.37.73 |
| 2011/02/14-00:17:45-UTC | Login | 63.236.37.73 |
| 2011/02/14-00:17:43-UTC | Login | 63.236.37.73 |
| 2011/02/14-00:14:21-UTC | Login | 63.236.37.73 |
| 2011/02/14-00:14:14-UTC | Login | 63.236.37.73 |
| 2011/02/14-00:03:29-UTC | Login | 63.236.37.71 |
| 2011/02/13-23:39:08-UTC | Login | 72.174.53.227 |
| 2011/02/13-23:33:04-UTC | Login | 63.236.37.71 |
| 2011/02/13-23:03:02-UTC | Login | 63.236.37.71 |
| 2011/02/13-22:33:51-UTC | Login | 72.174.53.227 |
| 2011/02/13-22:33:46-UTC | Login | 72.174.53.227 |
| 2011/02/13-22:33:44-UTC | Login | 72.174.53.227 |
| 2011/02/13-22:32:47-UTC | Login | 72.174.53.227 |
| 2011/02/13-22:32:20-UTC | Login | 63.236.37.71 |
| 2011/02/13-22:01:53-UTC | Login | 63.236.37.71 |
| 2011/02/13-21:31:39-UTC | Login | 63.236.37.71 |
| 2011/02/13-21:01:15-UTC | Login | 63.236.37.71 |
| 2011/02/13-20:29:42-UTC | Login | 63.236.37.71 |
| 2011/02/13-19:59:11-UTC | Login | 63.236.37.71 |
| 2011/02/13-19:27:58-UTC | Login | 63.236.37.71 |
| 2011/02/13-18:57:24-UTC | Login | 63.236.37.71 |
| 2011/02/13-18:27:14-UTC | Login | 63.236.37.71 |
| 2011/02/13-17:56:50-UTC | Login | 63.236.37.71 |
| 2011/02/13-17:28:24-UTC | Login | 72.174.53.227 |
| 2011/02/13-17:28:20-UTC | Login | 72.174.53.227 |
| 2011/02/13-17:28:17-UTC | Login | 72.174.53.227 |
| 2011/02/13-17:27:18-UTC | Login | 72.174.53.227 |
| 2011/02/13-17:26:41-UTC | Login | 63.236.37.71 |
| 2011/02/13-16:56:05-UTC | Login | 63.236.37.71 |
| 2011/02/13-16:25:49-UTC | Login | 63.236.37.71 |
| 2011/02/13-16:05:21-UTC | Login | 72.174.53.227 |
| 2011/02/13-15:55:19-UTC | Login | 63.236.37.71 |
| 2011/02/13-15:25:16-UTC | Login | 63.236.37.71 |
| 2011/02/13-14:55:14-UTC | Login | 63.236.37.71 |
| 2011/02/13-14:25:09-UTC | Login | 63.236.37.71 |
| 2011/02/13-13:55:10-UTC | Login | 63.236.37.71 |
| 2011/02/13-13:24:59-UTC | Login | 63.236.37.71 |
| 2011/02/13-12:54:47-UTC | Login | 63.236.37.71 |
| 2011/02/13-12:24:22-UTC | Login | 63.236.37.71 |
| 2011/02/13-11:54:20-UTC | Login | 63.236.37.71 |
| 2011/02/13-11:24:05-UTC | Login | 63.236.37.71 |
| 2011/02/13-10:54:02-UTC | Login | 63.236.37.71 |
| 2011/02/13-10:23:27-UTC | Login | 63.236.37.71 |
| 2011/02/13-09:53:30-UTC | Login | 63.236.37.71 |
| 2011/02/13-09:23:05-UTC | Login | 63.236.37.71 |
| 2011/02/13-08:53:00-UTC | Login | 63.236.37.71 |
| 2011/02/13-08:23:54-UTC | Login | 72.174.53.227 |

| | | |
|---|---|---|
| 2011/02/13-08:23:52-UTC | Login | 72.174.53.227 |
| 2011/02/13-08:23:49-UTC | Login | 72.174.53.227 |
| 2011/02/13-08:23:48-UTC | Login | 72.174.53.227 |
| 2011/02/13-08:22:52-UTC | Login | 72.174.53.227 |
| 2011/02/13-08:22:23-UTC | Login | 63.236.37.71 |
| 2011/02/13-07:52:07-UTC | Login | 63.236.37.71 |
| 2011/02/13-07:22:07-UTC | Login | 63.236.37.71 |
| 2011/02/13-06:51:56-UTC | Login | 63.236.37.71 |
| 2011/02/13-06:23:13-UTC | Login | 72.174.53.227 |
| 2011/02/13-06:23:10-UTC | Login | 72.174.53.227 |
