**CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)**

I, Thomas Fettysmith (name), attest under penalties of perjury (or criminal punishment for false statement or false attestation) that I am employed by Verizon (business), and that my official title is Consultant-Network Ops (title). I am a custodian of records for such business entity. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of Verizon (business), and that I am the custodian of the attached records consisting of 3 pages. I have provided the following records to the United States:

96.248.94.3
76.114.228.21

I further state that:

  A. all records attached to this certificate were made at or near the time of the occurrence of the matters set forth, by, or from information transmitted by, a person with knowledge of those matters;

  B. such records were kept in the course of a regularly conducted business activity of Verizon (business); and

  C. such records were made by Verizon (business) as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

(Signature)
Sept 29, 2014
(Date)
Ashburn, Virginia
(Address)
888-483-2600
(Phone)

11-1 / 10GJ5328 / 11-2959

9/21/2011 2:09:14 PM     VZLC TF     325-949-6916     Page 3

Page 1 of 1

VERIZON LEGAL COMPLIANCE
P O BOX 1001

SAN ANGELO, TX 76902 - 1001
888-483-2600

September 21, 2011

FBI MANASSAS
9325 DISCOVERY BLVD
MANASSAS, VA 20109

COMMONWEALTH OF VIRGINIA )
                                     ss.:
COUNTY OF LOUDOUN )

Re: United States District Court for the Eastern District of Virginia, Subpoena, dated, September 21, 2011 (Verizon Case: 11285381)

I, Thomas Felty-smith, being duly sworn, deposes and says:

1.     I am the custodian of records for Verizon, and in that capacity, I certify that the attached records are true and accurate copies of the records created from the information maintained by Verizon in the actual course of business

2.     It is Verizon's ordinary practice to maintain such records, and that said records were made contemporaneously with the transaction and events stated therein, or within a reasonable time thereafter.

Thomas E. Felty-Smith
Consultant - Network Operations
Verizon Legal Compliance

file://\\tpap1cbvzsa05\d$\OmtoolMessages\0192\303c5d14-6a51-4d93-bbc8-1cd5ef5611aa... 9/21/2011

**CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)**

I, Thomas FettySmith (name), attest under penalties of perjury (or criminal punishment for false statement or false attestation) that I am employed by Verizon (business), and that my official title is Consultant-NetworkOps (title). I am a custodian of records for such business entity. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of Verizon (business), and that I am the custodian of the attached records consisting of 3 pages. I have provided the following records to the United States:

96.248.94.3
76.114.228.21

I further state that:

A. all records attached to this certificate were made at or near the time of the occurrence of the matters set forth, by, or from information transmitted by, a person with knowledge of those matters;

B. such records were kept in the course of a regularly conducted business activity of Verizon (business); and

C. such records were made by Verizon (business) as a regular practice,

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

(Signature)
Sept 29, 2014
(Date)
Ashburn, Virginia
(Address)
888-483-2600
(Phone)

11-1 / 10CJ5328 / 11-2959

VERIZON LEGAL COMPLIANCE
P O BOX 1001

SAN ANGELO, TX 76902 - 1001
888-483-2600

September 21, 2011

FBI MANASSAS
9325 DISCOVERY BLVD
MANASSAS, VA 20109

COMMONWEALTH OF VIRGINIA )
                          ss.:
COUNTY OF LOUDOUN )

Re: United States District Court for the Eastern District of Virginia, Subpoena, dated, September 21, 2011 (Verizon Case: 11285381)

I, Thomas Felty-smith, being duly sworn, deposes and says:

1.  I am the custodian of records for Verizon, and in that capacity, I certify that the attached records are true and accurate copies of the records created from the information maintained by Verizon in the actual course of business

2.  It is Verizon's ordinary practice to maintain such records, and that said records were made contemporaneously with the transaction and events stated therein, or within a reasonable time thereafter.

Thomas E. Felty-Smith
Consultant - Network Operations
Verizon Legal Compliance



Legal Compliance
TXD01613
2701 S. Johnson St.
San Angelo, TX 76904
Voice: 888-483-2600
Fax 325-949-6916

September 21, 2011

Re: United States District Court for the Eastern District of Virginia, Subpoena, dated, September 21, 2011 (Verizon Case: 11285381)

The Verizon account(s) below was/were assigned the IP address(es) for the date(s) and time(s) requested in the above referenced legal document.

| | |
|---|---|
| IP Address: | 96.248.94.3 |
| VOL Account Number: | 0093129654969 |
| Solutions for Business | FiOS Static/ Active |
| Account Creation Date: | 11/30/2009 |
| Business Name: | PHY,JOSHUA |
| Customer Name: | JOSH PHY |
| Account Address: | ■ DOGWOOD AV |
| | GLO, NJ 08030-0000 |
| Daytime TN: | 856-456-2500 |
| Payment Method: | LECBilling |

| Type | User ID | User Name |
|---|---|---|
| Primary | biz14dr4f | joshphy |

*******************************END OF RECORDS*******************************

Page 1 of 1 - 11285381

9/21/2011 2:09:40 PM     WZLC TIF     325-949-6916     Page 5

The attached fax was received from UnknownFaxMachine on 9/21/2011 at 10:55:48 AM

JobID: 345630



Verizon Legal Compliance

January 17, 2011

Verizon Case: 11251835A

FBI MANASSAS-SA Michael Nail
In the Matter of a Grand Jury Subpoena

Legal Compliance
TXD01613
2701 S. Johnson St.
San Angelo, TX 76904
Voice: 800-483-2600
Fax 325-949-6916

Starting IP: 96.248.94.3
Number Of IP's: 1

VOL Account Number: 0093129654969
Account Creation Date: 11/30/2009

Business Name: PHY,JOSHUA
Customer Name: JOSH PHY
Account Address: ▇ DOGWOOD AV
                 GLOCESTER, NJ 08030-0000

Daytime TN: 856-456-2500
Payment Method: LECBilling (included on local telephone bill)

FIOS Static/ Active
VOL User ID: hizl4dr4f
VOL User Name: joshphy



Verizon Legal Compliance

January 17, 2011

Verizon Case: 11251835

FBI MANASSAS-SA Michael Nail
In the Matter of a Grand Jury Subpoena

Legal Compliance
TXD01613
2701 S. Johnson St.
San Angelo, TX 76904
Voice: 800-483-2800
Fax: 325-949-6416

IP Address: 71.114.228.21
Start Time: 2010-08-17 03:34:54Z Stop Time:

VOL Account Number: 0074416268246
Account Creation Date: 06/09/2007

Customer Name: Steve Whitfield
Account Address: ███ N Myrtle St
                 Georgetown, TX 786264322
Daytime TN: 5128690748
EMail: whitfields47@yahoo.com
Payment Method: Invoice

DSL Dry Loop /5128683223 Active
VOL User ID: resx0r5v
VOL User Name: whitfields47

OP-0005743