NO. 2582   P. 5/5

**CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS
PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)**

I, __Lena M. DeMaio__ (name), attest under penalties of perjury (or criminal punishment for false statement or false attestation) that I am employed by __Comcast__ (business), and that my official title is __Legal Analyst__ (title). I am a custodian of records for such business entity. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of __Comcast__ (business), and that I am the custodian of the attached records consisting of __1__ pages. I have provided the following records to the United States: __file # 223329-30__

I further state that:

A. all records attached to this certificate were made at or near the time of the occurrence of the matters set forth, by, or from information transmitted by, a person with knowledge of those matters;

B. such records were kept in the course of a regularly conducted business activity of __Comcast__ (business); and

C. such records were made by __Comcast__ (business) as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

__Lena M. DeMaio__
(Signature)

__12/21/10__
(Date)

__650 Centerton Rd__
__Moorestown, NJ 08057__
(Address)

__████-5124__
(Phone)

10-2 / 10GJ5328 / 10-3403

Fax sent by :   12-28-10 03:17p   Pg: 3/3

OP-0001646



NE&TO
650 Centerton Road
Moorestown, NJ 08057
866-947-8572 Tel
866-947-5587 Fax

**CONFIDENTIAL**

December 21, 2010

**VIA FACSIMILE**

SA Michael A. Nail
Federal Bureau of Investigation
9325 Discovery Boulevard
Manassas, VA 20109
Fax: (703) 686-6010

Re: Subpoena
Comcast File #: 223329-30

Dear SA Nail:

The Subpoena received on 12/20/2010 with respect to the above-referenced matter has been forwarded to the Legal Response Center for a reply. The Subpoena requests Comcast to produce certain subscriber records pertaining to the following:

1. ▮▮▮▮ Lake City Way NE, Apt. 8, Seattle, WA 98125; and
2. 71.197.246.227 assigned on 9/18/2010.

Based on the information provided pursuant to the Subpoena, the subscriber information obtained has been provided below:

| | |
|---|---|
| Subscriber Name: | RYAN GUBELE |
| Service Address: | ▮▮▮▮ LAKE CITY WAY NE, APT 8<br>SEATTLE, WA 98125-7764 |
| Telephone #: | ▮▮▮▮▮446 |
| Type of Service: | Residential High Speed Internet Service |
| Account Number: | 8498320073371571 |
| Account Status: | Active |
| Account Created: | 10/18/2009 |
| MAC Address: | 00:90:64:CD:CD:34 |
| IP Assignment: | Dynamically Assigned |
| IP History: | 71.197.246.227 from 6/22/2010 at 02:46:16 GMT to 12/21/2010 at 20:06:58 GMT |
| E-mail User Ids: | ryangubele<br>(All Comcast user IDs end in @comcast.net) |
| Method of Payment: | Statement sent to above address<br>(No credit card numbers or bank account numbers on file) |

If you have any questions regarding this matter, please feel free to call 866-947-8572.

Very Truly Yours,

Comcast Legal Response Center