CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS
PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, __MARCUS A. BOHN__ (name), attest under penalties of perjury (or criminal punishment for false statement or false attestation) that I am employed by __SECURED SERVERS, LLC__ (business), and that my official title is __CHIEF LEGAL OFFICER__ (title). I am a custodian of records for such business entity. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of __SECURED SERVERS, LLC__ (business), and that I am the custodian of the attached records consisting of __19__ pages. I have provided the following records to the United States:

__BUSINESS RECORDS__

I further state that:

    A.    all records attached to this certificate were made at or near the time of the occurrence of the matters set forth, by, or from information transmitted by, a person with knowledge of those matters;

    B.    such records were kept in the course of a regularly conducted business activity of __SECURED SERVERS, LLC__ (business); and

    C.    such records were made by __SECURED SERVERS LLC__ (business) as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

__[Signature]__
(Signature)

__9-22-14__
(Date)

__2353 W. UNIVERSITY DRIVE, TEMPE AZ 85281__
(Address)

__[redacted] 2450__
(Phone)

FW: [#62476] **Important** / D.O.J. Subpoena - Outlook Web Access...  https://www.324mail.com/owa/?ae=Item&t=IPM.Note&id=RgAAAA...



S.A. Nail:

Please see the follow up information below concerning your subpoena request. If there is anything further we may assist you with, please do not hesitate to contact me at the information provided below.

Thanks.

Marcus A. Bohn | CWIE Holding Company, Inc.
Chief Legal Officer
2353 West University Drive | Tempe, Arizona 85281
Direct 480.467.2450 | Fax 480.467.2451
marcusb@cwie.net

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW.  IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED, AND THAT THIS EMAIL AND ALL COPIES AND ATTACHMENTS SHOULD BE IMMEDIATELY DESTROYED.


-----Original Message-----
From: support@securedservers.com [mailto:support@securedservers.com]
Sent: Wednesday, May 25, 2011 1:14 PM
To: Marcus Bohn
Cc: Jordan Jacobs
Subject: Re: [#62476] **Important** / D.O.J. Subpoena

Hello Marcus,

Thank you for your email. This individual has not been a client of ours since the beginning of April, he canceled both of his servers on April 4th. The client's email communications with us can be found at this link:

https://portal.securedservers.com/admin/supportmgr/ticket_list.php?type=All&client=1834

The client had two servers with us, their IP ranges were as follows:
174.138.172.72/29 -    e2180-20025.securedservers.com
174.138.170.72/29 -    e2180-8777.securedservers.com

Name:     Ryan Gubele
Address:  █████ Lake City Way NE #8
Seattle, WA 98125 United States
E-mail:   ryan@gubele.net
Phone:    █████-0446

Please let us know if you need any additional information related to this request.
Thank you,
--
Henry R
NOC Services Engineer
Secured Servers NOC Services Team
Email:  support@securedservers.com
Phone:  (866) 354-5509

**** We want your feedback! ****
Didn't get amazing and prompt service? Suggestions?

Please email management: feedback@securedservers.com

---- Original message ----

> Support:
>
> Please provide me with any and all information, logs, IP addresses,
> communications concerning the following individual:
>
> Ryan Gubele
> █████ Lake City Way NE
> Seattle, Washington 98125
> USA
>
> This information is needed to assist law enforcement with an ongoing
> investigation of which should not be disclosed to the client.
>
> Thank you.
>
> --Marcus
>
> Marcus A. Bohn | CWIE Holding Company, Inc.
> Chief Legal Officer
> 2353 West University Drive | Tempe, Arizona 85281 Direct 480.467.2450
> | Fax 480.467.2451 marcusb@cwie.net<mailto:marcusb@cwie.net>
>

# Secured Servers, LLC

2353 W. University Drive
Tempe, Arizona 85281
Phone (480) 467-2450 Fax (480) 467-2451

## FAX

| | |
|---|---|
| To: S.A. Michael Nail | From: Marcus Bohn Esq. |
| Company: FBI | Pages: (including this one): 17 |
| Fax #: (703) 686-6010 | Date: May 25, 2011 |

Re: Transaction records

S.A. Nail:

Following is the information from our database in response to your request. There were fifteen subscriptions for the corresponding information provided.

