UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 1:13-cr-383 |
| v. | Hon. Liam O'Grady |
| DENNIS OWEN COLLINS, et. al., | Hearing Date: May 8, 2015 |
| Defendants | |

**GOVERNMENT'S SUBMISSION OF STIPULATED
RESTITUTION ORDERS**

The United States, in anticipation of the scheduled restitution hearing
scheduled for Friday, May 8, 2015, hereby submits the attached proposed orders
which reflect an agreement by the Parties as to compromise restitution amounts in
this case.

The only defendants for which there are currently no stipulations as to a
restitution amount are Geoffrey Commander and Anthony Tadros.  Mr.
Commander's counsel has indicated to the United States that he has had no contact
with Mr. Commander since Mr. Commander left the United States to reside in
England as permitted by this Court.  The United States requests that this Court
impose upon Mr. Commander the same restitution amount as indicated in each of
the attached proposed Orders, without a hearing, which is consistent with the
Judgment imposed by this Court on December 5, 2014. (Dkt. No. 527).

As to Anthony Tadros, the United States, despite its many efforts, has failed
to obtain a signed proposed Order stipulating to restitution from Mr. Tadros.  The

United States cannot say if Mr. Tadros disagrees with the compromise amount or not.  However, since the proposed amount is far below what the victims in this case have indicated as their loss (the victims reported 8.9 million in losses), and consistency among the defendants with respect to restitution should be sought, and Mr. Tadros has failed to file any briefing as to restitution as Ordered by this Court (See Dkt. No. 628), the United States urges this Court to impose the same restitution as requested for the other co-defendants in this matter without a hearing.

For all of the above reasons, the United States respectfully requests that this Court impose restitution as to each defendant in the amount of $8900.00 to be paid to the victims in the amounts described in the attached proposed Orders on a schedule to be determined by U.S. Probation.  Moreover, the United States respectfully moves this Court to vacate the scheduled restitution hearing on May 8, 2015 as moot.

Respectfully submitted,

Dana J. Boente
United States Attorney

By: _____/s/_____
    Alexander T.H. Nguyen
    Jay V. Prabhu
    Assistant U.S. Attorneys
    U.S. Attorney's Office
        Eastern District of Virginia
    2100 Jamieson Avenue

Alexandria, VA 22314
Phone: (703) 299-3700
Fax: (703) 299-3980
Email: alexander.nguyen@usdoj.gov
Email: jay.prabhu@usdoj.gov

Richard D. Green
Trial Attorney, U.S. Department of Justice
Computer Crime & Intellectual Property Section

Date: <u>May 7 , 2015</u>

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2015, I electronically filed the foregoing

GOVERNMENT'S SUBMISSION OF STIPULATED RESTITUTION ORDERS

with the Clerk of Court using the CM/ECF system, which will send a notification of

that electronic filling (NEF), and I have also served by email a copy of the foregoing

to the following:

| | |
|---|---|
| John C. Kiyonaga | William Todd Watson |
| john@johnckiyonaga.com | todd_watson@fd.org |
| Marina Medvin | |
| marina@medvinlaw.com | |
| | Elita C. Amato |
| James W. Hundley | amato@amatoatlaw.com |
| jhundley@bhnklaw.com | |
| William Loeffler | Drewry B. Hutcheson, Jr. |
| williamodouglas@aol.com | hutch365@msn.com |

Gregory B. English
gbeuva@gmail.com

Jessica Nicole Carmichael
jcarmichael@pnalaw.com

Gretchen Lynch Taylor
gretchen@taylorlawco.com

Gary H. Smith
smithgh58@aol.com

John Louis Machado
johnmachadoesq@kreative.net

Respectfully submitted,

Dana J. Boente
United States Attorney

By: _____/s/_____
Alexander T.H. Nguyen
Jay V. Prabhu
Assistant U.S. Attorneys
U.S. Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3700
Fax: (703) 299-3980
Email: alexander.nguyen@usdoj.gov
Email: jay.prabhu@usdoj.gov

Richard D. Green
Trial Attorney, U.S. Department of Justice
Computer Crime & Intellectual Property Section

Date: May 7, 2015