IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 1:13-CR-383-5 |
| ) | |
| RYAN RUSSELL GUBELE, ) | |
| ) | |
| *also known as* GRISHNAV, ) | |
| Defendant. ) | |

## RESTITUTION ORDER

1. Pursuant to 18 U.S.C § 3663A(a)(1), and by the parties' agreement, the defendant is sentenced to pay restitution in the amount of **$8,900.**

2. The amount of restitution paid to any victim, collectively, shall not exceed the victim's total loss from the offenses of conviction.

3. The victims' names, addresses, and the victims losses amount for purposes of this Restitution Order are:

| | |
|---|---|
| Recording Industry Association of America<br>c/o L. Carlos Linares, Jr., Esquire<br>1025 F Street NW, 10th Floor<br>Washington, D.C. 20004 | $2,000.00 |
| Motion Picture Association of America<br>c/o Sarah Levitt, Senior Counsel, Content Protection<br>15301 Ventura Boulevard, Building E<br>Sherman Oaks, California 91403 | $595.75 |
| Library of Congress<br>c/o U.S. Treasury General Fund | $646.17 |
| PayPal, Inc.<br>c/o Jack Christin, Jr.<br>Associate General Counsel<br>Government Relations/Global Asset Protection | $1,886.03 |

       2211 North First Street
       San Jose, California 95131

       Bank of America, N.A.                                   $1,886.02
       c/o Howard Ommert, Director, Global Financial Crimes Compliance
       100 N. Tryon Street
       Charlotte, North Carolina 28255

       MasterCard                                                       $1,886.03
       c/o Brooke E. Pietrzak, Esquire
       Senior Counsel, Litigation
       2000 Purchase Street
       Purchase, New York 10577

4.    Interest accrues as provided in 18 U.S.C § 3612(f).

5.    Notwithstanding any other provision of this Restitution Order, including the directive to make periodic payments, restitution is due and payable in full immediately, and the Government may enforce restitution at any time. The defendant shall make a bona fide effort to pay restitution in full as soon as practical.

6.    If incarcerated, the Court encourages the defendant to participate in the Bureau of Prisons' Inmate Financial Responsibility Program, to comply with the provisions of the financial plan, and to meet the defendant's financial obligation, pursuant to 28 C.F.R. § 545.10-11.

7.    If restitution is not paid in full immediately, the defendant shall pay to the Clerk at least $100 per month or 25 percent of net income, whichever is greater, beginning 60 days after release from any period of confinement, or 60 days after sentencing if no confinement is imposed, or as directed by the probation officer after disclosure of the defendant's financial information.

8.    All payments shall be made to the Clerk of Court, United States District Court, 401 Courthouse Square, Alexandria, Virginia 22314.

9.    Within 30 days of (a) any change of name, residence, or mailing address; and (b) any material change in economic circumstances that affects the ability to pay restitution, the defendant shall notify the Clerk of Court and the United States Attorney's Office, Financial Litigation Unit, 8000 World Trade Center, Norfolk, Virginia 23510.

10.   No delinquent or default penalties will be imposed except upon Order of the Court.

11. The Clerk of Court shall distribute the funds to the victims on a pro rata basis. The Clerk may withhold distribution of any restitution amounts until the sum available for restitution to each victim is at least $25.00.

Honorable Liam O'Grady
United States District Judge

ENTERED this _____ day of _____, 2015, at Alexandria, Virginia

WE ASK FOR THIS:

Dana J. Boente
United States Attorney

SEEN AND AGREED:

Ryan Russell Gubele
Defendant

Alexander T.H. Nguyen
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone -703-299-3700
Facsimile -703-299-3981
E-Mail – alexander.nguyen@usdoj.gov

James W. Hundley
Counsel for Defendant
1921 Gallows Rd, Suite 750
Tysons Corner, Virginia 22182
Telephone - (703) 883-0880
Facsimile - (703) 883-0899
E-Mail – jhundley@brigliahundley.com

Richard D. Green
Senior Trial Attorney Computer Crime and
Intellectual Property Section, U.S.
Department of Justice

3