| 2011/02/13-06:23:07-UTC | Login | 72.174.53.227 |
| 2011/02/13-06:23:05-UTC | Login | 72.174.53.227 |
| 2011/02/13-06:22:12-UTC | Login | 72.174.53.227 |
| 2011/02/13-06:21:30-UTC | Login | 63.236.37.71 |
| 2011/02/13-05:51:12-UTC | Login | 63.236.37.71 |
| 2011/02/13-05:48:22-UTC | Login | 72.174.53.227 |
| 2011/02/13-05:48:18-UTC | Login | 72.174.53.227 |
| 2011/02/13-05:48:15-UTC | Login | 72.174.53.227 |
| 2011/02/13-05:48:12-UTC | Login | 72.174.53.227 |
| 2011/02/13-05:46:50-UTC | Login | 72.174.53.227 |
| 2011/02/13-05:21:14-UTC | Login | 63.236.37.71 |
| 2011/02/13-04:51:09-UTC | Login | 63.236.37.71 |
| 2011/02/13-04:21:02-UTC | Login | 63.236.37.71 |
| 2011/02/13-03:50:49-UTC | Login | 63.236.37.71 |
| 2011/02/13-03:20:57-UTC | Login | 63.236.37.71 |
| 2011/02/13-02:50:19-UTC | Login | 63.236.37.71 |
| 2011/02/13-02:23:19-UTC | Login | 63.236.37.73 |
| 2011/02/13-02:23:16-UTC | Login | 63.236.37.73 |
| 2011/02/13-02:20:16-UTC | Login | 63.236.37.71 |
| 2011/02/13-01:50:10-UTC | Login | 63.236.37.71 |
| 2011/02/13-01:19:56-UTC | Login | 63.236.37.71 |
| 2011/02/13-00:49:35-UTC | Login | 63.236.37.71 |
| 2011/02/13-00:19:10-UTC | Login | 63.236.37.71 |
| 2011/02/12-23:49:11-UTC | Login | 63.236.37.71 |
| 2011/02/12-23:19:02-UTC | Login | 63.236.37.71 |
| 2011/02/12-22:59:27-UTC | Login | 72.174.53.227 |
| 2011/02/12-22:48:32-UTC | Login | 63.236.37.71 |
| 2011/02/12-22:18:02-UTC | Login | 63.236.37.71 |
| 2011/02/12-21:46:52-UTC | Login | 63.236.37.71 |
| 2011/02/12-21:16:22-UTC | Login | 63.236.37.71 |
| 2011/02/12-20:46:01-UTC | Login | 63.236.37.71 |
| 2011/02/12-20:44:23-UTC | Login | 72.174.53.227 |
| 2011/02/12-20:44:18-UTC | Login | 72.174.53.227 |
| 2011/02/12-20:44:11-UTC | Login | 72.174.53.227 |
| 2011/02/12-20:44:09-UTC | Login | 72.174.53.227 |
| 2011/02/12-20:42:32-UTC | Login | 72.174.53.227 |
| 2011/02/12-20:14:02-UTC | Login | 63.236.37.71 |
| 2011/02/12-19:43:34-UTC | Login | 63.236.37.71 |
| 2011/02/12-19:12:24-UTC | Login | 63.236.37.71 |
| 2011/02/12-18:42:05-UTC | Login | 63.236.37.71 |
| 2011/02/12-18:11:14-UTC | Login | 63.236.37.71 |
| 2011/02/12-17:41:03-UTC | Login | 63.236.37.71 |
| 2011/02/12-17:10:45-UTC | Login | 63.236.37.71 |
| 2011/02/12-16:40:25-UTC | Login | 63.236.37.71 |
| 2011/02/12-16:10:29-UTC | Login | 63.236.37.71 |
| 2011/02/12-15:40:08-UTC | Login | 63.236.37.71 |
| 2011/02/12-15:09:55-UTC | Login | 63.236.37.71 |
| 2011/02/12-14:40:02-UTC | Login | 63.236.37.71 |
| 2011/02/12-14:09:55-UTC | Login | 63.236.37.71 |
| 2011/02/12-13:39:43-UTC | Login | 63.236.37.71 |
| 2011/02/12-13:09:16-UTC | Login | 63.236.37.71 |
| 2011/02/12-12:39:11-UTC | Login | 63.236.37.71 |
| 2011/02/12-12:09:02-UTC | Login | 63.236.37.71 |
| 2011/02/12-11:38:51-UTC | Login | 63.236.37.71 |
| 2011/02/12-11:08:36-UTC | Login | 63.236.37.71 |

| | | |
|---|---|---|
| 2011/02/12-10:38:23-UTC | Login | 63.236.37.71 |
| 2011/02/12-10:08:07-UTC | Login | 63.236.37.71 |