The timestamp on the transaction(s) is MST.

Please let me know if we can be of further assistance.

Best,

*[signature]*

Marcus A. Bohn Esq.
Chief Legal Officer
CWIE Holding Company Inc. – Secured Servers, LLC.
2353 W. University Drive
Tempe, Arizona 85281
(480) 467-2450 Phone
(480) 467-2451 Fax
marcusb@cwie.net

OP-0001377

4804497751                                                                10:50:24   05-25-2011        2/17

## PLEASE NOTE:

## THE TIMESTAMP ON THE ATTACHED DOCUMENT(S) IS MST

OP-0001378

4804497751                                                                    11:02:10   05-25-2011        17 /17
                                                                                               Page 1 of 1

| Details for Subscription 01100947010000030459 |
|---|
| **Original subscription**<br>**Linked subscriptions:**<br>*None* |
| **Client Notes:**<br>*Client has no notes* |
| **Customer Notes:**<br>*Subscription has no notes*<br>Add note to subscription |

| **Client Information:**<br>Account: 937989-0001<br>Site: DEFAULTS<br>URL: http://www.securedservers.com<br>Email Webmaster | **Signup Information:**<br>Time: 2010-04-04 07:04:08 PM<br>Email:<br>IP Address: 71.197.165.202<br>Phone: N/A |
|---|---|
| **Subscription Information:**<br>Inactive Customer<br>Credit card (VISA- BIN#486236)<br><br>Initial price of $48.00(USD) for 0 days<br><br>Member Since: 2010-04-04<br>Expires:      Expired<br>Expired:     2010-04-11 07:04:08 PM<br>Affiliate: | **Customer Information:**<br>Ryan Gubele<br>▮▮▮▮ Lake City Way NE #8<br>Seattle, WA 98125<br>United States<br><br>User:<br>Pass:<br><br>Lost Password |

Processor: VSP
AVS:
CVV2:
Stat:
Retries: 0

**Transactions:**
*initial* 01100947010000030459 on 2010-04-04 for $48.00(USD)         Client Driven
        <Authorized $48.00(USD)>                                      Settlement.

https://internal.ccbill.com/reports/transactions/subscriptionDetails.cgi?subid=0110094701000...   5/25/2011

OP-0001379

4804497751                                                              10:50:36   05-25-2011      3/17
                                                                                     Page 1 of 1

| Details for Subscription 01091101010000038016 |
|---|
| **Original subscription** <br> **Linked subscriptions:** <br> *None* |

| Client Notes: | |
|---|---|
| 2009-08-27 01:11:45 PM | Please direct all "Upgrade" fraud claims to info@imlive.com. |
| 2009-08-27 01:10:51 PM | This transaction is not an "upgraded service" but rather for additional credit/time for chat/cam shows. IP's that start with 66.6.20.XX are system generated IP's for the Upgrade. refer to the original transaction's IP's for the customer's IP address. |
| 2009-02-19 04:23:58 PM | Consumer Support: Handle all billing inquiries and refunds as normal. But please e-mail analysis@ccbill.com if a consumer is claiming fraud or disputing the legitimacy of 10 or more transactions. |