| 2011/02/12-09:37:51-UTC | Login | 63.236.37.71 |
| 2011/02/12-09:07:43-UTC | Login | 63.236.37.71 |
| 2011/02/12-08:37:26-UTC | Login | 63.236.37.71 |
| 2011/02/12-08:07:22-UTC | Login | 63.236.37.71 |
| 2011/02/12-07:37:16-UTC | Login | 63.236.37.71 |
| 2011/02/12-07:34:47-UTC | Login | 72.174.53.227 |
| 2011/02/12-07:07:03-UTC | Login | 63.236.37.71 |
| 2011/02/12-06:36:33-UTC | Login | 63.236.37.71 |
| 2011/02/12-06:34:15-UTC | Login | 72.174.53.227 |
| 2011/02/12-06:34:12-UTC | Login | 72.174.53.227 |
| 2011/02/12-06:34:09-UTC | Login | 72.174.53.227 |
| 2011/02/12-06:34:08-UTC | Login | 72.174.53.227 |
| 2011/02/12-06:25:17-UTC | Login | 72.174.53.227 |
| 2011/02/12-06:06:16-UTC | Login | 63.236.37.71 |
| 2011/02/12-05:49:52-UTC | Login | 72.174.53.227 |
| 2011/02/12-05:40:38-UTC | Login | 72.174.53.227 |
| 2011/02/12-05:40:36-UTC | Login | 72.174.53.227 |
| 2011/02/12-05:40:33-UTC | Login | 72.174.53.227 |
| 2011/02/12-05:40:32-UTC | Login | 72.174.53.227 |
| 2011/02/12-05:38:19-UTC | Login | 72.174.53.227 |
| 2011/02/12-05:36:16-UTC | Login | 63.236.37.71 |
| 2011/02/12-05:06:05-UTC | Login | 63.236.37.71 |
| 2011/02/12-04:36:01-UTC | Login | 63.236.37.71 |
| 2011/02/12-04:05:43-UTC | Login | 63.236.37.71 |
| 2011/02/12-03:35:38-UTC | Login | 63.236.37.71 |
| 2011/02/12-03:05:16-UTC | Login | 63.236.37.71 |
| 2011/02/12-02:34:57-UTC | Login | 63.236.37.71 |
| 2011/02/12-02:04:48-UTC | Login | 63.236.37.71 |
| 2011/02/12-01:34:33-UTC | Login | 63.236.37.71 |
| 2011/02/12-01:04:29-UTC | Login | 63.236.37.71 |
| 2011/02/12-00:34:12-UTC | Login | 63.236.37.71 |
| 2011/02/12-00:03:56-UTC | Login | 63.236.37.71 |
| 2011/02/11-23:33:50-UTC | Login | 63.236.37.71 |
| 2011/02/11-23:02:22-UTC | Login | 63.236.37.71 |
| 2011/02/11-22:31:04-UTC | Login | 63.236.37.71 |
| 2011/02/11-21:58:14-UTC | Login | 63.236.37.71 |
| 2011/02/11-21:26:46-UTC | Login | 63.236.37.71 |
| 2011/02/11-20:53:52-UTC | Login | 63.236.37.71 |
| 2011/02/11-20:20:37-UTC | Login | 63.236.37.71 |
| 2011/02/11-19:47:11-UTC | Login | 63.236.37.71 |
| 2011/02/11-19:32:51-UTC | Login | 72.174.53.227 |
| 2011/02/11-19:13:13-UTC | Login | 63.236.37.71 |
| 2011/02/11-18:40:23-UTC | Login | 63.236.37.71 |
| 2011/02/11-18:08:53-UTC | Login | 63.236.37.71 |
| 2011/02/11-17:33:46-UTC | Login | 63.236.37.71 |
| 2011/02/11-17:01:10-UTC | Login | 63.236.37.71 |
| 2011/02/11-16:29:03-UTC | Login | 63.236.37.71 |
| 2011/02/11-15:59:53-UTC | Login | 72.174.53.227 |
| 2011/02/11-15:55:50-UTC | Login | 63.236.37.71 |
| 2011/02/11-15:21:02-UTC | Login | 63.236.37.71 |
| 2011/02/11-14:47:02-UTC | Login | 63.236.37.71 |
| 2011/02/11-14:12:02-UTC | Login | 63.236.37.71 |
| 2011/02/11-13:37:22-UTC | Login | 63.236.37.71 |
| 2011/02/11-13:05:23-UTC | Login | 63.236.37.71 |
| 2011/02/11-12:32:23-UTC | Login | 63.236.37.71 |
| 2011/02/11-11:59:21-UTC | Login | 63.236.37.71 |