**Customer Notes:**
*Subscription has no notes*
Add note to subscription

| Client Information: | Signup Information: |
|---|---|
| Account: 927183-0000 | Time: 2009-04-20 08:00:11 PM |
| Site: imlive.com | Email: (illegible) |
| URL: http://imlive.com | IP Address: 74.61.7.93 |
| Email Webmaster | Phone: N/A |

| Subscription Information: | Customer Information: |
|---|---|
| Inactive Customer <br> Credit card (VISA- BIN#486236) <br><br> Single bill of $50.00(USD) for 00002 days access. <br><br> Member Since: 2009-04-20 <br> Expires: Expired <br> Expired: 2009-04-22 11:59:59 PM <br> Affiliate: *WQQWPRRR | Ryan Gubele <br> ████ Lake City Way NE <br> Seattle, WA 98125 <br> United States <br><br> User: 000000007933 <br> Pass: stamvalue <br><br> Test Password |

Processor: ECP
AVS:
CVV2: Match
Stat: R
Retries: 0

**Transactions:**
*initial* 01091101010000038016 on 2009-04-20 for $50.00(USD)      Refund Transaction

4804497751
10:51:11   05-25-2011   4/17
Page 1 of 1

---

### Details for Subscription 0110095101000003363

**Original subscription**
**Linked subscriptions:**
*None*

**Client Notes:**
*Client has no notes*

**Customer Notes:**
*Subscription has no notes*
Add note to subscription

**Client Information:**
Account: 937989-0001
Site: DEFAULTS
URL: http://www.securedservers.com
Email Webmaster

**Signup Information:**
Time: 2010-04-05 01:45:09 AM
Email:
IP Address: 71.197.165.202
Phone: N/A

**Subscription Information:**
Inactive Customer
Credit card (VISA- BIN#486236)

Single bill of $48.00(USD) for 00000 days access.

Member Since: 2010-04-05
Expires:    Expired
Expired:    2010-04-05 11:59:59 PM
Affiliate:

**Customer Information:**
Ryan Gubele
▮▮▮▮ Lake City Way NE #8
Seattle, WA 98125
United States

User:
Pass:

Lost Password

**Processor:** VSP
**AVS:** Zip match: 5 digit postal code match only
**CVV2:** Match
**Stat:** R
**Retries:** 0

**Transactions:**
*initial*   0110095101000003363 on 2010-04-05 for $48.00(USD)      Refund Transaction

---

https://internal.ccbill.com/reports/transactions/subscriptionDetails.cgi?subid=0110095101O...   5/25/2011

OP-0001381

4804497751   10:51:39  05-25-2011  5/17
Page 1 of 1

| Details for Subscription 01101157010000018479 |
|---|
| **Original subscription**<br>**Linked subscriptions:**<br>*None* |
| **Client Notes:**<br>*Client has no notes* |
| **Customer Notes:**<br>*Subscription has no notes*<br>Add note to subscription |

| Client Information: | Signup Information: |
|---|---|
| Account: 957989-0001<br>Site: DEFAULTS<br>URL: http://www.securedservers.com<br>Email Webmaster | Time: 2010-04-27 10:39:29 AM<br>Email:<br>IP Address: 71.197.165.202<br>Phone: N/A |
| **Subscription Information:**<br>Inactive Customer<br>Credit card (MASTERCARD- BIN#510805)<br><br>Single bill of $48.00(USD) for 00000 days access.<br><br>Member Since: 2010-04-27<br>Expires:   Expired<br>Expired:   2010-04-25 11:59:59 PM<br>Affiliate: | **Customer Information:**<br>Ryan Gubele<br>▮▮▮▮ Lake City Way NE #8<br>Seattle, WA 98125<br>United States<br><br>User:<br>Pass:<br><br>Lost Password |

Processor: VSP
AVS: Exact match: address and 5 digit postal code
CVV2:
Stat: R
Retries: 0

**Transactions:**
*auth*    01101157010000018479 on 2010-04-25 for $48.00(USD)
*capture* 01101157300000018479 on 2010-04-27 for $48.00(USD)     Refund Transaction

https://internal.ccbill.com/reports/transactions/subscriptionDetails.cgi?subid=01101157010...  5/25/2011

OP-0001382

Details for Subscription 01101242010000027756

**Original subscription**
**Linked subscriptions:**
*None*

**Client Notes:**
*Client has no notes*

**Customer Notes:**
*Subscription has no notes*
Add note to subscription

| **Client Information:** | **Signup Information:** |
|---|---|
| Account: 937989-0001 | Time: 2010-05-04 05:31:12 PM |
| Site: DEFAULTS | Email: |
| URL: https://www.securedservers.com | IP Address: 0.0.0.0 |
| Email Webmaster | Phone: N/A |

**Subscription Information:**
Inactive Customer
Credit card (MASTERCARD- BIN#510805)

Single bill of $48.00(USD) for 00000 days access.