| 2011/02/11-11:26:45-UTC | Login | 63.236.37.71 |
| 2011/02/11-10:55:23-UTC | Login | 63.236.37.71 |
| 2011/02/11-10:22:54-UTC | Login | 63.236.37.71 |
| 2011/02/11-09:49:57-UTC | Login | 63.236.37.71 |
| 2011/02/11-09:19:20-UTC | Login | 63.236.37.71 |
| 2011/02/11-08:46:57-UTC | Login | 63.236.37.71 |
| 2011/02/11-08:16:33-UTC | Login | 63.236.37.71 |

| | | |
|---|---|---|
| 2011/02/11-07:47:51-UTC | Login | 72.174.53.227 |
| 2011/02/11-07:46:08-UTC | Login | 63.236.37.71 |
| 2011/02/11-07:14:42-UTC | Login | 63.236.37.71 |
| 2011/02/11-06:55:55-UTC | Login | 72.174.53.227 |
| 2011/02/11-06:50:25-UTC | Login | 72.174.53.227 |
| 2011/02/11-06:44:21-UTC | Login | 63.236.37.71 |
| 2011/02/11-06:14:32-UTC | Login | 63.236.37.71 |
| 2011/02/11-05:44:03-UTC | Login | 63.236.37.71 |
| 2011/02/11-05:18:06-UTC | Login | 72.174.53.227 |
| 2011/02/11-05:18:02-UTC | Login | 72.174.53.227 |
| 2011/02/11-05:17:57-UTC | Login | 72.174.53.227 |
| 2011/02/11-05:17:54-UTC | Login | 72.174.53.227 |
| 2011/02/11-05:16:31-UTC | Login | 72.174.53.227 |
| 2011/02/11-05:13:59-UTC | Login | 63.236.37.71 |
| 2011/02/11-04:43:11-UTC | Login | 63.236.37.71 |
| 2011/02/11-04:12:53-UTC | Login | 63.236.37.71 |
| 2011/02/11-03:55:05-UTC | Login | 72.174.53.227 |
| 2011/02/11-03:42:23-UTC | Login | 63.236.37.71 |
| 2011/02/11-03:31:38-UTC | Login | 173.0.3.155 |
| 2011/02/11-03:12:04-UTC | Login | 63.236.37.71 |
| 2011/02/11-02:41:56-UTC | Login | 63.236.37.71 |
| 2011/02/11-02:21:31-UTC | Login | 173.0.3.155 |
| 2011/02/11-02:21:18-UTC | Login | 173.0.3.155 |
| 2011/02/11-02:21:12-UTC | Login | 173.0.3.155 |
| 2011/02/11-02:20:36-UTC | Login | 173.0.3.155 |
| 2011/02/11-02:11:32-UTC | Login | 63.236.37.71 |
| 2011/02/11-01:40:54-UTC | Login | 63.236.37.71 |
| 2011/02/11-01:10:24-UTC | Login | 63.236.37.71 |
| 2011/02/11-00:43:25-UTC | Login | 72.174.53.227 |
| 2011/02/11-00:39:29-UTC | Login | 63.236.37.71 |
| 2011/02/11-00:08:17-UTC | Login | 63.236.37.71 |
| 2011/02/10-23:37:23-UTC | Login | 63.236.37.71 |
| 2011/02/10-23:05:45-UTC | Login | 63.236.37.71 |
| 2011/02/10-22:36:03-UTC | Login | 72.174.53.227 |
| 2011/02/10-22:35:58-UTC | Login | 72.174.53.227 |
| 2011/02/10-22:35:52-UTC | Login | 72.174.53.227 |
| 2011/02/10-22:35:50-UTC | Login | 72.174.53.227 |
| 2011/02/10-22:34:45-UTC | Login | 72.174.53.227 |
| 2011/02/10-22:33:49-UTC | Login | 63.236.37.71 |
| 2011/02/10-22:02:29-UTC | Login | 63.236.37.71 |
| 2011/02/10-21:27:55-UTC | Login | 63.236.37.71 |
| 2011/02/10-20:53:01-UTC | Login | 63.236.37.71 |
| 2011/02/10-20:18:00-UTC | Login | 63.236.37.71 |
| 2011/02/10-19:43:58-UTC | Login | 63.236.37.71 |
| 2011/02/10-19:10:00-UTC | Login | 63.236.37.71 |
| 2011/02/10-18:36:08-UTC | Login | 63.236.37.71 |
| 2011/02/10-18:02:45-UTC | Login | 63.236.37.71 |
| 2011/02/10-17:28:11-UTC | Login | 63.236.37.71 |
| 2011/02/10-16:53:51-UTC | Login | 63.236.37.71 |
| 2011/02/10-16:51:19-UTC | Login | 63.236.37.73 |