Member Since: 2010-05-04
Expires:     Expired
Expired:     2010-05-04 11:59:59 PM
Affiliate:

**Customer Information:**
Ryan Gubele
███████ Lake City Way NE #8
Seattle, WA 98125
United States

User:
Pass:

Lost Password

Processor: VSP
AVS: Exact match: address and 5 digit postal code
CVV2:
Stat: R
Retries: 0

**Transactions:**
*Initial*  01101242010000027756 on 2010-05-04 for $48.00(USD)     Refund Transaction

OP-0001383

4804497751                                                            10:52:36   05-25-2011         7/17
                                                                                 Page 1 of 1

| Details for Subscription 0110129701000032598 |
|---|
| **Original subscription**<br>**Linked subscriptions:**<br>*None* |
| **Client Notes:**<br>*Client has no notes* |
| **Customer Notes:**<br>*Subscription has no notes*<br>Add note to subscription |

| Client Information: | Signup Information: |
|---|---|
| Account: 937989-0001<br>Site: DEFAULTS<br>URL: http://www.securedservers.com<br>Email Webmaster | Time: 2010-05-09 05:30:05 PM<br>Email:<br>IP Address: 0.0.0.0<br>Phone: N/A |

| Subscription Information: | Customer Information: |
|---|---|
| Inactive Customer<br>Credit card (VISA - BIN#486236)<br><br>Single bill of $48.00(USD) for 00000 days access.<br><br>Member Since: 2010-05-09<br>Expires:      Expired<br>Expired:      2010-05-09 11:59:59 PM<br>Affiliate: | Ryan Gubele<br>■■■■ Lake City Way NE #8<br>Seattle, WA 98125<br>United States<br><br>User:<br>Pass:<br><br>Lost Password |

Processor: VSP
AVS: Zip match: 5 digit postal code match only
CVV2:
Stat: R
Retries: 0

**Transactions:**
*initial*   0110129701000032598 on 2010-05-09 for $48.00(USD)          Refund Transaction

https://internal.ccbill.com/reports/transactions/subscriptionDetails.cgi?subid=01101297010...   5/25/2011

OP-0001384

Case 1:13-cr-00383-LO Document 414-11 Filed 09/26/14 Page 12 of 20 PageID# 2864

| | |
|---|---|
| **Details for Subscription 01101905010000021298** | |

**Original subscription**
**Linked subscriptions:**
*None*

**Client Notes:**
*Client has no notes*

**Customer Notes:**
*Subscription has no notes*
Add note to subscription

| **Client Information:** | **Signup Information:** |
|---|---|
| Account: 937989-0001 | Time: 2010-07-09 05:30:16 PM |
| Site: DEFAULTS | Email: |
| URL: http://www.securedservers.com | IP Address: 0.0.0.0 |
| Email Webmaster | Phone: N/A |

| **Subscription Information:** | **Customer Information:** |
|---|---|
| Inactive Customer | Ryan Gubele |
| Credit card (MASTERCARD- BIN#510805) | ▮▮▮▮ Lake City Way NE #8 |
| | Seattle, WA 98125 |
| Single bill of $96.00(USD) for 00000 days access. | United States |
| Member Since: 2010-07-09 | User: |
| Expires: Expired | Pass: |
| Expired: 2010-07-09 11:59:59 PM | |
| Affiliate: | Lost Password |