| 2011/02/10-16:50:56-UTC | Login | 63.236.37.73 |
| 2011/02/10-16:50:51-UTC | Login | 63.236.37.73 |
| 2011/02/10-16:20:03-UTC | Login | 63.236.37.71 |
| 2011/02/10-15:46:13-UTC | Login | 63.236.37.71 |
| 2011/02/10-15:11:07-UTC | Login | 63.236.37.71 |
| 2011/02/10-15:01:50-UTC | Login | 63.236.37.73 |
| 2011/02/10-15:01:42-UTC | Login | 63.236.37.73 |
| 2011/02/10-15:01:34-UTC | Login | 63.236.37.73 |
| 2011/02/10-15:01:31-UTC | Login | 63.236.37.73 |
| 2011/02/10-15:01:26-UTC | Login | 63.236.37.73 |
| 2011/02/10-15:01:19-UTC | Login | 63.236.37.73 |
| 2011/02/10-15:01:13-UTC | Login | 63.236.37.73 |
| 2011/02/10-14:35:58-UTC | Login | 63.236.37.71 |
| 2011/02/10-14:00:48-UTC | Login | 63.236.37.71 |
| 2011/02/10-13:28:10-UTC | Login | 63.236.37.71 |

| | | |
|---|---|---|
| 2011/02/10-12:56:00-UTC | Login | 63.236.37.71 |
| 2011/02/10-12:23:09-UTC | Login | 63.236.37.71 |
| 2011/02/10-11:50:17-UTC | Login | 63.236.37.71 |
| 2011/02/10-11:17:37-UTC | Login | 63.236.37.71 |
| 2011/02/10-10:45:42-UTC | Login | 63.236.37.71 |
| 2011/02/10-10:13:39-UTC | Login | 63.236.37.71 |
| 2011/02/10-09:41:03-UTC | Login | 63.236.37.71 |
| 2011/02/10-09:10:03-UTC | Login | 63.236.37.71 |
| 2011/02/10-08:39:09-UTC | Login | 63.236.37.71 |
| 2011/02/10-08:08:13-UTC | Login | 63.236.37.71 |
| 2011/02/10-07:37:04-UTC | Login | 63.236.37.71 |
| 2011/02/10-07:06:42-UTC | Login | 63.236.37.71 |
| 2011/02/10-06:36:08-UTC | Login | 63.236.37.71 |
| 2011/02/10-06:05:58-UTC | Login | 63.236.37.71 |
| 2011/02/10-05:35:55-UTC | Login | 63.236.37.71 |
| 2011/02/10-05:05:25-UTC | Login | 63.236.37.71 |
| 2011/02/10-04:35:02-UTC | Login | 63.236.37.71 |
| 2011/02/10-04:05:06-UTC | Login | 63.236.37.71 |
| 2011/02/10-03:35:15-UTC | Login | 72.174.53.227 |
| 2011/02/10-03:34:18-UTC | Login | 63.236.37.71 |
| 2011/02/10-03:03:50-UTC | Login | 63.236.37.71 |
| 2011/02/10-02:33:07-UTC | Login | 63.236.37.71 |
| 2011/02/10-02:12:33-UTC | Login | 72.174.53.227 |
| 2011/02/10-02:12:18-UTC | Login | 72.174.53.227 |
| 2011/02/10-02:12:13-UTC | Login | 72.174.53.227 |
| 2011/02/10-02:12:11-UTC | Login | 72.174.53.227 |
| 2011/02/10-02:10:52-UTC | Login | 72.174.53.227 |
| 2011/02/10-02:02:52-UTC | Login | 63.236.37.71 |
| 2011/02/10-01:31:56-UTC | Login | 63.236.37.71 |
| 2011/02/10-01:01:00-UTC | Login | 63.236.37.71 |
| 2011/02/10-00:30:12-UTC | Login | 63.236.37.71 |
| 2011/02/09-23:59:13-UTC | Login | 63.236.37.71 |
| 2011/02/09-23:34:10-UTC | Login | 72.174.53.227 |
| 2011/02/09-23:31:11-UTC | Login | 72.174.53.227 |
| 2011/02/09-23:31:09-UTC | Login | 72.174.53.227 |
| 2011/02/09-23:31:06-UTC | Login | 72.174.53.227 |
| 2011/02/09-23:31:05-UTC | Login | 72.174.53.227 |
| 2011/02/09-23:30:13-UTC | Login | 72.174.53.227 |
| 2011/02/09-23:28:06-UTC | Login | 63.236.37.71 |
| 2011/02/09-22:54:55-UTC | Login | 63.236.37.71 |
| 2011/02/09-22:22:42-UTC | Login | 63.236.37.71 |