Processor: VSP
AVS: Exact match: address and 5 digit postal code
CVV2:
Stat: R
Retries: 0

**Transactions:**
*initial* 01101905010000021298 on 2010-07-09 for $96.00(USD)     Refund Transaction

OP-0001385

4804497751                                                            10:53:32   05-25-2011     9/17
                                                                                 Page 1 of 1

| Details for Subscription 01101997010000120011 |
|---|
| **Original subscription** <br> **Linked subscriptions:** <br> *None* |
| **Client Notes:** <br> *Client has no notes* |
| **Customer Notes:** <br> *Subscription has no notes* <br> Add note to subscription |

| **Client Information:** <br> Account: 937989-0001 <br> Site: DEFAULTS <br> URL: http://www.securedservers.com <br> Email Webmaster | **Signup Information:** <br> Time: 2010-07-18 10:41:13 AM <br> Email: <br> IP Address: 71.197.246.227 <br> Phone: N/A |
|---|---|
| **Subscription Information:** <br> Inactive Customer <br> Credit card (MASTERCARD- BIN#510805) <br><br> Single bill of $96.00(USD) for 00000 days access. <br><br> Member Since: 2010-07-18 <br> Expires: Expired <br> Expired: 2010-07-18 11:59:59 PM <br> Affiliate: | **Customer Information:** <br> Ryan Gubele <br> ▓▓▓▓ Lake City Way NE #8 <br> Seattle, WA 98125 <br> United States <br><br> User: <br> Pass: <br><br> Lost Password |
| Processor: VSP <br> AVS: Exact match: address and 5 digit postal code <br> CVV2: <br> Stat: R <br> Retries: 0 | |
| **Transactions:** <br> *initial* 01101997010000120011 on 2010-07-18 for $96.00(USD)    Refund Transaction | |

4804497751 10:54:00 05-25-2011 10/17
Page 1 of 1

### Details for Subscription 01102163010000029124

**Original subscription**
**Linked subscriptions:**
*None*

**Client Notes:**
*Client has no notes*

**Customer Notes:**
*Subscription has no notes*
Add note to subscription

**Client Information:**
Account: 937989-0001
Site: DEFAULTS
URL: https://www.securedservers.com
Email Webmaster

**Signup Information:**
Time: 2010-08-04 05:30:27 PM
Email:
IP Address: 0.0.0.0
Phone: N/A

**Subscription Information:**
Inactive Customer
Credit card (MASTERCARD- BIN#510805)

Single bill of $96.00(USD) for 00000 days access.

Member Since: 2010-08-04
Expires:     Expired
Expired:     2010-08-04 11:59:59 PM
Affiliate:

**Customer Information:**
Ryan Gubele
█████ Lake City Way NE #8
Seattle, WA 98125
United States

User:
Pass:

Lost Password

Processor: VSP
AVS: Exact match: address and 5 digit postal code
CVV2:
Stat: R
Retries: 0

**Transactions:**
*initial* 01102163010000029124 on 2010-08-04 for $96.00(USD)       Refund Transaction

https://internal.ccbill.com/reports/transactions/subscriptionDetails.cgi?subid=01102163010... 5/25/2011

OP-0001387

4804497751                                                            10:54:28   05-25-2011   11 /17
                                                                                  Page 1 of 1

---

### Details for Subscription 0110247601000025210

**Original subscription**
**Linked subscriptions:**
*None*

**Client Notes:**
*Client has no notes*

**Customer Notes:**
*Subscription has no notes*
Add note to subscription

| **Client Information:** | **Signup Information:** |
|---|---|
| Account: 937980-0001 | Time: 2010-09-04 05:30:58 PM |
| Site: DEFAULTS | Email: |
| URL: http://www.assuredservers.com | IP Address: 0.0.0.0 |
| Email Webmaster | Phone: N/A |

**Subscription Information:**
Inactive Customer
Credit card (MASTERCARD- BIN#510805)

Single bill of $96.00(USD) for 00000 days access.