| 2011/02/09-22:17:24-UTC | Login | 72.174.53.227 |
| 2011/02/09-22:16:50-UTC | Login | 72.174.53.227 |
| 2011/02/09-22:16:42-UTC | Login | 72.174.53.227 |
| 2011/02/09-22:14:25-UTC | Login | 72.174.53.227 |
| 2011/02/09-21:51:38-UTC | Login | 63.236.37.71 |
| 2011/02/09-21:18:09-UTC | Login | 63.236.37.71 |
| 2011/02/09-20:46:02-UTC | Login | 63.236.37.71 |
| 2011/02/09-20:13:00-UTC | Login | 63.236.37.71 |
| 2011/02/09-19:40:43-UTC | Login | 63.236.37.71 |
| 2011/02/09-19:09:39-UTC | Login | 63.236.37.71 |
| 2011/02/09-18:38:18-UTC | Login | 63.236.37.71 |
| 2011/02/09-18:05:43-UTC | Login | 63.236.37.71 |
| 2011/02/09-17:32:06-UTC | Login | 63.236.37.71 |
| 2011/02/09-16:59:53-UTC | Login | 63.236.37.71 |
| 2011/02/09-16:27:52-UTC | Login | 63.236.37.71 |
| 2011/02/09-15:56:13-UTC | Login | 63.236.37.71 |
| 2011/02/09-15:53:22-UTC | Login | 72.174.53.227 |
| 2011/02/09-15:53:17-UTC | Login | 72.174.53.227 |
| 2011/02/09-15:53:16-UTC | Login | 72.174.53.227 |
| 2011/02/09-15:22:58-UTC | Login | 63.236.37.71 |
| 2011/02/09-14:51:01-UTC | Login | 63.236.37.71 |
| 2011/02/09-14:23:00-UTC | Login | 72.174.53.227 |
| 2011/02/09-14:19:01-UTC | Login | 63.236.37.71 |
| 2011/02/09-13:46:55-UTC | Login | 63.236.37.71 |

| | | |
|---|---|---|
| 2011/02/09-13:16:28-UTC | Login | 63.236.37.71 |
| 2011/02/09-13:12:29-UTC | Login | 72.174.53.227 |
| 2011/02/09-13:02:38-UTC | Login | 72.174.53.227 |
| 2011/02/09-12:32:01-UTC | Login | 63.236.37.71 |
| 2011/02/09-12:12:29-UTC | Login | 72.174.53.227 |
| 2011/02/09-12:02:35-UTC | Login | 72.174.53.227 |
| 2011/02/09-11:38:14-UTC | Login | 63.236.37.71 |
| 2011/02/09-10:55:53-UTC | Login | 63.236.37.71 |
| 2011/02/09-10:22:29-UTC | Login | 72.174.53.227 |
| 2011/02/09-10:21:15-UTC | Login | 63.236.37.71 |
| 2011/02/09-09:48:03-UTC | Login | 63.236.37.71 |
| 2011/02/09-09:17:07-UTC | Login | 63.236.37.71 |
| 2011/02/09-08:46:18-UTC | Login | 63.236.37.71 |
| 2011/02/09-08:16:00-UTC | Login | 63.236.37.71 |
| 2011/02/09-07:45:00-UTC | Login | 63.236.37.71 |
| 2011/02/09-07:15:04-UTC | Login | 63.236.37.71 |
| 2011/02/09-06:44:22-UTC | Login | 63.236.37.71 |
| 2011/02/09-06:14:19-UTC | Login | 63.236.37.71 |
| 2011/02/09-05:43:45-UTC | Login | 63.236.37.71 |
| 2011/02/09-05:13:01-UTC | Login | 63.236.37.71 |
| 2011/02/09-04:43:28-UTC | Login | 72.174.53.227 |
| 2011/02/09-04:43:24-UTC | Login | 72.174.53.227 |
| 2011/02/09-04:43:19-UTC | Login | 72.174.53.227 |
| 2011/02/09-04:43:18-UTC | Login | 72.174.53.227 |
| 2011/02/09-04:42:33-UTC | Login | 72.174.53.227 |
| 2011/02/09-04:41:58-UTC | Login | 63.236.37.71 |
| 2011/02/09-04:11:45-UTC | Login | 63.236.37.71 |
| 2011/02/09-03:41:29-UTC | Login | 63.236.37.71 |
| 2011/02/09-03:11:05-UTC | Login | 63.236.37.71 |
| 2011/02/09-02:40:03-UTC | Login | 63.236.37.71 |
| 2011/02/09-02:09:19-UTC | Login | 63.236.37.71 |
| 2011/02/09-01:38:22-UTC | Login | 63.236.37.71 |
| 2011/02/09-01:17:30-UTC | Login | 72.174.53.227 |