Member Since: 2010-09-04
Expires:    Expired
Expired:    2010-09-04 11:59:59 PM
Affiliate:

**Customer Information:**
Ryan Gubele
████ Lake City Way NE #8
Seattle, WA 98125
United States

User:
Pass:

Lost Password

Processor: VSP
AVS: Exact match: address and 5 digit postal code
CVV2:
Stat: R
Retries: 0

**Transactions:**
*initial*   0110247601000025210 on 2010-09-04 for $96.00(USD)        Refund Transaction

---

https://internal.ccbill.com/reports/transactions/subscriptionDetails.cgi?subid=0110247601O...   5/25/2011

OP-0001388

Details for Subscription 0110277101000032157

**Original subscription**
**Linked subscriptions:**
*None*

**Client Notes:**
*Client has no notes*

**Customer Notes:**
*Subscription has no notes*
Add note to subscription

| | |
|---|---|
| **Client Information:**<br>Account: 937989-0001<br>Site: DEFAULTS<br>URL: https://www.securedservers.com<br>Email Webmaster | **Signup Information:**<br>Time: 2010-10-04 05:30:48 PM<br>Email:<br>IP Address: 0.0.0.0<br>Phone: N/A |
| **Subscription Information:**<br>Inactive Customer<br>Credit card (MASTERCARD- BIN#510805)<br><br>Single bill of $96.00(USD) for 00000 days access.<br><br>Member Since: 2010-10-04<br>Expires:    Expired<br>Expired:    2010-10-04 11:59:59 PM<br>Affiliate: | **Customer Information:**<br>Ryan Gubele<br>████ Lake City Way NE #8<br>Seattle, WA 98125<br>United States<br><br>User:<br>Pass:<br><br>Lost Password |

Processor: VSP
AVS: Exact match: address and 5 digit postal code
CVV2:
Stat: R
Retries: 0

**Transactions:**
*initial*  0110277101000032157 on 2010-10-04 for $96.00(USD)        Refund Transaction

https://internal.ccbill.com/reports/transactions/subscriptionDetails.cgi?subid=01102771010...   5/25/2011

OP-0001389

4804497751   10:55:25  05-25-2011  13/17
Page 1 of 1

### Details for Subscription 0110308401000033494

**Original subscription**
**Linked subscriptions:**
*None*

**Client Notes:**
*Client has no notes*

**Customer Notes:**
*Subscription has no notes*
Add note to subscription

**Client Information:**
Account: 937989-0001
Site: DEFAULTS
URL: http://www.securedservers.com
Email Webmaster

**Signup Information:**
Time: 2010-11-04 05:31:00 PM
Email:
IP Address: 0.0.0.0
Phone: N/A

**Subscription Information:**
Inactive Customer
Credit card (MASTERCARD- BIN#510805)

Single bill of $96.00(USD) for 00000 days access.

Member Since: 2010-11-04
Expires:     Expired
Expired:     2010-11-04 11:59:59 PM
Affiliate:

**Customer Information:**
Ryan Gubele
████ Lake City Way NE #8
Seattle, WA 98125
United States

User:
Pass:

Lost Password

Processor: VSP
AVS: Exact match: address and 5 digit postal code
CVV2:
Stat: R
Retries: 0

**Transactions:**
*initial* 0110308401000033494 on 2010-11-04 for $96.00(USD)    Refund Transaction

https://internal.ccbill.com/reports/transactions/subscriptionDetails.cgi?subid=01103084010...  5/25/2011

OP-0001390

4804497751　　　　　　　　　　　　　　　　　　　　　　10:55:53　05-25-2011　　14/17
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1 of 1

## Details for Subscription 01103386010000028626

**Original subscription**
**Linked subscriptions:**
*None*

**Client Notes:**
*Client has no notes*

**Customer Notes:**
*Subscription has no notes*
Add note to subscription

**Client Information:**
Account: 937982-0001
Site: DEFAULTS
URL: http://www.securedservers.com
Email Webmaster

**Signup Information:**
Time: 2010-12-04 05:30:58 PM
Email:
IP Address: 0.0.0.0
Phone: N/A

**Subscription Information:**
Inactive Customer
Credit card (MASTERCARD- BIN#510805)

Single bill of $96.00(USD) for 00000 days access.