| 2011/02/09-01:17:28-UTC | Login | 72.174.53.227 |
| 2011/02/09-01:17:27-UTC | Login | 72.174.53.227 |
| 2011/02/09-01:15:20-UTC | Login | 72.174.53.227 |
| 2011/02/09-01:07:21-UTC | Login | 63.236.37.71 |
| 2011/02/09-00:45:59-UTC | Login | 72.174.53.227 |
| 2011/02/09-00:40:48-UTC | Login | 72.174.53.227 |
| 2011/02/09-00:36:16-UTC | Login | 63.236.37.71 |
| 2011/02/09-00:28:53-UTC | Login | 72.174.53.227 |
| 2011/02/09-00:18:51-UTC | Login | 72.174.53.227 |
| 2011/02/09-00:18:47-UTC | Login | 72.174.53.227 |
| 2011/02/09-00:14:10-UTC | Login | 72.174.53.227 |
| 2011/02/09-00:09:49-UTC | Login | 72.174.53.227 |
| 2011/02/09-00:04:51-UTC | Login | 63.236.37.71 |
| 2011/02/08-23:47:16-UTC | Login | 72.174.53.227 |
| 2011/02/08-23:47:15-UTC | Login | 72.174.53.227 |
| 2011/02/08-23:47:13-UTC | Login | 72.174.53.227 |
| 2011/02/08-23:47:12-UTC | Login | 72.174.53.227 |
| 2011/02/08-23:32:58-UTC | Login | 63.236.37.71 |
| 2011/02/08-23:25:18-UTC | Login | 72.174.53.227 |
| 2011/02/08-22:59:18-UTC | Login | 63.236.37.71 |
| 2011/02/08-22:57:46-UTC | Login | 72.174.53.227 |
| 2011/02/08-22:55:38-UTC | Login | 72.174.53.227 |
| 2011/02/08-22:47:45-UTC | Login | 72.174.53.227 |
| 2011/02/08-22:47:09-UTC | Login | 72.174.53.227 |
| 2011/02/08-22:46:24-UTC | Login | 72.174.53.227 |
| 2011/02/08-22:45:31-UTC | Login | 72.174.53.227 |
| 2011/02/08-22:40:38-UTC | Login | 72.174.53.227 |
| 2011/02/08-22:26:43-UTC | Login | 72.174.53.227 |
| 2011/02/08-22:26:27-UTC | Login | 72.174.53.227 |
| 2011/02/08-22:26:24-UTC | Login | 72.174.53.227 |
| 2011/02/08-22:26:22-UTC | Login | 72.174.53.227 |
| 2011/02/08-22:26:21-UTC | Login | 72.174.53.227 |

| | | |
|---|---|---|
| 2011/02/08-22:25:22-UTC | Login | 72.174.53.227 |
| 2011/02/08-22:25:00-UTC | Login | 72.174.53.227 |
| 2011/02/08-22:24:57-UTC | Login | 63.236.37.71 |
| 2011/02/08-22:24:55-UTC | Login | 72.174.53.227 |
| 2011/02/08-22:10:42-UTC | Login | 72.174.53.227 |
| 2011/02/08-21:49:10-UTC | Login | 63.236.37.71 |
| 2011/02/08-21:40:42-UTC | Login | 72.174.53.227 |
| 2011/02/08-21:30:42-UTC | Login | 72.174.53.227 |
| 2011/02/08-21:20:42-UTC | Login | 72.174.53.227 |
| 2011/02/08-21:12:52-UTC | Login | 63.236.37.71 |
| 2011/02/08-21:10:41-UTC | Login | 72.174.53.227 |
| 2011/02/08-21:07:26-UTC | Login | 63.236.37.73 |
| 2011/02/08-21:07:19-UTC | Login | 63.236.37.73 |
| 2011/02/08-21:07:15-UTC | Login | 63.236.37.73 |
| 2011/02/08-21:00:42-UTC | Login | 72.174.53.227 |
| 2011/02/08-20:50:41-UTC | Login | 72.174.53.227 |
| 2011/02/08-20:40:41-UTC | Login | 72.174.53.227 |
| 2011/02/08-20:30:41-UTC | Login | 72.174.53.227 |
| 2011/02/08-20:00:42-UTC | Login | 72.174.53.227 |
| 2011/02/08-19:50:45-UTC | Login | 72.174.53.227 |
| 2011/02/08-19:40:42-UTC | Login | 72.174.53.227 |
| 2011/02/08-18:50:42-UTC | Login | 72.174.53.227 |
| 2011/02/08-18:30:41-UTC | Login | 72.174.53.227 |