Member Since: 2010-12-04
Expires:    Expired
Expired:    2010-12-04 11:59:59 PM
Affiliate:

**Customer Information:**
Ryan Gubele
_____ Lake City Way NE #8
Seattle, WA 98125
United States

User:
Pass:

Test Password

Processor: VSP
AVS: Exact match: address and 5 digit postal code
CVV2:
Stat: R
Retries: 0

**Transactions:**
*Initial* 01103386010000028626 on 2010-12-04 for $96.00(USD)　　　Refund Transaction

https://internal.ccbill.com/reports/transactions/subscriptionDetails.cgi?subid=01103386010...　5/25/2011

OP-0001391

4804497751　　　　　　　　　　　　　　　　　　　　　　　　　　　10:56:21　05-25-2011　　15/17
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1 of 1

---

### Details for Subscription 01110075010000029941

**Original subscription**
**Linked subscriptions:**
*None*

**Client Notes:**
*Client has no notes*

**Customer Notes:**
*Subscription has no notes*
Add note to subscription

**Client Information:**
Account: 937989-0001
Site: DEFAULTS
URL: http://www.securedservers.com
Email Webmaster

**Signup Information:**
Time: 2011-01-07 05:30:06 PM
Email:
IP Address: 0.0.0.0
Phone: N/A

**Subscription Information:**
Inactive Customer
Credit card (MASTERCARD- BIN#510805)

Single bill of $96.00(USD) for 00000 days access.

Member Since: 2011-01-07
Expires:　　　Expired
Expired:　　　2011-01-07 11:59:59 PM
Affiliate:

**Customer Information:**
Ryan Gubele
███████ Lake City Way NE #8
Seattle, WA 98125
United States

User:
Pass:

Test Password

Processor: VSP
AVS: Exact match: address and 5 digit postal code
CVV2:
Stat: R
Retries: 0

**Transactions:**
*initial*　01110075010000029941 on 2011-01-07 for $96.00(USD)　　　Refund Transaction

---

OP-0001392

4804497751　　　　　　　　　　　　　　　　　　　　　　　11:01:42　05-25-2011　16/17
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1 of 1

---

### Details for Subscription 01110635010000030847

**Original subscription**
**Linked subscriptions:**
*None*

**Client Notes:**
*Client has no notes*

**Customer Notes:**
*Subscription has no notes*
Add note to subscription

| **Client Information:** | **Signup Information:** |
|---|---|
| Account: 937989-0001 | Time: 2011-03-04 05:32:09 PM |
| Site: DEFAULTS | Email: |
| URL: http://www.secured-servers.com | IP Address: 0.0.0.0 |
| Email Webmaster | Phone: N/A |

**Subscription Information:**
Inactive Customer
Credit card (MASTERCARD- BIN#510805)

Single bill of $96.00(USD) for 00000 days access.

Member Since: 2011-03-04
Expires:　　Expired
Expired:　　2011-03-04 11:59:59 PM
Affiliate:

**Customer Information:**
Ryan Gubele
███████ Lake City Way NE #8
Seattle, WA 98125
United States

User:
Pass:

Test Password

**Processor:** VSP
**AVS:** Exact match: address and 5 digit postal code
**CVV2:**
**Stat:** R
**Retries:** 0

**Transactions:**
*initial* 01110635010000030847 on 2011-03-04 for $96.00(USD)　　Refund Transaction

---

https://internal.ccbill.com/reports/transactions/subscriptionDetails.cgi?subid=01110635010...　5/25/2011

OP-0001393