| 2011/02/08-18:10:41-UTC | Login | 72.174.53.227 |
| 2011/02/08-18:00:41-UTC | Login | 72.174.53.227 |
| 2011/02/08-17:50:42-UTC | Login | 72.174.53.227 |
| 2011/02/08-17:40:41-UTC | Login | 72.174.53.227 |
| 2011/02/08-17:32:04-UTC | Login | 72.174.53.227 |
| 2011/02/08-17:26:17-UTC | Login | 72.174.53.227 |
| 2011/02/08-17:21:43-UTC | Login | 72.174.53.227 |
| 2011/02/08-17:21:26-UTC | Login | 72.174.53.227 |
| 2011/02/08-17:20:42-UTC | Login | 72.174.53.227 |
| 2011/02/08-17:05:01-UTC | Login | 72.174.53.227 |
| 2011/02/08-17:01:06-UTC | Login | 72.174.53.227 |
| 2011/02/08-16:53:05-UTC | Login | 72.174.53.227 |
| 2011/02/08-16:40:56-UTC | Login | 72.174.53.227 |
| 2011/02/08-16:20:42-UTC | Login | 72.174.53.227 |
| 2011/02/08-16:06:14-UTC | Login | 72.174.53.227 |
| 2011/02/08-16:06:12-UTC | Login | 72.174.53.227 |
| 2011/02/08-16:06:10-UTC | Login | 72.174.53.227 |
| 2011/02/08-15:30:44-UTC | Login | 72.174.53.227 |
| 2011/02/08-15:20:42-UTC | Login | 72.174.53.227 |
| 2011/02/08-07:15:15-UTC | Login | 72.174.53.227 |
| 2011/02/08-06:30:38-UTC | Login | 72.174.53.227 |
| 2011/02/08-06:30:35-UTC | Login | 72.174.53.227 |
| 2011/02/08-06:30:33-UTC | Login | 72.174.53.227 |
| 2011/02/08-06:30:32-UTC | Login | 72.174.53.227 |
| 2011/02/08-06:29:48-UTC | Login | 72.174.53.227 |
| 2011/02/08-02:45:47-UTC | Login | 72.174.53.227 |
| 2011/02/08-02:09:48-UTC | Login | 72.174.53.227 |
| 2011/02/08-02:05:03-UTC | Login | 72.174.53.227 |
| 2011/02/08-01:33:34-UTC | Login | 72.174.53.227 |
| 2011/02/08-01:20:03-UTC | Login | 72.174.53.227 |
| 2011/02/08-01:19:58-UTC | Login | 72.174.53.227 |
| 2011/02/08-01:19:54-UTC | Login | 72.174.53.227 |
| 2011/02/08-01:19:52-UTC | Login | 72.174.53.227 |
| 2011/02/08-01:18:53-UTC | Login | 72.174.53.227 |
| 2011/02/07-21:10:41-UTC | Login | 72.174.53.227 |
| 2011/02/07-20:27:54-UTC | Login | 72.174.53.227 |
| 2011/02/07-20:27:47-UTC | Login | 72.174.53.227 |
| 2011/02/07-20:27:40-UTC | Login | 72.174.53.227 |
| 2011/02/07-20:27:39-UTC | Login | 72.174.53.227 |
| 2011/02/07-20:26:34-UTC | Login | 72.174.53.227 |
| 2011/02/07-19:42:57-UTC | Login | 72.174.53.227 |
| 2011/02/07-17:43:14-UTC | Login | 72.174.53.227 |

```
2011/02/07-16:59:27-UTC      Login                          72.174.53.227
2011/02/07-16:59:23-UTC      Login                          72.174.53.227
2011/02/07-16:59:15-UTC      Login                          72.174.53.227
2011/02/07-16:59:14-UTC      Login                          72.174.53.227
2011/02/07-16:57:44-UTC      Login                          72.174.53.227
```

*** SECONDARY ACCOUNT ***

Name: Anonymous Legion
e-Mail: anonopsspark@gmail.com
Status: Enabled
Services: Gmail, Talk
Secondary e-Mail: anontana@gmail.com
Created on: 2010/12/30-23:09:15-UTC
IP: 72.174.53.227, on 2010/12/30-23:09:15-UTC
Language Code: en
Other Usernames: anonops.spark@gmail.com

############## * Google Confidential and Proprietary * ###############
♀